Name _Cesar A. Betancourt_
Street Address _1771 York Mountain ct_
City and County _Tulare Tulare_
State and Zip Code _CA 93274_
Telephone Number _559-366-4147_

**FILED**

DEC 09 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____ ITY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_Cesar A. Betancourt_

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

_New Century M. Co._
_Wells Fargo Bank American's_
_Servicing Co. First American Title_

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _T: 1 6 CV  0 1 8 5 5  AWI BAM_

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name            Cesar A. Betancourt
Street Address  1771 York Mountain ct
City and County Tulare  —  Tulare
State and Zip Code  CA  93274
Telephone Number   559-366-4147

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

Name                New Century Mortgage Corporation
Job or Title
(if known)
Street Address      P.O Box 54285
City and County     Irvine
State and Zip Code  CA  92619
Telephone Number    800-561-4567

Defendant No. 2

Name                Wells Fargo Bank
Job or Title
(if known)
Street Address      411 Ivy St
City and County     San Diego
State and Zip Code  CA  92101
Telephone Number    866-845 7711

2

Defendant No. 3

    Name    Quality Loan Services Corp.

    Job or Title
    (if known)

    Street Address    411 Ivy St

    City and County    San diego

    State and Zip Code    CA 92101

    Telephone Number    866 645-7711

Defendant No. 4

    Name    First American title

    Job or Title
    (if known)

    Street Address    211 E Caldwell Ave

    City and County    Visalia

    State and Zip Code    CA 93277

    Telephone Number    559-625-1550

## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question          ☐ Diversity of citizenship

3

1.- New Century Mortgage Corporation
   P.O. Box   54285
   Irvine   CA 92619
      800-561-4567


2.- Wells Fargo Bank
      411 Ivy St
      San diego CA 92101
         866 845 7711

3.- Quality Loan Service's Corp.
      411 Ivy St
      San diego CA 92101
         866-645-7711

4 First American title
   211 E Caldwell Ave
   Visalia CA 93277
   559-625-1550

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Mortgage Fraud_

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

The plaintiff, *(name)* _Cesar A. Betancourt_, is a citizen of the State of *(name)* _CALIFORNIA_.

    b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

The defendant, *(name)* _____ _____, is a citizen of the State of *(name)* _____ _____. *Or* is a citizen of *(foreign nation)* _____ _____.

4

b.      If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

$750,000   House price   and
personal Damages.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

New Century " Mortgage prosses Fraud "
Well Fargo Bank "1= advice from representative to be
Late on payments to Qualify for Modification 2=
Disqualify for Modification, first to make more money
to Qualify and 2 not to make enough money to Qualify
but Bank put the number that they want, 3= They lost
Documents and month by month I had to send
Information again and again. For about 3 years.

9. Bank open a Law Suit (3) against me to use Bankruptcy to delay the Trustee's Sale Case No. 16-90558-E-7 that was on my favor.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Aprox.$500,000 house value
and personal Damages.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-09 , 20 16

Signature of Plaintiff
Printed Name of Plaintiff   Cesar A. Betancourt.

6