# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR A. BETANCOURT,<br><br>    Plaintiff,<br><br>  v.<br><br>NEW CENTURY MORTGAGE CORPIORATION, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01855-AWI-SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 3) |

By motion filed December 9, 2016, Plaintiff Cesar A. Betancourt seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court shall not issue new case documents until the Court has screened the complaint.

IT IS SO ORDERED.

Dated: **April 6, 2017**         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE