RESPONSE
AMENDED
COMPLAINT

July 9, 2017

Tulare, CA

Att: Court   Case No:
          1:16-cv-01855-AWI-SKO

93274

FILED

Attached:

JUL 13 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Proof of contacts / Points of Contacts

1) Randy Bockenstedt - Sr. Vice-President - ASC
2) Karen Lee - Vice-President - Wells Fargo
3) Justin Forbes - Custome Care & Recovery Group - ASC
4) Case # 02813377 - Office of the Controller of the Currency
   Consumer Financial Protection Bureau
5) William Pinkerton - Sr. Vice-President - Wells Fargo

All of the above are proof of my intent to
satisfy my debt with Wells Fargo and I received
these letters stating my loan was under review
to proceed the modification of the property.



CESAR,
PLEASE COMPLETE AND
FAX TO 866-359-7363.
REGARDS,
MIKE TRACEWELL
* Sending 3 Pages 2/4/11 *

MAC X9999-01N
2701 Wells Fargo Way
Minneapolis, MN 55467-8000

**CESAR BETANCOURT**
**1771 YORK MOUNTAIN CT**
**TULARE, CA 93274**

**December 20, 2010**

**Subject:** Dodd-Frank Certification now required under the federal government's Home Affordable Modification
Program
**America's Servicing Company** loan number **1146005381**

Dear **CESAR BETANCOURT**:

We're writing to request additional information from you so we may proceed with your loan modification under the
Home Affordable Modification Program. The federal government recently introduced a requirement for the Dodd-
Frank Certification that applies to all mortgage assistance options available through the Making Home Affordable
Program.

**About the requirement**
Before we can move your mortgage along to the next step in the loan modification process, we must receive a
completed, signed and dated Dodd-Frank Certification for each borrower and co-borrower.

**What you need to do**
Please review the enclosed Dodd-Frank Certification.
- If you have concerns about completing this certification, we suggest you consult with an attorney.
- If you are unable to complete the certification, please let us know either in writing or by calling your **America's
  Servicing Company** home preservation specialist at the phone number noted below.
- Return the Dodd-Frank Certification to us as soon as possible, by fax or mail.
  - Send the form by fax to:1-866-359-7363, or
  - Mail the form using the enclosed postage-paid return envelope

**We're here to help you**
If you have any questions or are unable to complete the Dodd-Frank Certification, please call your **America's
Servicing Company** home preservation specialist, right away at **1-877-222-7875**.

Sincerely,

**Randy Bockenstedt**
**Senior Vice President, Servicing**
**America's Servicing Company**

**Dodd-Frank Cover Letter**

39077MU 12/10



1146005381

1/3



PO Box 10335
Des Moines, IA  50306-0328

January 16, 2014

Cesar A. Betancourt
1771 York Mountain
Tulare, CA 93274

RE: Acknowledgment - receipt of inquiry regarding Loan Number 106-1146005381

Dear Cesar A. Betancourt:

Thank you for contacting us. We are writing to let you know that your inquiry has been received and is currently being reviewed.

We expect to complete our research and provide you with the results on or before January 30, 2014. In the event additional time is needed, we will contact you.

We value customer feedback and appreciate the time and effort you took to bring your concerns to our attention. We welcome the opportunity to help you in any way we can.

If you have questions during our review process, please call us at 800-853-8516, Monday through Friday 7:00 am to 7:00 pm Central Time.

Sincerely,

Karen Lee
Vice President
Wells Fargo Home Lending

In order to remain compliant with state and federal guidelines, if you have engaged legal counsel for any litigation, including bankruptcy, we will communicate with them going forward.

CC900/WY7/co904337



PO Box 10335
Des Moines, IA 50306-0328

January 30, 2014

Cesar A. Betancourt
1771 York Mountain Ct.
Tulare, CA 93274

Subject:     Status update regarding your inquiry received on January 15, 2014, for loan
             number 106-1146005381

Dear Mr. Betancourt:

I am writing to provide you with an update to your inquiry.

The research and resolution of your inquiry is going to take longer than originally stated. Due to
this, we will not have a resolution to you by the original proposed date of January 30, 2014. We
anticipate a final resolution will now be provided to you by February 12, 2014. We appreciate
your patience as we finalize our research.

If you have additional questions or need clarification regarding the information provided in this
letter, please call us toll-free at 1-866-416-5896, extension 45539. I am available to assist you
Monday - Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and
I am unavailable, other representatives are available to assist you at 1-800-853-8516 Monday
through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Justin Forbes
Customer Care and Recovery Group

WC403/9QI/co904337



**ASC**

AMERICA'S SERVICING COMPANY

PO Box 10335
Des Moines, IA 50306-0328

January 30, 2014

Cesar A. Betancourt
1771 York Mountain Ct.
Tulare, CA 93274

Subject:      Status update regarding your inquiry received on January 15, 2014, for loan
          number 106-1146005381

Dear Mr. Betancourt:

I am writing to provide you with an update to your inquiry.

The research and resolution of your inquiry is going to take longer than originally stated. Due to
this, we will not have a resolution to you by the original proposed date of February 12, 2014. We
anticipate a final resolution will now be provided to you by February 26, 2014. We appreciate
your patience as we finalize our research.

If you have additional questions or need clarification regarding the information provided in this
letter, please call us toll-free at 1-866-416-5896, extension 45539. I am available to assist you
Monday - Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and
I am unavailable, other representatives are available to assist you at 1-800-853-8516 Monday
through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Justin Forbes
Customer Care and Recovery Group

WC403/9QI/co904337



Comptroller of the Currency
Administrator of National Banks

January 9, 2013

Cesar Betancourt
1771 York Mountain Ct.
Tulare CA 93274

Re: Case#:   02813377
    WELLS FARGO BANK, NATIONAL ASSOCIATION

Dear Mr. Betancourt:

This letter acknowledges receipt of your complaint in the Customer Assistance Group of the
Office of the Comptroller of the Currency (OCC).

As your complaint is against an entity that does not fall under the jurisdiction of our office, we
are referring your letter to the appropriate supervisory agency, which is the Consumer Financial
Protection Bureau (CFPB).  Their address is:

                Consumer Financial Protection Bureau
                PO Box 4503
                Iowa City, IA  52244

Their toll free phone number is 1 (855) 411-2372.  Their Internet address is
www.consumerfinance.gov.  Please direct all future correspondence regarding this issue to that
office.

Sincerely,

Customer Assistance Group

January 17, 2014

Cesar A. Betancourt

1771 York Mountain Court, Tulare, CA 93274

Loan:  1146005381

**Attention: Mr. William Pinkerton**

**ASC/Wells Fargo-Senior Vice- President**

     Mr. Pinkerton, I write this letter to address some issues I had with the loan modification of my house.  I have diligently worked with American Servicing Company in the modification of my loan, now it has been close to three years, with no positive results.  Month after month, I have sent documents requested by ASC/Wells Fargo, and the reasons of the modification department, after months of reviews were denied due to low or high income.  I have letters stating the outcome of each review.

     I have also used lawyers to assist me in the search of a loan modification but after months of submitting paperwork and paying high fees the bank has also denied me the opportunity to keep my house. The lawyers only kept my money and they never help me ad they promised.

     Also, after searching a faster and convenient way to keep my house, I have been a victim of fraud;  I have also paid rescue scammers that only left without trace to be found.  All of this has caused me to be to the point of foreclosure.

     Now, after trying desperately to find another way to keep the house, I contacted "Save your Home California" and this agency stated I am eligible to be reviewed for Reduction of Principal Program.  I have contacted ASC/Wells Fargo to please stop foreclosure process while this agency determines the outcome of my review. I have foreclosure date on February 13, 2014.

     I respectfully ask you to assist me during this process and help me in keeping my house. I have worked with many ASC representatives during the past 30 months unfortunately; I don't consider they have helped me enough to consider a modification. Also, I have never abandoned the house and it is my best desire to keep living in it with my kids, ages 11, 9, and 7. The reason for defaulting in my loan was the recession that caused my business to close.  Now, I feel my situation is better to afford my mortgage.

     I have the information of my current America's Servicing Company,  Home Preservation Specialist, Susan Hartmann and her phone number is 1-877-458-8420 x 38145, I have only left messages in her voicemail, because she is difficult to reach. My current phone number is 559-331-3885 or 559-366-4147.

     Sincerely,

Cesar Betancourt

Deirdre Martinez

RESPONSE

July 9, 2017

Tulare, CA
93274

Att: Court / Judge (s)
Case No: 1:16-cv-01855-AWI-SKO

I submit discrepancies about my current
review, information given by the bank was
erroneous. Find attached

Example: Mortgages I did not owned
          HOA Fees I never had in mortgage
          Interest rate was wrong

→ Denial of modification was done using false information

## Net Present Value (NPV) Input Data Values

| | Input Data Field | Customer Data |
|---|---|---|
| 1 | Current Borrower Credit Score | 620 |
| 2 | Current Co-borrower Credit Score | N/A |
| 3 | Monthly Gross Income | $4,300 |
| 4 | Principal Residence Total Housing Expense | $N/A |
| 5 | Property - State | CA |
| 6 | Property - Zip Code | 93274-7849 |
| 7 | Property Value | $327,000 |
| 8 | Property Valuation Type | BrokersPriceOpinionExterior |
| 9 | Occupancy | 3 |
| 10 | Property - Monthly Gross Rental Income | $N/A |
| 11 | Data Collection Date | October 08, 2012 |
| 12 | Imminent Default Flag | N |
| 13 | Investor Code | 3 - Privates |
| 14 | Unpaid Principal Balance at Origination | $446,560 |
| 15 | First Payment Date at Origination | February 01, 2008 |
| 16 | Product Before Modification | 2 |
| 17 | Adjustable Rate Mortgage (ARM) Reset Date | N/A |
| 18 | Next Adjustable Rate Mortgage (ARM) Reset Rate | N/A% |
| 19 | Unpaid Principal Balance Before Modification | $500,487.48 |
| 20 | Interest Rate Before Modification | 4.750% |
| 21 | Remaining Term (# of Payment Months Remaining) | 277 |
| 22 | Principal and Interest Payment Before Modification | $2,829 |
| 23 | Monthly Real Estate Taxes | $323.53 |
| 24 | Monthly Hazard and Flood Insurance | $271.17 |
| 25 | Homeowners Association Dues/Fees | $76.67 |
| 26 | Months Past Due | 28 |
| 27 | Mortgage Insurance Coverage Percent | 0.000% |
| 28 | NPV Date | October 08, 2012 |
| 29 | Capitalized UPB Amount | $585,302.64 |
| 30 | Unpaid Principal Balance of the Proposed HAMP Modification (Net of Forbearance & Principal Reduction) | $N/A |
| 31 | Interest Rate of the Proposed HAMP Modification | N/A% |
| 32 | Amortization Term of the Proposed HAMP Modification | N/A |
| 33 | Principal and Interest Payment of the Proposed HAMP Modification | $N/A |
| 34 | Principal Forbearance Amount of the Proposed HAMP Modification | $258,302.64 |
| 35 | Principal Forgiveness Amount of the Proposed HAMP Modification | $0 |
| 36 | Modification Fees | $0 |
| 37 | Mortgage Insurance Partial Claim Amount of the Proposed HAMP Modification | $0 |
| 38 | Unpaid Principal Balance of the Proposed HAMP Tier 2 Modification (Net of Forbearance & Principal Reduction) | $409,711.85 |
| 39 | Principal Forgiveness Amount of the Proposed HAMP Tier 2 Modification | $0 |
| 40 | Interest Rate of the Proposed HAMP Tier 2 Modification | 3.875% |
| 41 | Amortization Term of the Proposed HAMP Tier 2 Modification | N/A |
| 42 | Principal Forbearance Amount of the Proposed HAMP Tier 2 Modification | $N/A |
| 43 | Investor Override for Tier 2 Modification | Y |

| PART E: | MONTHLY INCOME | | | |
|---|---|---|---|---|
| | DESCRIPTION (MONTHLY) | Borrower | Co-Borrower | TOTAL |
| 1 | Gross Salary Wages | 1,275⁰⁰ | 3,850⁰⁰ | 5,125⁰⁰ |
| 2 | Overtime Wages | | | |
| 3 | Commissions (how often paid) | | | |
| 4 | Bonuses (when paid) | | | |
| 5 | Social Security | | | |
| 6 | Disability (short term or long term) | | | |
| 7 | Other Income (interest, rental, etc.) | | | |
| 8 | Alimony** | | | |
| 9 | Child Support** | | | |
| 10 | TOTAL MONTHLY INCOME (add lines 1-9) | | | |
| 11 | *Less:* Federal, FICA, and State Income Tax | | | |
| 12 | Other Deductions (401k, etc.) | | | |
| 13 | TOTAL DEDUCTIONS (add lines 11 & 12) | | | |
| 14 | NET PERSONAL INCOME (line 10 minus line 13) | 1,275⁰⁰ | 3,535⁰⁰ | 4,810⁰⁰ |

** **Notice:** Alimony, child support, or separate maintenance income need not be revealed if the Borrower or Co-Borrower does not choose to have it considered for repaying the mortgage.

| PART F: | MONTHLY EXPENSES | | | |
|---|---|---|---|---|
| | DESCRIPTION (MONTHLY) | MONTHLY PMT | BALANCE DUE | # of MOS. DELINQUENT |
| 1 | Primary Home Mortgage (including taxes & insurance) | 3,347⁰⁰ | | |
| 2 | Taxes on primary home (if not included in #1) | Inc | | |
| 3 | Insurance on primary home (if not included in #1) | Inc | | |
| 4 | Rent Payment (if owner not occupying subject property) | 0 | | |
| 5 | Maintenance on primary home | 50⁰⁰ | | |
| 6 | Other Mortgages | 0 | | |
| 7 | Automobile Loan(s) | 0 | | |
| 8 | Other Loans | 0 | | |
| 9 | Credit Cards (minimum payment) | 0 | | |
| 10 | Alimony | 0 | | |
| 11 | Child Support | 0 | | |
| 12 | Child Care | 0 | | |
| 13 | Utilities (water, electricity, gas, etc.) | 210⁰⁰ | | |
| 14 | Telephone, Cable TV and Internet | 120⁰⁰ | | |
| 15 | Insurance (automobile, health, & life) | 60⁰⁰ | | |
| 16 | Medical expenses (uninsured) | 0 | | |
| 17 | Car expenses (gas, maintenance, parking) | 200⁰⁰ | | |
| 18 | Groceries and Toiletries | 300⁰⁰ | | |
| 19 | Dry Cleaning and Clothing | 100⁰⁰ | | |
| 20 | Spending Money | 0 | | |
| 21 | Cable TV | 0 | | |
| 22 | Entertainment (hobbies, dinner, movies, etc.) | 0 | | |
| 23 | Vacations | 0 | | |
| 24 | School Tuition | 0 | | |
| 25 | HOA Fees | 0 | | |
| 26 | Dependent Care | 0 | | |
| 27 | Other Monthly Expenses* | | | |
| | *Explain: | | | |
| 28 | TOTAL PERSONAL EXPENSES (add lines 1-27) | 4,387⁰⁰ | | |

Loan # 1146005381

## BORROWER FINANCIAL INFORMATION
### LOAN # 1146 005 381

| BORROWER | | | CO-BORROWER | | |
|---|---|---|---|---|---|
| BORROWER'S NAME Cesar A. Betancourt | | DATE OF BIRTH 01-16-64 | CO-BORROWER'S NAME N/A | | DATE OF BIRTH |
| SOCIAL SECURITY # 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 | HOME PHONE # (559) 339-7594 | WORK PHONE # (213)576-4913 | SOCIAL SECURITY # | HOME PHONE # | WORK PHONE # |
| MAILING ADDRESS 1771 York Mountain Ct, Tulare, CA 93274 | | | PROPERTY ADDRESS | | |
| Do you occupy the property? ☒ Yes ☐ No | | Is it a Rental? ☐ Yes ☒ No | If So, What is monthly rental income? | | |
| Is the property listed for sale? ☐ Yes ☒ No | | | Agent's Name: | | |
| If so, with whom? | | | Agent's Phone: | | |
| Have you contacted your credit counseling services for help? ☒ Yes ☐ No     HOPE & HUD | | | Counseling Representative: Counseling Rep's Phone: | | |
| Do you pay Real Estate Taxes? (outside of mortgage payments) ☒ Yes ☐ No | | | Are the taxes current? ☒ Yes ☐ No | | |
| Have you filed bankruptcy? ☐ Yes ☒ No | If Yes, Chapter 7 ☐ Chapter 13 ☐ | Filing Date: | Attorney's Name: Attorney's Phone: | | Are there other liens on the property? ☐ Yes ☒ No |

### EMPLOYMENT

| EMPLOYER: BORROWER Santa Fe Finguera | HOW LONG? 3 years | EMPLOYER: CO-BORROWER | HOW LONG? |
|---|---|---|---|
| Monthly Income - Borrower | | Monthly Income - Co-Borrower | |

| Monthly Income - Borrower | $ | Monthly Income - Co-Borrower | $ |
|---|---|---|---|
| Wages | 5,100.00 | Wages | |
| Unemployment Income | -0- | Unemployment Income | |
| Child Support / Alimony | -0- | Child Support / Alimony | |
| Disability Income | -0- | Disability Income | |
| Rents Received | -0- | Rents Received | |
| Other | -0- | Other | |
| Less: Federal and State Tax, FICA | - 300.00 | Less: Federal and State Tax, FICA | |
| Less: Other Deductions (401K, etc.) | -0- | Less: Other Deductions (401K, etc.) | |
| Total | $ 4,800.00 | Total | $ |

| Monthly Expenses | $ | | Assets | | |
|---|---|---|---|---|---|
| | | | Type | | Estimated Value |
| Other Mortgages / Liens | 0 | | | | |
| Auto Loan(s) | 0 | | Home 1771 York Mtn Ct, Tulare | | $ 325K |
| Auto Expenses / Insurance | 176.00 | | Other Real Estate | 0 | $ |
| Credit Cards / Installment Loan(s) | 0 | | Checking Account(s) | | $ 3,500.00 |
| Health Insurance | 0 | | Saving / Money Market | | $4,000.00 |
| Medical | 80.00 | | Cars | | $ 2,500.00 |
| Child Care / Support / Alimony | 0 | | IRA / Keogh Accounts | | $ 0 |
| Food / Spending Money | 600.00 | | 401k / ESPO Accounts | | $ 0 |
| Water / Sewer / Utilities / Phone | 375.00 | | Stocks / Bonds / CDs | | $ 0 |
| Other School- Clothing-Shoes | 100.00 | | Other | | $ 0 |
| Total | $ | | Total | | $ |

*Please briefly explain your hardship or reason for being delinquent _____ ble: To find a permanent job. I am come ha
working out of town in order to provide for my family. my family lives in Tulare & I weeken

"I agree as follows: My lender may discuss, obtain and share information about my mortgage and personal financial situation with third parties such as purchasers, real estate brokers, insurers, financial institutions, creditors and credit bureaus. Discussions and negotiations of a possible foreclosure alternative will not constitute a waiver of or defense to my lender's right to commence or continue my foreclosure or other collection action, and as alternative to foreclosure will be provided only if an agreement has been approved in writing by my lender. The information herein is an accurate statement of my financial status."

Submitted this 03-05 day of 2012

By _____ Cesar A. Betancourt  Date 03/5/12
   Signature of Borrower

By _____  Date _____
   Signature of Borrower

Before mailing, make sure you have signed and dated the form and attach a copy of your most recent paystub and bank statement(s) of your checking and/or savings account to it.

## REAL ESTATE LAW CENTER PC

| Monthly Expenses | Monthly Payment |
|---|---|
| 1. Primary Home Mortgage | 3,097 |
| 2. Taxes on Primary (if not incl. in payment) | 250 |
| 3. Insurance on Primary (if not incl. in payment) | 100 |
| 4. 2nd Mtg on Primary | |
| 5. Mortgage pmt on 2nd home | |
| 6. 2nd mortgage pmt on 2nd home | |
| 7. Taxes on 2nd home (if not incl. In payment) | |
| 8. Insurance on 2nd home (if not incl. in payment) | |
| 9. Mortgage pmt on 3rd home | |
| 10. 2nd mortgage on 3rd home | |
| 11. Taxes on 3rd home (if not incl.in payment) | |
| 12. Insurance on 3rd home (if not incl. in payment) | |
| 13. Rent (if not occupying primary property) | |
| 14. Maintenance on home(s) | |
| 15. Auto loan payment | |
| 16. Other loans (personal, etc.) | 50.00 |
| 17. Credit cards (total minimum pmts) | |
| 18. Utilities (gas, electric,water, sewer, garbage,propane) | 350.00 |
| 19. Telephone – Home | 20.00 |
| 20. Telephone – Cell | 35.00 |
| 21. Cable TV | 50.00 |
| 22 Internet | 30.00 |
| 23. HOA Fees | |
| 24. Child Care | |
| 25. School Tuition | |
| 26. Child Support | |
| 27. Alimony | |
| 28. Vehicle – Gas | 200. |
| 29. Vehicle - Maintenance | 50. |
| 30. Insurance - Health, if not deducted from paycheck | |
| 31. Insurance – Vehicle | 30.00 |
| 32. Insurance – Life | |
| 33. Medical Expenses (Uninsured) | |
| 34. Groceries and Toiletries | 400. |
| 35. Spending Money | 200. |
| 36. Other - specify | |

| Assets | Amount |
|---|---|
| Checking account | 7,000 |
| Savings account | |
| Money Market/CD | |
| IRA/401k | |
| Stocks, Bonds | |
| **Total Assets** | 7,000 |

| Income | Amount |
|---|---|
| Gross Monthly Income (Borrower) | 5,500. |
| Gross Monthly Income (Co-Borrower) | |
| Bonuses | |
| Unemployment | |
| Disability/Social Security | |
| Rental Income | |
| Other Income | |
| **Total Income** | 5,500 |

C. Betancourt 12/12/14

Borrower     Date     Co-Borrower     Date

## REAL ESTATE LAW CENTER PC

# LIST OF CREDITORS

(Includes all credit cards, installment loans and mortgages that would show up on your credit report)

| (1)<br>Name of Creditor | (2)<br>CC<br>(Credit Card)<br>I<br>(Installment)<br>MTG<br>(Mortgage) | (3)<br>Minimum Monthly<br>Payment | (4)<br>Balance | (5)<br>Credit Line | (6)<br>Current? |
|---|---|---|---|---|---|
| **EXAMPLE BANK** | **CC** | **$25** | **$650** | **$10,000** | ☐Y ☐N |
| Wells Fargo Bank<br>ASC P.O. BOX 14547 | MTG | 3,097.52 | 638K | | ☐Y ☒N |
| Kohl's Store | INST | 25.00 | 250.00 | 300.— | ☒Y ☐N |
| | | | | | ☐Y ☐N |
| | | | | | ☐Y ☐N |
| | | | | | ☐Y ☐N |
| | | | | | ☐Y ☐N |
| | | | | | ☐Y ☐N |
| | | | | | ☐Y ☐N |
| | | | | | ☐Y ☐N |
| | | | | | ☐Y ☐N |
| | | | | | ☐Y ☐N |
| | | | | | ☐Y ☐N |
| | | | | | ☐Y ☐N |

**ASC**

AMERICA'S SERVICING COMPANY
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

FINANCIAL WORKSHEET

Date:  June 03, 2011          Loan Number:  106-1146005381

Mortgagor : Cesar A Betancourt
=====================================================================
*** VERIFY AND/OR UPDATE INFORMATION LISTED BELOW IN ITEMS A - F ***

A.) VERIFY HOW MANY INDIVIDUALS
    LIVE IN YOUR HOME:          CURRENT:  _BORROWER UPDATE(S):_
                                   5

B.) VERIFY CURRENT
    MONTHLY INCOME:    BORROWER      BORROWER   CO-BRWR       CO-BRWR
                       INCOME:    _UPDATE(S):_INCOME:_    _UPDATE(S):_

    Net Salary/Wages: $   4,000.00 .$_____  $        .00  $_____
    Other Income:     $        .00  $_____  $        .00  $_____
    (EXAMPLE(S): Commission/Disability/
    Social Security/Child Support/Alimony/
    Rental Property/Rent from Roommate)
                                        MONTHLY          BORROWER
C.) VERIFY CURRENT MONTHLY EXPENSES:    PAYMENT:       _UPDATE(S)_

    1)  Existing Mortgage Payment       $   3,097.52  $
    2)  Other Mortgage Loans            $     928.00  $
    3)  Installment/Car/Boat/RV/Loans:  $        .00  $
    4)  Credit Cards (examples below)
        Visa/MC/Discover or Store       $        .00  $
    5)  Lines of Credit (example below)
        credit line/home equity line    $        .00  $
    6)  Charge Off Accounts:
        (accounts written off by lender) $       .00  $
    7)  Other credit accounts           $        .00  $
    8)  Credit Accounts that are past due $      .00  $
        for more than 5 months
    9)  Food                            $     300.00  $
    10) Utilities                       $     185.00  $
    11) Transportation                  $     166.00  $
    12) Child Care/Alimony              $        .00  $
    13) Personal/Family Loan &/or Tuition $      .00  $
    14) Medical expenses not covered by insur $  .00  $
    15) Cell Phone/Cable/Internet/Satellite $ 100.00  $
    16) Association Fees or Monthly Dues $       .00  $
    17) Dry Cleaning/Laundry:Uniforms/Clothing $ 50.00 $

***List the total amount paid for Taxes and
   Insurance if non-escrowed on a monthly basis        $

LM206/FX0/1

1146 005381

## Profit and loss statement for Cesar Betancourt
## 1/1/2015-11/30/2015

|  | Jan. | Feb. | Mar. | Apr. | May. |
|---|---|---|---|---|---|
| Gross income | $ 3,700. | $ 3,250 | $ 3,150 | $ 4,050 | $ 4,800 |
| Gas expense | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Material expense | $ 100 | $ 50 | $ 50 | $ 50 | $ 50 |
| Net income | $ 3,400 | $ 3,000 | $ 2,900 | $ 3,800 | $ 4,550 |

|  | Jun. | July | Aug. | Sept. | Oct. |
|---|---|---|---|---|---|
| Gross income | $ 4,700 | $ 4,950 | $ 5,050 | $ 5,600 | $ 6,200 |
| Gas expense | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Material expense | $ | $ | $ 50 | $ 50 | $ 200 |
| Net income | $ 4,500 | $ 4,750 | $ 4,800 | $ 5,350 | $ 5,800 |

|  | Nov. | Dec. |
|---|---|---|
| Gross income | $ 6,400 | 6,150 |
| Gas expense | $ 200 | 100 |
| Material expense | $ | 50 |
| Net income | $ 6,200 | 6,000 |

Signature:

July 9, 2017

RESPONSE

Tulare, CA

93274

Att. Court / Judge
Case No: 1:16 - cv - 01855 - AWI - SKO

I submit information about lawyers

These lawyers were hired on my behalf to
assist me during this long process of home
retention.   See   Attached

1) Ruben Moreno

2) Randy Risner

3) Real Estate Law Center

# Ruben Moreno
## Attorney At Law
1505 N. Wishon
FRESNO, CA 93728
PHONE: (559) 449-0400
E-MAIL: rubenm@att.net

## SENT VIA FAX ONLY

July 20, 2012

Kimberly Taplin
Home Preservation Specialist
American's Servicing Company
P.O. Box 10388
Des Moines, IA 50306
FAX: (866) 590-8910
**RE: Cesar A. Betancourt**
**PROPERTY ADDRESS: 1771 York Mountain Ct**
**Tulare, CA 93274**

Dear Ms. Taplin:

This is to notify you that Ruben Moreno, as my attorney, has my permission to represent me on all matters relating to my residence listed above and Loan No. 1146005381

Cesar Betancourt
SSNo. (last4digits)-0566

### RECEIPT

Received $350 for total fee of $2225 for loan modification services. After this payment, remaining balance will be $1875 to be paid in accordance with terms of Services Agreement.
Ruben Moreno
July 20, 2012
Received $200 towards balance of $1875. Remaining balance after payment is $1675.
Ruben Moreno
October 3, 2012
Received $200 towards balance due of $1675. After this payment, balance will be $1475.
Ruben Moreno
December 18, 2012
Received $200 towards balance of $1475. After this payment, balance will be $1275.
Ruben Moreno
January 5, 2013
Received $200 towards balance of $1275. After this payment, balance will be $1075.
Ruben Moreno
March 1, 2013

Received $200 towards balance of $1075. After this payment, balance will be $875.

Ruben Moreno
May 15, 2013

**Ruben Moreno**
**Attorney At Law**
1505 N. Wishon
FRESNO, CA 93728
PHONE: (559) 449-0400
E-MAIL: ruben@rubenmlaw.net

December 5, 2013

# ACCOUNT OUTSTANDING BALANCE

Cesar A. Betancourt
1771 York Mountain Ct
Tulare, CA 93274

Hello Cesar:

Your outstanding balance for services rendered is $875. Please pay this
outstanding bill. Your last payment was made on May 15, 2013.

Ruben Moreno

## LEGAL SERVICES AGREEMENT

1.      IDENTIFICATION OF PARTIES.  This agreement, executed in duplicate with each party receiving an executed original, is made by and between Randy Risner, Attorney at Law (Lawyer) and Cesar Betancourt (the "Client").

This agreement is required by California Business and Professions Code section 6148 and is intended to fulfill the requirements of that section.

2.      LEGAL SERVICES TO BE PROVIDED.  The legal services to be provided by · Lawyer to Client are as follows:   Prepare and file a complaint against America's Servicing Company and Wells Fargo for wrongful foreclosure and quiet title.

3.      RESPONSIBILITES OF LAWYER AND CLIENT.  Lawyer will perform the legal services called for under this agreement, keep Client informed of progress and developments, and respond promptly to Client's inquiries and communications.  Client will be truthful and cooperative with Lawyer, keep Lawyer reasonably informed of developments and of Client's address, telephone numbers and whereabouts; and timely make any payments required by this agreement. Client understands that Lawyer makes no guarantee about the outcome of any matter for which representation by Lawyer is provided to Client.

4.      ATTORNEY FEES.  Client shall pay attorney an initial retainer of $5,000.00. Attorney shall give client a credit for $2,000.00 previously paid in Client's chapter 13 case.  Client agrees to pay additional fees as required by attorney depending upon the duration and complexity of the case.

5.      COSTS.  Client agrees to pay any and all costs associated with the legal services rendered to Client hereunder.  Costs, for purposes of this agreement, shall include, but not necessarily be limited to court filing fees, photocopies, facsimiles, parking, costs of investigation, telephone, electronic legal research, travel expenses, deposition costs, court reporter costs and any other costs reasonably related to representation of Client.  The parties understand that Lawyer will not advance any costs on behalf of Client. All costs must be paid in advance by Client.

7.      Lawyer invoices once each month on or near the first day of the month.  All invoices are due upon receipt by Client.

8.      REPRESENTATION OF ADVERSE INTERESTS.  Client is informed that the Rules of Professional Conduct of the State Bar of California require the Client's informed written consent before Lawyer may begin or continue to represent the Client when Lawyer has or had a relationship with another party interested in the subject matter of Lawyer's representation of Client.  Lawyer is not aware of any relationship with any other party interested in the subject matter of Lawyer's services for Client under this agreement.  As long as Lawyer's services for Client continue under this agreement,

Lawyer will not agree to provide legal services for any such party without Client's prior written consent.

9.   DISCHARGE OF LAWYER.  Client may discharge Lawyer at any time by written notice effective when received by Lawyer.  Unless specifically agreed by Lawyer and Client, Lawyer will provide no further services after receipt of such notice.

10.   WITHDRAWAL OF LAWYER.  Lawyer may withdraw at any time as permitted under the Rules of Professional Conduct of the State Bar of California.  The circumstances under which the Rules permit such withdrawal include, but are not limited to, the following:  (a) The Client consents, and (b) the Client's conduct renders it unreasonably difficult for the attorney to carry out the employment effectively.

11.   RELEASE OF CLIENT'S PAPERS AND PROPERTY.  At the termination of services under this agreement, Lawyer will release promptly to Client on request all of Client's papers and property.  "Client's papers and property" include correspondence, legal documents, money held in Lawyer's trust account on Client's behalf and any other items of papers and property reasonably necessary to representation of Client's interests whether Client has paid for them or not.

12.   PROFESSIONAL   LIABILITY   INSURANCE.   Lawyer   does   maintain professional liability insurance.

13.   NO GUARANTEE.  Lawyer does not guarantee the outcome of Client's matter.

14.   ENTIRE AGREEMENT.  This agreement contains the entire agreement of the parties.  No other agreement, statement, or promise made on or before the effective date of this agreement will be binding on the parties.

15.   SEVERABILITY IN EVENT OF PARTIAL INVALIDITY.  If any provision of this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire agreement will be severable and remain in effect.

16.   MODIFICATION BY SUBSEQUENT AGREEMENT.  This agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both parties.

17.   ATTORNEY FEES AND COSTS IN ACTION ON AGREEMENT.   The prevailing party in any action or proceeding to enforce any provision of this agreement will be awarded reasonable attorney's fees and costs incurred in that action or proceeding.

The foregoing is agreed to by:

DATE:  July 24, 2013

_____
CESAR BETANCOURT

DATE: July 24, 2013

BY:_____
RANDY RISNER

3



REAL ESTATE LAW CENTER PC

February 13, 2015

Cesar Betancourt
1771 York Mountain Ct,
Tulare, CA. 93274

*via certified mail and e-mail*

Dear Mr. Betancourt,

You retained Real Estate Law Center, PC (RELC) on May 1, 2014, and authorized payment for our services. However, you haven't paid monthly maintenance fees for three months. Your payments came back as insufficient funds. It has been a while since we have heard anything regarding your remaining payments, even though we attempted to contact you about this. We have done our best to accommodate your situation.

Your total owed amount is $3000. Unless we start receiving payments February 27, 2015 in certified funds, RELC will be forced to be completely released and forever discharged of and from any and all past, present or future claims, demands, obligations, actions, causes of action, rights, damages, costs, loss of services, expenses and compensation which you now have, or which may hereafter accrue or otherwise be acquired.

Pursuant to the retainer agreement, you will not be entitled to a refund and your case will be closed. No further action will be taken by our firm on your behalf.

Should you have question, please do not hesitate to contact us at 213-382-3250 or email to: info@lenderlawlitigation.com.

Sincerely,

Yervand R. Arzakanyan
Business Manager
Real Estate Law Center, PC



695 South Vermont Avenue, Suite 1100, Los Angeles, CA 90005 · Phone: (213) 382-3250 · Fax: (866) 254-0019

Erikson M. Davis, Esq. (SBN197841)
Marilyn S. Yee, Esq.    (SBN 96249)
REAL ESTATE LAW CENTER, PC
695 South Vermont Avenue, Suite 1100
Los Angeles, California 90005
(213) 201-6317 Phone
(866) 254-0019 Fax
Marilyn@LenderLawLitigation.com

ATTORNEYS FOR PLAINTIFF
CESAR BETANCOURT

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN THE COUNTY OF TULARE

| | |
|---|---|
| CESAR BETANCOURT, an individual, | ) **CASE NO:** |
| | ) |
| Plaintiff, | ) **COMPLAINT FOR DAMAGES** |
| vs. | ) |
| | )    **1.  NEGLIGENCE** |
| WELLS FARGO  N.A.; AMERICAN | )    **2. VIOLATION OF CALIFORNIA** |
| SERVICING COMPANY; WELLS FARGO | ) **BUSINESS AND PROFESSIONS CODE** |
| BANK, N.A.; QUALITY LOAN SERVICING | ) **§17200, et seq.;** |
| CORPORATION; and DOES 1 through 50 | )    **3. VIOLATION OF THE COVENANT** |
| inclusive. | ) **OF GOOD FAITH AND FAIR** |
| | ) **DEALING;** |
| Defendants | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

RANDY RISNER
*ATTORNEY AT LAW*

114 E. SHAW AVE., SUITE 100
FRESNO, CA 93710

559-274-9370
559-275-7132 FAX
RJR@RISNERLAWFIRM.COM

July 9, 2017

RESPONSE

Tulare, CA

Att: Court   Case No: 1:16-CV-01855-AWI-SKO

Proof of multiple contacts with the bank

Wells Fargo

ASC

US Bank

- Agents assigned to contact Modification Dept.
- Multiple people was in charge and unable to locate
- Negligence by the bank / servicing company because multiple parties I shared information with were unable to follow-up my paperwork.
- Lost time only caused more fees been added to mortgage
- Delayed process on purpose to benefit lender

ASC  Return Mail Operations
P.O. Box 10388
Des Moines IA 50306-0388

*1146005381*

FAX
3 Pages

019665 1 MB 0.382   3665/019665/008612 077 02 AC03G1 LC101 106

Cesar A Betancourt
1771 York Mountain Ct
Tulare CA  93274-7849

*handwritten:* We called 2/5/10 - this is
information requested by ASC
If you have questions please call
559-627-0389 Home

**Request for Additional Information**

--------------------------------------------------------------------

Notice Date: January 25, 2010     Loan Number: 1146005381, Client 106

--------------------------------------------------------------------

We have received your inquiry concerning your mortgage loan. In order to
process your request for retention, the following
information is needed. The required documents are indicated for each
specified borrower. (B1=Borrower, B2=Co-Borrower)

*handwritten:* Loss Mitigation Fax
866-359-7363 BK
866-359-5154
866-359-5154
866-359-6566
Tuesday 863-6566
877-263-6566
Gregory: 24087

B1 B2  X  Attorney concern
   1. Financial Worksheet with Hardship Explanation
   2. Tax Return for
   3. Proof of Income (paystub, SSI, child support)
   4. Profit & Loss Statement
   5. Listing Agreement
   6. Signed Purchase Contract/Est. Closing Statement
   7. Hardship Explanation
   8. Buyer's Pre-Qualification Letter

Comments:
Please refax current 3 months profit/loss statements with current signature
and current date on each month to 866-590-8910.

If ALL of this information or a request for an extension is not received
within ten (10) days, we will consider this request cancelled. Please note
any collection and foreclosure action will continue uninterrupted until
approval. Therefore, a timely response is essential.

If we can be of further assistance, please call us at (800)662-3806,
Monday through Friday, 8 AM to 5 PM, Eastern Time.

America's Servicing Company is required by the Fair Debt Collection Practices
Act to inform you that if your loan is currently delinquent or in default,
as your loan servicer, we will be attempting to collect a debt, and any
information obtained will be used for that purpose. However, if you have
received a discharge, and the loan was not reaffirmed in the bankruptcy
case, America's Servicing Company will only exercise its right as against
the property and is not attempting any act to collect the discharge debt
from you personally.

*handwritten:* Oct. Nov.
Fax 866-453-6315
BK Department
877-282-7875
oct. 3. opt 3.
800-274-7025

019665/008612 AC03G1 3665 ETM1C003

**ASC** America's Servicing Company
Return Mail Operations
Des Moines, IA 50306-0388

*~ Several authorizations ~*

038338 1 AB 0.360   6338/038338/010897 156 02 AC03FB LC101 106

Cesar A Betancourt
1771 York Mountain Ct
Tulare CA  93274-7849

**Request for Additional Information**

--------------------------------------------------------------------
Notice Date: January 11, 2010       Loan Number: 1146005381, Client 106
--------------------------------------------------------------------

We have received your inquiry concerning your mortgage loan. In order to
process your request for Loan Modification, the following
information is needed. The required documents are indicated for each
specified borrower. (B1=Borrower, B2=Co-Borrower)

B1 B2
.. ..   1. Financial Worksheet with Hardship Explanation ✓
.. ..   2. Tax Return for ..
XX ..   3. Proof of Income (paystub, SSI, child support)
.. ..   4. Profit & Loss Statement
.. ..   5. Listing Agreement
.. ..   6. Signed Purchase Contract/Est. Closing Statement
.. ..   7. Hardship Explanation
.. ..   8. Buyer's Pre-Qualification Letter

Comments:
Please fax to 866-590-8910, latest foster care check stub, and a contribution
letter with exact amount both signed and dated in the last 60 days.

If ALL of this information or a request for an extension is not received
within ten (10) days, we will consider this request cancelled. Please note
any collection and foreclosure action will continue uninterrupted until
approval. Therefore, a timely response is essential.

If we can be of further assistance, please call us at (800)662-3806,
Monday through Friday, 8 AM to 5 PM, Eastern Time.

America's Servicing Company is required by the Fair Debt Collection Practices
Act to inform you that if your loan is currently delinquent or in default,
as your loan servicer, we will be attempting to collect a debt, and any
information obtained will be used for that purpose. However, if you have
received a discharge, and the loan was not reaffirmed in the bankruptcy
case, America's Servicing Company will only exercise its right as against
the property and is not attempting any act to collect the discharge debt
from you personally.

For loans in the state of California, the CA Rosenthal Fair Debt
Collection Practices Act and the Federal Fair Debt Collection Practices
Act require that, except under unusual circumstances, collectors may not
contact you before 8 a.m. or after 9 p.m. They may not harass you by
using threats of violence or arrest or by using obscene language.
Collectors may not use false or misleading statements or call you at
work if they know or have reason to know that you may not receive
personal calls at work. For the most part, collectors may not tell
another person, other than your attorney or spouse, about your debt.
Collectors may contact another person to confirm your location or enforce
a judgment. For more information about debt collection activities, you
may contact the Federal Trade Commission at 1-877-FTC-HELP or
www.ftc.gov.



AMERICA'S SERVICING Case 1:16-cv-01855-AWI-SKO  Document 10  Filed 07/13/17  Page 29 of 242
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



02/23/11

|ᵘᵘ|ᵘᵘ|ᵘᵘᵘ|ᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘᵘ|

1MB      02554/002554/004508 0010  1 AGNSZWDF042 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Fax: | (866) 453-6315 |
| Telephone: | (800) 662-3806 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 8 AM -11 PM |
| | Sat, 9 AM - 3 PM CT |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

RE: Notice of Past Due Payments

Dear Cesar A Betancourt:

We want to make you aware that your loan is past due.

We have been unable to reach you by telephone. It is urgent that you contact us when you receive this letter to discuss payment of your past loan installment(s).

Sincerely,

America's Servicing Company

We are required by the Fair Debt Collection Practices Act to inform you that, as your loan servicer, we are attempting to collect a debt, and any information obtained will be used for that purpose.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.




022311DF0420004J

DF042 106
002554/004508 AGNSZW S2-ET-M1-C001

Page 2
Loan Number 1146005381

It is important to note, however, that we will not delay foreclosure
action on your home, so we urge you to respond immediately.  We have
included the financial form that is needed to start the review process
for assistance.  Please take time to complete this, attach copies of
your current proof of income, and return the package to us immediately.

Your mortgage payments for the months of 07-01-10 through the
current month are past due.  The total amount required to bring your
mortgage current is $ 25,910.99.  These payments must be received
no later than 02-23-11.

Timing is critical, so please call us at (800)662-3806,
Mon - Fri 8am-6pm In Your Time Zone, if you have
any questions or to discuss your account status.  To locate a local
agency, please call (800) 569-4287 (TDD: 800-877-8339) or
888-WISE-PLAN for consumer counseling services.

Please send your completed package and proof of income to:
         America's Servicing Company
         Attn: Borrower Counseling Services
         1000 Blue Gentian Road, Suite 300
         MAC X9999-01N
         Eagan, MN  55121


Sincerely,


America's Servicing Company

DR110/IO8/2

The Fair Debt Collection Practices Act requires us to notify you in
the event your loan is in default, we will attempt to collect the debt
and any information obtained will be used for that purpose.  However,
if you have received a discharge from bankruptcy and the loan was not
reaffirmed in the bankruptcy case, America's Servicing Company will
only exercise its rights against the property and is not attempting
any act to collect the discharged debt from you personally.

017

**ASC**
AMERICA'S SERVICING COMPANY
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

February 08, 2011

Cesar A Betancourt
1771 York Mountain CT
Tulare CA 93274

RE: Loan Number 1146005381                          Client 106

Dear Cesar A Betancourt :

Esta notification es de suma importancia, pues afecta su derecho a
continuar viviendo en su casa. Si no entiende el contenido de esta
carta, obtenga una traduccion immediatamente. Si usted no llama a
responder a este numero de telefono Mon - Fri 8am-6pm In Your Time Zone,
usted puede perder su casa (TTY: 800-696-9078).

We realize you may be experiencing financial difficulties and may
require assistance to take care of the situation. We may be able to
help, but please understand that if you do not contact us to discuss
the situation as soon as possible, we will have no choice but to pursue
other options, up to and including foreclosure on your home.

Some of the programs that may be available to you include:

*   Repayment plan - We can consider one or more types of payment plans
    that will fit your budget and possibly bring your account current
    by the end of the plan.
*   Loan modification - This program adds the delinquent interest,
    taxes, and/or insurance payments to your unpaid balance. If you
    qualify, we may be able to extend the repayment of the past due
    amounts over the remaining term of your loan.
*   Partial claim - If you can now make your regular monthly payment,
    this plan is designed to bring your account current by creating a
    second lien on your property for the amounts that are delinquent.
*   Pre-foreclosure sale - This option allows you to sell your home to
    avoid a potential foreclosure and the derogatory credit rating that
    is associated with this action.
*   Deed-in-lieu foreclosure - This is another foreclosure avoidance
    program that allows you to convey (transfer) your interest in the
    property to the lender or the loan investor.

We have enclosed the pamphlet "How to Avoid Foreclosure" which describes
precautionary steps you may take to regain financial control to bring
your mortgage current.

                                        DR110/IO8/1

**ASC**

AMERICA'S SERVICING COMPANY
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

February 23, 2011

Cesar A Betancourt
1771 York Mountain CT
Tulare CA 93274

Introducing a dedicated team to help you
America's Servicing Company loan number 1146005381

Dear Cesar A Betancourt :

I'd like to take this opportunity to introduce myself. I'm
SANDRA WEBB and I'm part of the special team that's
dedicated to helping you with your request for mortgage assistance.

You can count on me, as your primary contact, to help you every step of
the way. I'll be working closely with our team of specialists to
determine what options might be right for you. Rest assured that we'll
move you through the process as quickly as possible, and I'll be
available to answer any questions you may have along the way.

A quick reminder
As a follow up to a conversation you had with one of our representatives,
we recently mailed you a letter requesting you forward us certain
documents so we may determine your eligibility for payment assistance.
If you haven't already sent us the information, please fax it to
(866) 590-8910 or mail it to us in the return envelope enclosed for
your convenience.

Please keep in mind that the sooner we hear from you, the sooner we can
determine your eligibility for payment assistance. After we receive and
review your information, I'll be in touch with you to discuss what
happens next.

We're here for you
We're happy to have you as our customer and the opportunity to help.
Please feel free to call me at (877) 378-8227, 852-9188 with any
questions you may have.

Sincerely,

SANDRA WEBB
Communicator
America's Servicing Company
Telephone: (877) 378-8227, 852-9188
Hours of Operation: 7:30am-4:00pm EST
Fax: (866) 590-8910                    LB001/XU6/1

**ASC**
AMERICA'S SERVICING COMPANY.
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

June 21, 2011

Cesar A Betancourt
1771 York Mountain CT
Tulare CA 93274

Introducing a dedicated team to help you
America's Servicing Company loan number 1146005381

Dear Cesar A Betancourt :

I'd like to take this opportunity to introduce myself. I'm
Chenise Brown and I'm part of the special team that's
dedicated to helping you with your request for mortgage assistance.

You can count on me, as your primary contact, to help you every step of
the way. I'll be working closely with our team of specialists to
determine what options might be right for you. Rest assured that we'll
move you through the process as quickly as possible, and I'll be
available to answer any questions you may have along the way.

A quick reminder
As a follow up to a conversation you had with one of our representatives,
we recently mailed you a letter requesting you forward us certain
documents so we may determine your eligibility for payment assistance.
If you haven't already sent us the information, please fax it to
(888) 359-7363 or mail it to us in the return envelope enclosed for
your convenience.

Please keep in mind that the sooner we hear from you, the sooner we can
determine your eligibility for payment assistance. After we receive and
review your information, I'll be in touch with you to discuss what
happens next.

We're here for you
We're happy to have you as our customer and the opportunity to help.
Please feel free to call me at (888) 935-6506, 29254 with any
questions you may have.

Sincerely,

Chenise Brown
Home Preservation Specialist
America's Servicing Company
Telephone: (888) 937-6505, 29254
Hours of Operation: 3:00pm-11:30pm EST
Fax: (888) 359-7363            LB001/CI2/1

ASC

**AMERICA'S SERVICING COMPANY**
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

April 29, 2011

Cesar A Betancourt
1771 York Mountain CT
Tulare CA 93274

Introducing a dedicated team to help you
America's Servicing Company loan number 1146005381

Dear Cesar A Betancourt :

I'd like to take this opportunity to introduce myself. I'm
Michelle Perez and I'm part of the special team that's
dedicated to helping you with your request for mortgage assistance.

You can count on me, as your primary contact, to help you every step of
the way. I'll be working closely with our team of specialists to
determine what options might be right for you. Rest assured that we'll
move you through the process as quickly as possible, and I'll be
available to answer any questions you may have along the way.

A quick reminder
As a follow up to a conversation you had with one of our representatives,
we recently mailed you a letter requesting you forward us certain
documents so we may determine your eligibility for payment assistance.
If you haven't already sent us the information, please fax it to
(866) 590-8910 or mail it to us in the return envelope enclosed for
your convenience.

Please keep in mind that the sooner we hear from you, the sooner we can
determine your eligibility for payment assistance. After we receive and
review your information, I'll be in touch with you to discuss what
happens next.

We're here for you
We're happy to have you as our customer and the opportunity to help.
Please feel free to call me at (877) 378-8227, 42848 with any
questions you may have.

Sincerely,

Michelle Perez
Home Preservation Specialist
America's Servicing Company
Telephone: (877) 378-8227, 42848
Hours of Operation: 8:00am-5:00pm EST
Fax: (866) 590-8910                    LB001/Y7T/1

AMERICA'S SERVICING COMPANY
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



11/29/11

ıllııllllıııqıllllllplıllpqlplqlılllllqıllplplıllpı

1AB      02782/015652/005076 0067   2 AGP5IE DF008 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
| --- | --- |
| **Fax:** | (866) 917-1877 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri 8am-6pm In Your Time |
| Zone | |
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: 3rd party authorization

Dear Cesar A Betancourt:

Thank you for contacting us regarding your mortgage loan. This letter is to confirm we have received your authorization for us to speak with the following party:

Kimmy Shaw

Your account now reflects this information. If this information is incorrect or is no longer valid, please notify our office immediately.

If you have any questions or need further assistance, please contact us at the phone number listed in the account information box.

America's Servicing Company

### Beware of Foreclosure Rescue Scams. Help is free!

- There is never a fee to get assistance or information from your lender or a HUD-approved housing counselor.

  - For a HUD-approved counselor, visit http://www.hud.gov/offices/hsg/sfh/hcc/fc/

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without





DF008 106
015652/005076 AGP5IE S2-ET-M1-C004

112911DF00800011

AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



ASC
AMERICA'S SERVICING COMPANY

12/17/12

ılıİılıllıılıllılıllıllıılıllıllılllıllıllıll

1AB     02923/006966/005636 0034   2 AGPUT6HP016 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA  93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-866-234-8271 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 AM -10 PM CT |
| | Sat, 8 AM - 2 PM CT |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Future contact information for your records

Dear Cesar A Betancourt:

My name is Susan Hartmann. I am an America's Servicing Company home preservation specialist writing you with an important reminder about how to contact America's Servicing Company if you require mortgage assistance in the future.

Please hold onto this letter with my contact information. I am now your assigned home preservation specialist should you have a change in circumstances that would affect your qualifications or need for mortgage assistance. Simply contact me at phone number below.

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.



HP016 106
006966/005636 AGPUT6 S2-ET-M1-C002



1061146005381HP016

AMERICA'S SERVICING CO. Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 37 of 242
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



03/28/12

ևիկիկիկիիիիիիիիիիիիիիիիիիիիիիիիիիիի

1AB        01682/011166/002788 0048   2 AGPCHHHP012 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
| --- | --- |
| Online: | mortgageaccountonline.com |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-803-835-9424 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 AM -10 PM CT |
| | Sat, 8 AM - 2 PM CT |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: A new specialist dedicated to helping you

Dear Cesar A Betancourt:

I'd like to take this opportunity to introduce myself. My name is Lavera Bunn and I'm writing to let you know that during the course of your bankruptcy case, I will be your new America's Servicing Company home preservation bankruptcy specialist.

Previously, another specialist may have been was assisting you, and now I'll serve as your dedicated home preservation bankruptcy specialist. In this role, I will be your primary contact, working closely with you and helping you through every step of the mortgage assistance process. I'm committed to helping you through the process and making it the best experience possible. That's why I welcome your feedback at any point -- whether it's to share something positive, or if you have concerns with something that I was not able to help you with. Just let me know, and I'll be happy to put you in touch with my manager.

Please note that your decision to discuss workout options with America's Servicing Company is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options. Additionally, if you have or will receive a discharge from a chapter 7 bankruptcy case, and the mortgage was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from you personally.

You can count on me to keep you well-informed about your loan, the process, and next steps. I'm here to help you in any way I can. Please feel free to contact me with any questions you may have along the way. You can reach me at 1-803-835-9424.

I'm pleased to have this opportunity to help you, and look forward to working with you.

Sincerely,





HP012 106
011166/002788 AGPCHH S2-ET-M1-C003

032812HP012000VV

*AMERICA'S SERVICING CO* Case 1:15-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 38 of 242
*RETURN MAIL OPERATIONS*
*PO BOX 10388*
*DES MOINES IA 50306-0388*



07/23/12

 իիկիդիկիկիկիդիկիդիկիդիկիդիկիդիկիդիկիդիկիդիկ

1AB        02554/006740/004850 0032   2 AGPJD3DF008 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA  93274-7849

| Account Information | |
|---|---|
| **Fax:** | (866) 917-1877 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri 8am-6pm In Your Time |
| Zone | |
| | |
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: 3ʳᵈ party authorization

Dear Cesar A Betancourt:

Thank you for contacting us regarding your mortgage loan. This letter is to confirm we have received your authorization for us to speak with the following party:

KIMMY SHAW-REALTOR

Your account now reflects this information. If this information is incorrect or is no longer valid, please notify our office immediately.

If you have any questions or need further assistance, please contact us at the phone number listed in the account information box.

America's Servicing Company

### Beware of Foreclosure Rescue Scams. Help is free!

- There is never a fee to get assistance or information from your lender or a HUD-approved housing counselor.

    - For a HUD-approved counselor, visit http://www.hud.gov/offices/hsg/sfh/hcc/fc/

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without





DF008 106
006740/004850 AGPJD3 S2-ET-M1-C002

1061146005381DF008

AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



06/26/12

|ld|d|d|d|d|ll|ll|ll|mmm|ll|ll|l|ll|d|ll|ll|d|d|dl|d|l|

2AB     00847/009602/001481 0041   4 AGPI84 LM065 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Fax: | 1-866-359-7363 |
| Telephone: | 1-800-842-7654 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri 8am-6pm In Your Time Zone |
| | |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

**NOTICE:** Dodd-Frank Certification now required under the federal government's Home Affordable Modification Program

We're requesting additional information from you so we may proceed with your loan modification under the Home Affordable Modification Program. The federal government recently introduced a requirement for the Dodd-Frank Certification that applies to all mortgage assistance options available through the Making Home Affordable Program.

**About the requirement**
Before we can move your mortgage along to the next step in the loan modification process, we must receive a signed and dated Dodd-Frank Certification for each borrower and co-borrower.

**What you need to do**
* Please review the enclosed Dodd-Frank Certification.
* If you have concerns about completing this certification, we suggest you consult with an attorney.
* If you are unable to complete the certification, please let us know right away, either in writing or by calling the phone number below.
* Return the Dodd-Frank Certification to us as soon as possible, by fax or mail.
    o   Send the form by fax to: 1-866-359-7363, or
    o   Mail the form to:   America's Servicing Company
                            1000 Blue Gentian Road
                            Suite 300 MAC X9999-01N
                            Eagan, MN 55121

Sincerely,

*Kimberly Taplin*

Kimberly Taplin
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38657





1061146005381LM065

LM065 106
009602/001481 AGPI84 S2-ET-M1-C003 1

AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



06/07/12

╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷

00002/018050/000014 0000  8 ACPHF5          HP060 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
| --- | --- |
| **Online:** | yourwellsfargomortgage.com |
| **Fax:** | 1-866-359-7363 |
| **Telephone:** | 1-877-685-2354 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri, 6 AM - 10 PM |
| | Sat, 8 AM - 2 PM CT |
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Documents needed for your request for mortgage assistance

Dear Cesar A Betancourt:

I'm writing because we need additional information from you in order to move forward with your request for mortgage assistance. The information you provide will help us better understand your current financial situation, so we can determine the right options that may help you keep your home.

**What we need from you**
Please send copies of the following documents as soon as possible. An 'x' in the column below means we need a copy of the document from the borrower, co-borrower, or both.

| Borrower | Co-borrower | Document requested |
| --- | --- | --- |
| x | x | Financial worksheet |
| | | (please complete the enclosed worksheet) |
| x | x | Tax return for calendar year x |
| x | x | IRS Form 4506T |
| x | x | Proof of income (e.g., pay stub, SSI statement) |
| x | x | Bank statements |
| x | x | Rental agreement |
| x | x | Profit & loss statement (if self-employed) |
| x | x | Documents related to change in principal borrower |
| | | (e.g., due to death, divorce) |
| x | x | Additional Documents needed |

**How to send us your documents**
Please make sure each document is filled out completely. Sign and date each document, even if you already signed the document when it was created (e.g., tax return). Either mail or fax all documents to the number listed in the account information box at the top of this letter.

Please understand we want to help you through this process as quickly as possible. So, the sooner you





AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388

**ASC**
AMERICA'S SERVICING COMPANY

*(handwritten annotations across top: "Line 5 Blank." "14." "Ban" "May Jun Banc- 66289")*

03/30/12

Լ||հ⊓∙∙||ղ⊓∙ų||∙∙||∙||∙|||||||ηժ||∙∙∙||ղ∙∙∙|

1AT     04513/010129/006677 0040  2 AGPCP4HP012 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-877-263-6566 |
| Extension: | 29250 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 AM -10 PM CT |
| | Sat, 8 AM - 2 PM CT |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: A new specialist dedicated to helping you

Dear Cesar A Betancourt:

I'd like to take this opportunity to introduce myself. My name is Monica Holland and I'm writing to let you know that during the course of your bankruptcy case, I will be your new America's Servicing Company home preservation bankruptcy specialist.

Previously, another specialist may have been assisting you, and now I'll serve as your dedicated home preservation bankruptcy specialist. In this role, I will be your primary contact, working closely with you and helping you through every step of the mortgage assistance process. I'm committed to helping you through the process and making it the best experience possible. That's why I welcome your feedback at any point -- whether it's to share something positive, or if you have concerns with something that I was not able to help you with. Just let me know, and I'll be happy to put you in touch with my manager.

Please note that your decision to discuss workout options with America's Servicing Company is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options. Additionally, if you have or will receive a discharge from a chapter 7 bankruptcy case, and the mortgage was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from you personally.

You can count on me to keep you well-informed about your loan, the process, and next steps. I'm here to help you in any way I can. Please feel free to contact me with any questions you may have along the way. You can reach me at 1-877-263-6566 ext. 29250.

I'm pleased to have this opportunity to help you, and look forward to working with you.

Sincerely,

*Monica Holland*





033012HP0120002E

HP012 106
010129/006677 AGPCP4 S2-ET-M1-C002

Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 42 of 242

**Account Information**

Loan Number:     1146005381

Property Address: 1771 York Mountain C
                  Tulare CA 93274

Monica Holland
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-263-6566 ext. 29250
Fax: 1-866-590-8910

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

The state Rosenthal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801





033012HP0120002E

HP012 106
010129/006678 AGPCP4 S2-ET-M1-C002

AMERICA'S SERVICING CO. Case 1:16-cv-01855-AWI-SKO  Document 10  Filed 07/13/17  Page 43 of 242
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



06/25/12

ılıılııılıılıllıılıılılıllıllıılıllıllılıllılıllılıllı

1AB        00842/010032/001385 0043   2 AGPI5B HP012 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-877-458-8420 |
| Extension: | 38657 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 AM -10 PM CT |
| | Sat, 8 AM - 2 PM CT |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: A new specialist dedicated to helping you

Dear Cesar A Betancourt:

I'd like to take this opportunity to introduce myself. My name is Kimberly Taplin and I'm writing to let you know that going forward, I will be your new America's Servicing Company home preservation specialist.

Previously, another specialist was assisting you, and now I'll serve as your dedicated home preservation specialist. In this role, I will be your primary contact, working closely with you and helping you through every step of the mortgage assistance process. I'm committed to helping you through the process and making it the best experience possible. That's why I welcome your feedback at any point -- whether it's to share something positive, or if you have concerns with something that I was not able to help you with.  Just let me know, and I'll be happy to put you in touch with my manager.

You can count on me to keep you well-informed about your loan, the process, and next steps. I'm here to help you in any way I can. Please feel free to contact me with any questions you may have along the way. You can reach me at 1-877-458-8420 ext. 38657.

I'm pleased to have this opportunity to help you, and look forward to working with you.

Sincerely,

*Kimberly Taplin*
Kimberly Taplin
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38657
Fax: 1-866-590-8910

*[handwritten: Janel Claiken  866-359-7363  29303  244]*
*[handwritten: Tracy Jackson 515-645-8560  877-458-8420]*

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.





1061146005381HP012

HP012 106
010032/001385 AGPI5B S2-ET-M1-C003

AMERICA'S SERVICING CO. Case 1:17-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 44 of 242
RETURN MAIL OPERATIONS
PO BOX 10350
DES MOINES IA 50306-0350



03/27/12

իլիիսպրելիինիիունիիոնիս||Ոիովիիսնին

1AT        00851/018826/001119 0062   1 AGPCFRCS412 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri 8am-6pm In Your Time Zone |
| | |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

**Subject: Confirmation of mailing address change**

Dear Cesar A Betancourt:

Thank you for contacting us to update your mailing address. We have updated our records as you requested. If you did not request this change, please contact us at the number listed in the account information section of this letter.

If you have questions or need further assistance, please contact us. Thank you for choosing America's Servicing Company. We appreciate your business.

Sincerely,

America's Servicing Company




032712CS41200JUG

CS412 106
018826/001119 AGPCFR S2-ET-M1-C004

**Account Information**
Loan Number:    1146005381

Property Address: 1771 York Mountain C
                  Tulare CA 93274

send the requested documents, the faster I can get back to you with your options.

**What happens next**
When we receive your documents, we will carefully review your financial situation and determine which options may be available to help you keep your home. I will then contact you to review your options.

**What you need to know about foreclosure**
Even though we will continue to work with you to help you avoid a foreclosure sale, it's important to understand that -- if your payments are past due, legal actions within the bankruptcy case may proceed at any time and may result in court approval for foreclosure actions to begin. In order to help you, it's critical that you continue to work with us and take the necessary steps for mortgage assistance.

**We're here to help**
Please note that if you have or will receive a discharge from a Chapter 7 bankruptcy case, and the mortgage was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from you personally. Additionally, your decision to discuss workout options with us is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

We understand this may be a challenging time for you. As your dedicated home preservation bankruptcy specialist, I'm here to help you every step of the way. If you or your counsel have any questions, please call me directly at the number listed in the account information box at the top of this letter. Also, if you or your spouse is on active military duty, be sure to mention it when you call. There may be special assistance programs available for your situation.

I look forward to hearing from you.

If you need additional assistance, please call the phone number listed below.

Sincerely,

*Lavera Bunn*

Lavera Bunn
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-685-2354 ext. 29424
Fax: 1-866-590-8910

---

**Struggling with other expenses? Help is available.**
Sometimes customers have trouble keeping up with their monthly expenses, other than their mortgage payments. If this is happening to you, help is available at no cost from a HUD-approved, non-profit credit counseling agency. Simply call a counselor who will work closely with you to lower your other monthly payments, take your financial circumstances into consideration, and create a budget plan to work for you. To find an agency in your neighborhood, call 1-800-569-4287 or call the HOPE Hotline at





060712HP06000001

HP060 106
018050/000015 ACPHFS S1-EF-M1-C001

AMERICA'S SERVICING COMPANY
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



04/03/12

||ıı•||ı||••ıı|ıı|ıı|ıı||ı|ı•ıı||ı|||•ıı||ı|•ıı||ıı|ı||ıı|ı

1AT      01773/011447/002909 0046   2 AGPCTMHP012 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA  93274-7849

| Account Information | |
| --- | --- |
| **Online:** | mortgageaccountonline.com |
| **Fax:** | 1-866-590-8910 |
| **Telephone:** | 1-803-835-9424 |
| **Correspondence:** | PO Box 10328 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri, 6 AM -10 PM CT |
| | Sat, 8 AM - 2 PM CT |
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: A new specialist dedicated to helping you

Dear Cesar A Betancourt:

I'd like to take this opportunity to introduce myself. My name is Lavera Bunn and I'm writing to let you know that during the course of your bankruptcy case, I will be your new America's Servicing Company home preservation bankruptcy specialist.

Previously, another specialist may have been was assisting you, and now I'll serve as your dedicated home preservation bankruptcy specialist. In this role, I will be your primary contact, working closely with you and helping you through every step of the mortgage assistance process. I'm committed to helping you through the process and making it the best experience possible. That's why I welcome your feedback at any point -- whether it's to share something positive, or if you have concerns with something that I was not able to help you with. Just let me know, and I'll be happy to put you in touch with my manager.

Please note that your decision to discuss workout options with America's Servicing Company is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options. Additionally, if you have or will receive a discharge from a chapter 7 bankruptcy case, and the mortgage was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from you personally.

You can count on me to keep you well-informed about your loan, the process, and next steps. I'm here to help you in any way I can. Please feel free to contact me with any questions you may have along the way. You can reach me at 1-803-835-9424.  /1877-685-2354 \toolfree
                                                                                                            29424

I'm pleased to have this opportunity to help you, and look forward to working with you. 9424

Sincerely,



HP012 106
011447/002909 AGPCTM S2-ET-M1-C003



040312HP012000LR

**Account Information**

| | |
|---|---|
| **Loan Number:** | 1146005381 |

**Property Address:** 1771 York Mountain C
Tulare CA 93274

*Lavera Bunn*

Lavera Bunn
Home Preservation Specialist
America's Servicing Company
Ph: 1-803-835-9424
Fax: 1-866-590-8910

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

The state Rosenthal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801





032812HP012000VV

HP012 106
011166/002789 AGPCHH S2-ET-M1-C003

AMERICA'S SERVICING Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 48 of 242
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



01/12/12

[||ıılıılıı||ıılıılıılıılıılıılıı||||ıı|||ıılıı|ıılıılıı||lııllı

1AT     00950/028504/002428 0122   2 AGP8ESLM191 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| **Fax:** | (866) 453-6315 |
| **Telephone:** | (800) 662-3806 |
| **Correspondence:** | PO Box 10328 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri 8am-6pm In Your Time Zone |
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

RE: Please contact us for assistance options

Dear Cesar A Betancourt:

Thank you for taking the time to speak with me today. I realize this may be a difficult time for you,
especially when we were unable to reach a mutual agreement regarding the options available to assist
you with your current situation.

Our primary goal is helping you to continue to experience the pride of home ownership. We have
several options which may help you. In order to assist you, we need you to contact us as soon as
possible to discuss these options. You may also seek guidance on all other debts from a
community-based Consumer Credit Counseling Agency. If you would like to take advantage of this
service, you can get additional information at (800) 388-2227.

If you have any questions or need further assistance, please contact us at the phone number listed
below.

Sincerely,

*Gregory Eastman*

Gregory Eastman
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-263-6566 ext. 24087
Fax: 1-866-590-8910

NOTE: The Fair Debt Collection Practices Act requires us to notify you that in the event your loan is in
default, we will attempt to collect the debt, and any information obtained will be used for that purpose. If
you have received a discharge as a result of a bankruptcy proceeding, and the loan was not reaffirmed





011212LM191000LJ

LM191 106
028504/002428 AGP8ES S2-ET-M1-C010

AMERICA'S SERVICING CO
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



04/04/12

ıḷıٰ·ıllıٰ·ıٰ"ıllıllıٰ·ıٰ·ıٰ·ıٰ·ıٰ·ıٰllıٰ·ıٰ·ıٰllıٰ·ıٰllıٰ·ıٰlıٰ·ıٰ·ıٰllıٰ·ıٰlı

1AB      00826/009898/001386 0044   2 AGPCVHHP012 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-803-835-9424 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 AM -10 PM CT |
| | Sat, 8 AM - 2 PM CT |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: A new specialist dedicated to helping you

Dear Cesar A Betancourt:

I'd like to take this opportunity to introduce myself. My name is Lavera Bunn and I'm writing to let you know that during the course of your bankruptcy case, I will be your new America's Servicing Company home preservation bankruptcy specialist.

Previously, another specialist may have been was assisting you, and now I'll serve as your dedicated home preservation bankruptcy specialist. In this role, I will be your primary contact, working closely with you and helping you through every step of the mortgage assistance process. I'm committed to helping you through the process and making it the best experience possible. That's why I welcome your feedback at any point -- whether it's to share something positive, or if you have concerns with something that I was not able to help you with. Just let me know, and I'll be happy to put you in touch with my manager.

Please note that your decision to discuss workout options with America's Servicing Company is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options. Additionally, if you have or will receive a discharge from a chapter 7 bankruptcy case, and the mortgage was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from you personally.

You can count on me to keep you well-informed about your loan, the process, and next steps. I'm here to help you in any way I can. Please feel free to contact me with any questions you may have along the way. You can reach me at 1-803-835-9424.

I'm pleased to have this opportunity to help you, and look forward to working with you.

Sincerely,





HP012 106
009898/001386 AGPCVH S2-ET-M1-C003

**Account Information**
**Loan Number:**      1146005381

**Property Address:** 1771 York Mountain C
                      Tulare CA 93274

*Lavera Bunn*

Lavera Bunn
Home Preservation Specialist
America's Servicing Company
Ph: 1-803-835-9424
Fax: 1-866-590-8910

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

The state Rosenthal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801





040412HP012000U5

HP012 106
009898/001387 AGPCVH S2-ET-M1-C003

AMERICA'S SERVICING CO
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



06/07/13

||•||•||•||••||••||••|•||•|••|•|||•||•||•••||•|•|•••|•||•|||

2AB      01433/012270/003058 0051  4 AGQCTJHP601 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA  93274-7849

| Account Information | |
|---|---|
| **Fax:** | (866) 453-6315 |
| **Telephone:** | (800) 662-3806 |
| **Correspondence:** | PO Box 10328 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri, 8 AM -11 PM |
| | Sat, 9 AM - 3 PM CT |
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Your request for mortgage payment assistance
Note: We service your mortgage on behalf of your investor, U.S. BANK, N.A. MABS 2006-NC1.

Dear Cesar A Betancourt:

We're responding to your request for mortgage assistance and the options that may be available to help you. We realize that the process can take some time, and we appreciate your patience while we review your options.

**Here's what we found**
We carefully reviewed the information you sent us and explored a number of mortgage assistance options. At this time, you do not meet the requirements of the program because:

Based on your documented monthly income, we are unable to create an affordable payment that meets the requirements of the program.

Please note: the information above is the primary reason that you are not eligible for mortgage assistance, however there may be other reasons related to the decision. If you have any questions about our decision, please call your Home Preservation Specialist at the number listed at the bottom of this letter.

**You have the right to appeal this decision**
An appeal is a formal request from you to review our decision. Carefully review this letter and the reason you do not meet the requirements for a mortgage assistance option. If you believe our determination was incorrect and want to appeal the decision, your appeal request must be submitted in writing.

You may use the Appeal Request Form we have enclosed with this letter, or you may write a letter of your own that explains the reason you disagree with our decision.

**Fax your appeal request to:**
1-866-590-8910





1061146005381HP601

HP601 106
012270/003058 AGQCTJ S2-ET-M1-C004

AMERICA'S SERVICING CO
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



05/29/13

սիկվիսիլիկիկիիսկիլիկիսիսկիկիիսկիկիիսկիկիիկ

1AB        00465/008558/000830 0039   2 AGQBYAHP270 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri 8am-6pm In Your Time Zone |
| | |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

What happens next
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
If you have any questions or need further assistance, please contact us at the phone number listed below.




1061146005381HP270

Prop. No. 1761091

HP270 106
008558/000830 AGQBYA S2-ET-M1-C003

Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/1... Page 53 of 242

**Account Information**

| | |
|---|---|
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910·

**Active Servicemembers**

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

---

**Get free counseling to help manage expenses and avoid foreclosure.**

Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call **1-800-569-4287**. You can also call the HOPE hotline 1-888-995-HOPE.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2013 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801





1061146005381HP270

*Prop. No. 176 10 91*

HP270 106
008558/000831 AGQBYA S2-ET-M1-C003

AMERICAS SERVICING COMPANY
Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 54 of 242
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388

ASC
AMERICA'S SERVICING COMPANY™

04/16/13

||·|'''||''·|·|·|·||·|·|||·|·||·|·|·|·||·||·|·||||·||·|·||||

1AB     02247/010101/004373 0042  2 AGQ56YHP270 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| **Account Information** | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri 8am-6pm In Your Time Zone |
| | |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

What happens next
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
If you have any questions or need further assistance, please contact us at the phone number listed below.





1061146005381HP270

HP270 106
010101/004373 AGQ56Y S2-ET-M1-C003

**Account Information**
Loan Number:            1146005381

Property Address:   1771 York Mountain C
                    Tulare CA 93274

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call **1-800-569-4287**. You can also call the HOPE hotline 1-888-995-HOPE.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2013 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801





*AMERICA'S SERVICING CO*
*RETURN MAIL OPERATIONS*
*PO BOX 10388*
*DES MOINES IA 50306-0388*



01/13/13

ıˈlllıllıˈllˈllıˈlnlıˈllˈllıˈllˈllˈlllllıˈlllˈlllıˈllˈllˈllˈll

1MB        02178/002178/004121 0011   3 AGPWPQHP134 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| **Fax:** | (866) 359-7363 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10328 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri 8am-6pm In Your Time Zone |
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Important information about your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we received the documents you sent us to move forward with your request for mortgage assistance. We'd like to thank you for responding to our request for documentation.

**What happens next**
Now that we've received your documents, our home preservation team will carefully review what you've submitted to determine if you're eligible for mortgage assistance. We'll follow up with you again soon to outline next steps in the process and address any additional documents that might be needed to complete our review.

After we ensure that we have all the documents we need, we will review and validate those materials to determine if you're eligible for a loan modification. Please note, the information in the documents must be the most recent you have available, and can only be used for 90 days from the date we receive them.

- If you're eligible, you will receive a trial period plan with your new payment amount.
- If you meet all requirements of the trial, you will receive a final loan modification agreement adjusting the terms of your mortgage.
- If you're not eligible for a loan modification program, we'll look at other options to help you avoid foreclosure.

As a reminder, it's important for you to continue making your regular mortgage payments until you hear from us.

**Important information for you to know**
You have the right to receive a copy of the appraisal report or other information we may use to help us determine the value of your mortgaged property when you apply for a loan modification. After you are notified of the action taken on your application, please send a written request that includes your name, loan number and delivery address to: P.O. Box 10335 Des Moines, IA 50306; or fax to:





HP134 106
002178/004121 AGPWPQ S2-ET-M1-C001

1061146005381HP134

Loan Number:   1146005381

Property Address: 1771 York Mountain C
                  Tulare CA 93274

1-866-278-1179. We must receive your request no later than 90 days after you are notified of the action taken, or after you withdraw your application. We will fulfill a request for appraisal information at any time if you live in, or if the property is located in, Arizona or Rhode Island.

**What you need to know about foreclosure for the loan referenced above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

Please note: Depending on when we receive any additional documentation required for our review, we may not be able to stop a pending foreclosure sale or postpone an initial foreclosure sale date for the loan referenced above. If you do not send us all the required documentation requested in this letter, you may not be eligible for an alternative foreclosure prevention options, and foreclosure proceedings will continue.

If you have any questions or need further assistance, please contact us at the phone number listed below.

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.





1061146005381HP134

HP134 106
002178/004122 AGPWPQ S2 ET-M1-C001



AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388

03/06/13

1AB        02789/006927/005558 0032   3 AGQ063HP002 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| **Fax:** | (866) 453-6315 |
| **Telephone:** | (800) 662-3806 |
| **Correspondence:** | PO Box 10328 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri, 8 AM -11 PM |
| | Sat, 9 AM - 3 PM CT |
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Your request for mortgage payment assistance
Note: We service your mortgage on behalf of your investor, U.S. Bank, N.A..

Dear Cesar A Betancourt:

We're responding to your request for mortgage assistance and the options that may be available to help you. We realize that the process can take some time, and we appreciate your patience while we review your options.

**Decision on the federal government's Home Affordable Modification Program (HAMP)**
We carefully reviewed the information you sent us. At this time, you do not meet the requirements of the Home Affordable Modification Program because:

You did not provide us with all of the information needed within the required time frame.

Please note: the information above is the primary reason that you are not eligible for mortgage assistance, however there may be other reasons related to the decision. If you have any questions about our decision, please call your Home Preservation Specialist at the number listed at the bottom of this letter.

**Your important next steps**
There may be other mortgage assistance options available to help you avoid a foreclosure sale. Please contact us to learn about the options listed below:
- If you're interested in staying in your home, you may be eligible for help through a different mortgage assistance program.
- If you cannot or prefer not to stay in your home:
  - If the present value of your home is higher than your mortgage balance, you can try to sell your home before the foreclosure sale takes place.
  - If your mortgage balance is higher than the present value of your home, you may want to consider what is known as a "short sale". This allows you to sell your home privately for an agreed-upon amount that is less than what you owe on your mortgage. To start the short sale process, it's important for you to work with us in advance to set the selling price.



HP002 106
006927/005558 AGQ063 S2-ET-M1-C002


1061146005381HP002

**Account Information**

| | |
|---|---|
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

o   The remaining option is a deed in lieu of foreclosure. You can voluntarily deed your property to America's Servicing Company, transferring ownership of your home to us.

**What you need to know about foreclosure**

We will continue to work with you to help you avoid a foreclosure sale. However, please understand that if your mortgage has been referred to foreclosure, that process moves forward at the same time. Also, as part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail, or see steps being taken to proceed with a foreclosure sale of your home.

Please note: if the property is impacted by a bankruptcy case and payments are past due then legal actions within the bankruptcy case may proceed at any time and may result in court approval for foreclosure actions to begin. If you or the property has been released from the bankruptcy case, foreclosure actions may begin.

**Call us now**

We must hear from you. In order for us to help you, it's critical that you contact us immediately to discuss your options. Please call the phone number listed below. You can also email us at HAMPNonApprovalInquiry@wellsfargo.com with questions regarding your non-approval for HAMP. Please note: sending information via email is not a secure method of transmitting information.

Sincerely,

*Razije Haxhiu Mavriq*

Razije Haxhiu Mavriq
Home Preservation Specialist
America's Servicing Company
Ph: 1-515-324-5432
Fax: 1-866-590-8910

---

**Struggling with other expenses? Help is available.**

Sometimes customers have trouble keeping up with their monthly expenses, other than their mortgage payments. If this is happening to you, help is available at no cost from a HUD-approved, non-profit credit counseling agency. Simply call a counselor who will work closely with you to lower your other monthly payments, take your financial circumstances into consideration, and create a budget plan to work for you. To find an agency in your neighborhood, call 1-800-569-4287 or call the HOPE Hotline at 1-888-995-HOPE.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.





1061146005381HP002

HP002 106
006927/005559 AGQ063 S2-ET-M1-C002

CASE 2:16-CV-01855-AWI-SKO    Document 10    Filed 07/13/17    Page 60 of 242

AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



03/15/13

ılı‖ılıııll‖ıılllllllıılıı‖ı‖ıılılıı‖ılıı‖ılıı‖ıılı‖ıllıı‖ı

1MB       02049/002049/004052 0010   3 AGQ1FVHP134 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
| --- | --- |
| **Fax:** | (866) 359-7363 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10328 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri 8am-6pm In Your Time Zone |
| | |
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Important information about your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we received the documents you sent us to move forward with your request for mortgage assistance. We'd like to thank you for responding to our request for documentation.

**What happens next**
Now that we've received your documents, our home preservation team will carefully review what you've submitted to determine if you're eligible for mortgage assistance. We'll follow up with you again soon to outline next steps in the process and address any additional documents that might be needed to complete our review.

After we ensure that we have all the documents we need, we will review and validate those materials to determine if you're eligible for a loan modification. Please note, the information in the documents must be the most recent you have available, and can only be used for 90 days from the date we receive them.

- If you're eligible, you will receive a trial period plan with your new payment amount.
- If you meet all requirements of the trial, you will receive a final loan modification agreement adjusting the terms of your mortgage.
- If you're not eligible for a loan modification program, we'll look at other options to help you avoid foreclosure.

As a reminder, it's important for you to continue making your regular mortgage payments until you hear from us.

**Important information for you to know**
You have the right to receive a copy of the appraisal report or other information we may use to help us determine the value of your mortgaged property when you apply for a loan modification. After you are notified of the action taken on your application, please send a written request that includes your name, loan number and delivery address to: P.O. Box 10335 Des Moines, IA 50306; or fax to:





1061146005381HP134

HP134 106
002049/004052 AGQ1FV S2-ET-M1-C001

**Account Information**

| | |
|---|---|
| **Loan Number:** | 1146005381 |
| **Property Address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

1-866-278-1179. We must receive your request no later than 90 days after you are notified of the action taken, or after you withdraw your application. We will fulfill a request for appraisal information at any time if you live in, or if the property is located in, Arizona or Rhode Island.

**What you need to know about foreclosure for the loan referenced above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

Please note: Depending on when we receive any additional documentation required for our review, we may not be able to stop a pending foreclosure sale or postpone an initial foreclosure sale date for the loan referenced above. If you do not send us all the required documentation requested in this letter, you may not be eligible for an alternative foreclosure prevention options, and foreclosure proceedings will continue.

If you have any questions or need further assistance, please contact us at the phone number listed below.

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.





HP134 106
002049/004053 AGQ1FV S2-ET-M1-C001

Payment 2,829.-
d E/mo.  3,897.-
➡ July 1º 2010
(June 05, 2013)



**AMERICA'S SERVICING COMPANY**

Tuesday, April 16, 2013

Cesar A Betancourt

Loan Number: 1146005381
Client: 106

Property Address:                                          Mailing Address:
1771 York Mountain Ct                                      1771 York Mountain Ct
Tulare, CA  93274                                          Tulare, CA  93274

**Subject: Important Documentation needed for the *Home Affordable Modification Program***

Dear Cesar A Betancourt:

I'm writing to follow up with you on our recent conversation about the *Home Affordable Modification Program*. As your home preservation specialist and dedicated point of contact for this program, I'd like to thank you for responding to our request for documentation.

**Documents needed by Thursday, May 16, 2013 before we can proceed**
Our home preservation team has reviewed the documents you've submitted and we cannot yet determine if you are eligible for mortgage payment relief under the *Home Affordable Modification Program*. In order to meet the program's documentation requirements, we must receive the documents listed below by Thursday, May 16, 2013.

1. A completed, signed and dated copy of the IRS Form 4506T (Request for Transcript of Tax Return) that we previously mailed you.
   Please print legibly and clearly.
   Additional Information:  Separate 4506Ts for each business

2. Other information that is required:
   1) Letter of explanation that business started in July, 2012 2) 2012 Year to Date Profit and Loss statement for contributor business 3) 3 months bank statements for borrower and contributor explaining deposits 4) Copy of 2012 Income Tax Returns or Extention

**Send in the documents - we must receive them by Thursday, May 16, 2013.**
So we can move forward with processing your information and determine your eligibility for the program, please send us the documents noted above in the enclosed overnight envelope or by fax.

- **Using the enclosed overnight envelope:** Simply insert the documents, seal the envelope and return it to the shipping location or drop box (we've already attached the shipping label). To find a shipping location near you, call the telephone number listed on the overnight envelope.
- **By fax:** Use the enclosed fax cover page and be sure to include your telephone number, date and a list of the documents you are faxing.
- **If sending electronically:** You may be able to send your required documents securely through this website. Go to: wellsfargo.com/modification.

You may also be able to track the status of your request for mortgage assistance online, at wellsfargo.com/modification.

Please note: Certain loans may not be able to request assistance online. If you receive an error message, please call us at 800-678-7986.

If we do not hear from you by Thursday, May 16, 2013, a representative of America's Servicing Company may contact you about coming to your home to help you complete the documents, answer your questions and obtain the documentation the program requires. If our representative comes to your door, he or she is merely there to help you.

Please understand that we want to help you. If we do not receive the documents requested by Thursday, May 16, 2013, we will not be able to determine if you'd be eligible for mortgage payment assistance under the Home Affordable Modification Program. It's also important for you to continue making your regular mortgage payments until you hear from us about your eligibility for this program

**What you need to know about foreclosure for the loan referenced above**
We'll continue to seek with you to avoid a foreclosure sale. If your loan is currently in the foreclosure process and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

Please note: Depending on when we receive any additional documentation required for our review, we may not be able to stop a pending foreclosure sale or postpone an initial foreclosure sale date for the loan referenced above. If you do not send us all the required documentation requested in this letter, you may not be eligible for alternative foreclosure prevention options, and foreclosure proceedings will continue.

**Important information for you to know**

- You have a right to receive a copy of the appraisal report or other information we may use to help us determine the value of your mortgaged property when you apply for a loan modification. After you are notified of the action taken on your application, please send a written request that includes your name, loan number and delivery address to: PO Box 10335, Des Moines, IA 50306; or fax to: (866) 278-1179. We must receive your request no later than 90 days after you are notified of the action taken, or after you withdraw your application. We will fulfill a request for appraisal information at any time if you live in, or if the property is located in, Arizona or Rhode Island.

- When you become past due on your mortgage payments, it's important to understand that the actions you take to correct the situation can affect your credit score. As you look into the different options, you'll find that each may have a negative impact on your credit score, but likely to a different degree. Keep in mind that the degree of impact to your credit score depends on your overall credit circumstances and is different for each individual.

**What happens if we do not receive your documentation**
Please understand that we want to help you. If we do not receive the documents requested by Thursday, May 16, 2013, we will not be able to determine if you'd be eligible for mortgage payment assistance under the Home Affordable Modification Program. It's also important for you to continue making your regular mortgage payments until you hear from us about your eligibility for this program.

**Call me for additional assistance at (877) 458-8420, Ext. 38145.**

Sincerely,


Susan Hartmann

Loan Processor
America's Servicing Company
(877) 458-8420, Ext. 38145

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

**Get free counseling to help manage expenses and avoid foreclosure**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call 1-800-569-4287.

Be sure to avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, however we have a security interest in the property and will only exercise our rights against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or



**AMERICA'S SERVICING COMPANY**

Friday, June 07, 2013

Cesar A Betancourt

Loan Number: 1146005381
Client: 106

Property Address:
1771 York Mountain Ct
Tulare, CA  93274-7849

Mailing Address:
1771 York Mountain Ct
Tulare, CA  93274

**Subject: Important Information about the *Home Affordable Modification Program***

Dear Cesar A Betancourt,

I'm writing to follow up with you about the Home Affordable Modification Program. As your loan processor and dedicated point of contact for this program, I'd like to thank you for submitting your documentation.

**What happens next**
Now that we've received your documents, our loan processing team will carefully review what you've submitted to determine if you are eligible for mortgage payment relief under the Home Affordable Modification Program. I will follow up with you by Sunday, July 07, 2013 to outline next steps in the process and address any additional documents that might be needed to complete our review. While we are reviewing your information and if permissible by state law, your home will not be referred to foreclosure or sold at foreclosure sale. As a reminder, it's important for you to continue making your regular mortgage payments until you hear from us.

**Information is available**
You have a right to receive a copy of the appraisal report or other information we may use to help us determine the value of your mortgage property when you apply for a loan modification. After you are notified of the action taken on your application, please send a written request that includes your name, loan number and delivery address to: PO Box 10328, Des Moines, IA 50306; or fax to: (866)453-6315. We must receive your request no later than 90 days after you are notified of the action taken, or after you withdraw your application. We will fulfill a request for appraisal information at any time if you live in, or if the property is located in, Arizona or Rhode Island.

**Call me for additional assistance at (877) 458-8420, Ext. 38145.**

Sincerely,

Susan Hartmann

Loan Processor
America's Servicing Company
(877) 458-8420, Ext. 38145

Many customers tell us that monthly expenses other than their mortgage payments are placing an additional strain on their finances. If you are in this situation, we encourage you to contact a HUD-approved, non-profit credit counseling agency. At no charge, a counselor will work closely with you to lower your other monthly payments, take your financial circumstances into consideration, and create a budget plan that may work for you. To find a local agency, call 1-800-569-4287 or call the HOPE hotline at 1-888-995-HOPE.

Be sure to avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, however we

**ASC**

*AMERICA'S SERVICING COMPANY*

**Documentation request**
What we need to help you with your mortgage payment challenges

Quality Loan Service.
619 - 645 - 7711

Thursday, May 16, 2013

Cesar A Betancourt

Loan Number: 1146005381
Client: 106

714 - 573 - 1965

Property Address:
1771 York Mountain Ct
Tulare, CA  93274-7849

Mailing Address:
1771 York Mountain Ct
Tulare, CA  93274

CA - 11 - 437 - 980
CT

**Subject: Important Documentation needed for the *Home Affordable Modification Program***

Dear Cesar A Betancourt,

As your home preservation specialist I'm writing to follow-up with you on the letter I recently sent you about the *Home Affordable Modification Program*. Now that our home preservation department has reviewed the documents you've submitted, there's additional documentation that's required before we can determine if you are eligible for mortgage payment relief under this program.

**Documents needed by Friday, May 31, 2013 before we can proceed**
In order to meet the documentation requirements for the *Home Affordable Modification Program*, we must receive the documents listed below by Friday, May 31, 2013.

1.  Other information that is required:
    1) Letter from borrower and contributor stating when businesses started 2) Letter explaining each source of each bank deposit over $500

**Send in the documents - we must receive them by**
So we can move forward with processing your information and determine your eligibility for the program, please send us the documents noted above in the enclosed overnight envelope or by fax.

- **Using the enclosed overnight envelope:** Simply insert the documents, seal the envelope and return it to the shipping location or drop box (we've already attached the shipping label). To find a shipping location near you, call the telephone number listed on the overnight envelope.
- **By fax:** Use the enclosed fax cover page and be sure to include your telephone number, date and a list of the documents you are faxing.
- **If sending electronically:** You may be able to send your required documents securely through this website. Go to: wellsfargo.com/modification.

You may also be able to track the status of your request for mortgage assistance online, at wellsfargo.com/modification.

Please note: Certain loans may not be able to request assistance online. If you receive an error message, please call us at 800-678-7986.

If we do not hear from you by Friday, May 31, 2013, a representative of America's Servicing Company may contact you about coming to your home to help you complete the documents, answer your questions and obtain the documentation the program requires. If our representative comes to your door, he or she is merely there to help you.

Please be sure you continue making your regular mortgage payments until you hear from us about your eligibility for this program.

**What you need to know about foreclosure for the loan referenced above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with

AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388

**ASC**
AMERICA'S SERVICING COMPANY

03/15/13

|սիվիկս|իսվ|իսսվս|իՍ||իսկ|Ս|իՍիՍսիՍ|իՍիվիՍ|իՍս|

2MB     02050/002050/004055 0010   4 AGQ1FVHP009 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-877-458-8420 |
| Extension: | 38145 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 AM -10 PM CT |
| | Sat, 8 AM - 2 PM CT |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Introducing a specialist dedicated to helping you

Dear Cesar A Betancourt:

Now that you've been assigned an America's Servicing Company home preservation specialist to work with you, I'm writing to formally introduce myself.

I'm Susan Hartmann, a home preservation specialist with America's Servicing Company. In this role, I am dedicated to helping you with your request for mortgage assistance. I will be your primary contact, and you can count on me to personally assist you through every step of the process. I can be reached at 1-877-458-8420 ext. 38145.

**How I'll be assisting you**
Working closely with you, I'll explore all available options to find one that might be right for your situation. I will keep you well-informed and do all I can to move you through the process as quickly as possible.

Along the way, please respond promptly to any communications and requests for information you receive. And keep in mind, if you do not provide information in a timely manner, it could impact your eligibility for mortgage assistance. If you have any questions at any time, I'm here to help you, so don't hesitate to reach out to me.

I'm committed to helping you through the process and making it the best experience possible. That's why I welcome your feedback at any point -- whether it's to share something positive, or if you have concerns with something that I was not able to help you with. Just let me know, and I'll be happy to put you in touch with my manager.

Please be sure to read the two enclosed flyers. One gives you more details on how we'll be working together. The other provides an understanding of the foreclosure process and how it may come into play when you're seeking mortgage assistance.

**I'm here to help you**
I look forward to working with you and encourage you to contact me with any questions you may have.





1061146005381HP009

HP009 106
002050/004055 AGQ1FV S2-ET-M1-C001

Account Information

| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C
Tulare CA 93274 |

You can reach me at 1-877-458-8420 ext. 38145.

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910

Enclosure

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call **1-800-569-4287**. You can also call the HOPE hotline 1-888-995-HOPE.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2013 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801





1061146005381HP009

AMERICA'S SERVICING COMPANY
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



05/29/13

|ı|ı|ı|ı|ıı|ı||ıı||ıı|ıı|ıı|ıı|ıı||ı|ıı|ıı||ıı|||ı|ı||ıı|ı|ı|ı|ı||

1AB     00465/008558/000830 0039   2 AGQBYAHP270 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri 8am-6pm In Your Time Zone |
| | |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

What happens next
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
If you have any questions or need further assistance, please contact us at the phone number listed below.





1061146005381HP270

Case 1:16-cv-01855-AWI-SKO Document 10 Filed 07/13/17 Page 69 of 242

AMERICA'S SERVICING CO
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388

ASC AMERICA'S SERVICING COMPANY

03/05/14

1AT 05068/015947/007999 0058 2 AGRBYWHP012 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

**Account Information**

| | |
|---|---|
| **Fax:** | 1-866-590-8910 |
| **Telephone:** | 1-800-416-1472 |
| **Correspondence:** | PO Box 10335<br>Des Moines, IA 50306 |
| **Hours of operation:** | Mon - Fri, 6 AM - 10 PM;<br>Sat, 8 AM - 2 PM; CT |
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C<br>Tulare CA 93274 |

Subject: A new specialist dedicated to helping you

Dear Cesar A Betancourt:

I'd like to take this opportunity to introduce myself. My name is Marti Evans and I'm writing to let you know that going forward, I will be your new America's Servicing Company home preservation specialist.

Previously, another specialist was assisting you, and now I'll serve as your dedicated home preservation specialist. In this role, I will be your primary contact, working closely with you and helping you through every step of the mortgage assistance process. I'm committed to helping you through the process and making it the best experience possible. That's why I welcome your feedback at any point -- whether it's to share something positive, or if you have concerns with something that I was not able to help you with. Just let me know, and I'll be happy to put you in touch with my manager.

How to send documents to me
You have the option to send information to me either by fax or by our secured website.

- By fax: 1-866-590-8910, please include your loan number, primary number, secondary number and the date on all documents you send.
- By website: wellsfargo.com/modification, please include your loan number, primary number, secondary number and the date on all documents you send.

You can count on me to keep you well-informed about your loan, the process, and next steps. I'm here to help you in any way I can. Please feel free to contact me at the number listed below, with any questions you may have along the way.

I'm pleased to have this opportunity to help you, and look forward to working with you.

Sincerely,

*Marti Evans*

Marti Evans

1061146005381HP012

HP012 106
015947/007999 AGRBYW S2-ET-M1-C003

Case 1:16-cv-01855-AWI-SKO Document 10 Filed 07/13/17 Page 70 of 242

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call **1-800-569-4287**. You can also call the HOPE hotline 1-888-995-HOPE.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not contact another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2013 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801





HP270 106
0086550000031 ACORYA S2 ET ML C003

1061146005381HP270

AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



01/16/14

ılllıllıllıllıqıllılılıllıqıllıllıllıllıllılılılılı

1AB        03964/007972/007713 0038   3 AGR62UHP134 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| **Fax:** | (866) 590-8910 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of operation:** | Mon - Fri 6am-10pm, Sat 8am-2pm Ct |
| | |
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Important information about your request for mortgage assistance

Dear Cesar A Betancourt:

I'm writing to let you know we received the documents you sent us to move forward with your request for mortgage assistance. Thank you for providing your information.

**What happens next**
Now that we've received your documents, our home preservation team will carefully review what you've submitted to determine if you're eligible for mortgage assistance. We'll follow up with you again soon to outline next steps in the process and address any additional documents that might be needed to complete our review.

After we ensure that we have all the documents we need, we will review and validate those materials to determine if you're eligible for a loan modification. Please note, the information in the documents must be the most recent you have available, and can only be used for 90 days from the date we receive them.
- If you're eligible, you will receive a trial period plan with your new payment amount.
- If you meet all requirements of the trial, you will receive a final loan modification agreement adjusting the terms of your mortgage.
- If you're not eligible for a loan modification program, we'll look at other options to help you avoid foreclosure.

As a reminder, it's important for you to continue making your regular mortgage payments until you hear from us.

**Important information for you to know**
If you have provided the necessary documents for us to begin an application for a first lien loan modification and if an appraisal or other valuation method was required in the underwriting to determine the value of your mortgaged property, you will receive a copy of the Valuation Report(s) considered in connection with your application. A Valuation Report is an analysis of your property which is used to place a value estimate on the property. You will receive the report(s) after completion, in a separate





1061146005381HP134

HP134 106
007972/007713 AGR62U S2-ET-M1-C002

Page 1 of 2

AMERICA'S SERVICING CO. Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 72 of 242
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



06/16/14

[barcode/routing text]

1AB        04021/008066/007969 0037   2 AGRRNMHP012 106

CESAR BETANCOURT
1771 YORK MOUNTAIN COURT
TULARE, CA  93274-7849

| Account Information | |
| --- | --- |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-800-416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 6 AM - 10 PM; |
| | Sat, 8 AM - 2 PM; CT |
| Loan number: | 1146005381 |
| Property address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: A new specialist dedicated to helping you

Dear Cesar A Betancourt:

I'd like to take this opportunity to introduce myself. My name is Heather Fronk and I'm writing to let you know that going forward, I will be your new America's Servicing Company home preservation specialist.

Previously, another specialist was assisting you, and now I'll serve as your dedicated home preservation specialist. In this role, I will be your primary contact, working closely with you and helping you through every step of the mortgage assistance process. I'm committed to helping you through the process and making it the best experience possible. That's why I welcome your feedback at any point -- whether it's to share something positive, or if you have concerns with something that I was not able to help you with.  Just let me know, and I'll be happy to put you in touch with my manager.

How to send documents to me
You have the option to send information to me either by fax or by our secured website.
- By fax: 1-866-590-8910, please include your loan number, primary number, secondary number and the date on all documents you send.
- By website: wellsfargo.com/modification, please include your loan number, primary number, secondary number and the date on all documents you send.

You can count on me to keep you well-informed about your loan, the process, and next steps. I'm here to help you in any way I can. Please feel free to contact me at the number listed below, with any questions you may have along the way.

I'm pleased to have this opportunity to help you, and look forward to working with you.

Sincerely,

*Heather Fronk*

Heather Fronk



HP012 106
008066/007969 AGRRNM S2-ET-M1-C002



1061146005381HP012



**AMERICA'S SERVICING COMPANY**

Wednesday, January 29, 2014

Cesar A Betancourt

Loan number: 1146005381
Client: 106

Property address:
1771 York Mountain Ct
Tulare, CA  93274-7849

Mailing address:
1771 York Mountain Ct
Tulare, CA  93274

**Subject: Important Documentation needed for the *Home Affordable Modification Program***

Dear Cesar A Betancourt,

I'm writing to follow up with you on our recent conversation about the *Home Affordable Modification Program*. As your home preservation specialist and dedicated point of contact for this program, I'd like to thank you for responding to our request for documentation.

**Documents needed by Friday, February 28, 2014 before we can proceed**
Our home preservation team has reviewed the documents you've submitted and we cannot yet determine if you are eligible for mortgage payment relief under the *Home Affordable Modification Program*. In order to meet the program's documentation requirements, we must receive the documents listed below by Friday, February 28, 2014.

1.   Other information that is required:
     1) Please provide your 2012 federal tax return(s) with all pages and schedules, especially making sure the 1040 is signed and dated on the signature line on the bottom of Page 2. If you have unreimbursed employee expenses, your tax return should include the schedule 2106. If you are self-employed, your business and personal tax returns are needed. If there is any additional income reported on your taxes for which you have not provided documentation, please provide a signed and dated letter of explanation on what the income is for how often it is received and if it will continue. Also, please provide any proof of this income, such as, profit and loss statements, benefits letters, paystubs, etc. Please provide the 1120, K1, and/or 1065, if applicable. 2) The 4506-T form needs to have line 9 formatted as MM/DD/YYYY, i.e. 12/31/2012.

**Send in the documents - we must receive them by Friday, February 28, 2014**
So we can move forward with processing your information and determine your eligibility for the program, please send us the documents noted above in the enclosed overnight envelope or by fax.

- **Using the enclosed overnight envelope:** Simply insert the documents, seal the envelope and return it to the shipping location or drop box (we've already attached the shipping label). To find a shipping location near you, call the telephone number listed on the overnight envelope.
- **By fax:** Use the enclosed fax cover page and be sure to include your telephone number, date and a list of the documents you are faxing.
- **If sending electronically:** You may be able to send your required documents securely through this website. Go to: wellsfargo.com/modification.

You may also be able to track the status of your request for mortgage assistance online, at wellsfargo.com/modification.

Please note: Certain loans may not be able to request assistance online. If you receive an error message, please call us at 800-678-7986.

If we do not hear from you by Friday, February 28, 2014, a representative of America's Servicing Company may contact you about coming to your home to help you complete the documents, answer your questions and obtain the documentation the program requires. If our representative comes to your door, he or she is merely there to help you.

Please understand that we want to help you. If we do not receive the documents requested by Friday, February 28, 2014, we will not be able to determine if you'd be eligible for mortgage payment assistance under the Home Affordable Modification Program.

**What you need to know about foreclosure for the loan referenced above**

We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If ~~you've/can has been referred to foreclosure, we won't conduct a foreclosure sale on this loan while your documents~~ are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

Please note: Depending on when we receive any additional documentation required for our review, we may not be able to stop a pending foreclosure sale or postpone an initial foreclosure sale date for the loan referenced above. If you do not send us all the required documentation requested in this letter, you may not be eligible for alternative foreclosure prevention options, and foreclosure proceedings will continue.

**Information is available**

- When you become past due on your mortgage payments, it's important to understand that the actions you take to correct the situation can affect your credit score. As you look into the different options, you'll find that each may have a negative impact on your credit score, but likely to a different degree. Keep in mind that the degree of impact to your credit score depends on your overall credit circumstances and is different for each individual.
- Consider contacting the servicers of any other mortgage loans that are secured by this property to discuss other mortgage assistance options that may be available.

**Call me for additional assistance at (877) 458-8420, Ext. 38145.**

Sincerely,

Susan Hartmann

Loan Processor
America's Servicing Company
(877) 458-8420, Ext. 38145

**Contact us**

If you'd like to request information, notify us of an error, or share any concerns you may have about the servicing of your loan, please contact us at P.O. Box 10335, Des Moines, IA 50306.

**Active Servicemembers**

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

**Get free counseling to help manage expenses and avoid foreclosure**

Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call 1-800-569-4287. You can also call the HOPE Hotline at 1-888-995-HOPE.

Be sure to avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, however we have a security interest in the property and will only exercise our rights against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part,collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A. ©2014 Wells Fargo Bank, N.A. All rights reserved.NMLSR ID 399801

**ASC**

AMERICA'S SERVICING COMPANY
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

April 25, 2014

Cesar A Betancourt
1771 York Mountain CT
Tulare CA 93274

Subject: Loan Number 1146005381

Dear Cesar A Betancourt :

You recently submitted an application for mortgage assistance with the
loan number shown above. Because America's Servicing Company used
an appraisal or other valuation method to determine the value of your
mortgaged property, you are entitled to receive a copy of the Valuation
Report(s). This report is an analysis of your property, which was used
to place a value estimate of $354900.00 on the property.

We are pleased to provide the enclosed information for:
1771 York Mountain C Tulare CA 93274

Important information you should know
You will find another valuation report(s) enclosed that we have on file,
but was not used in making our decision on your request for mortgage
assistance. We are, however, required to provide a copy of this to you
in addition to the report we did use in evaluating your request. In
addition, please note that a written notification about the outcome of
your request for assistance is sent in a separate mailing.

I'm here to help you
If you have any questions about the information in this notice, I can
be reached at the phone number that appears below. Thank you.

Sincerely,
MARTI EVANS
Home Preservation Specialist
America's Servicing Company
Ph: 855-803-5719
ext. 39320

HP321/O2U/Pg1

Contact us
If you'd like to request information, notify us of an error, or share
any concerns you may have about the servicing of your loan, please
contact us at P.O. Box 10335, Des Moines, IA 50306.

This Valuation Report will be subject to an underwriting review by
America's Servicing Company. Any discrepancies discovered
during the underwriting process will be analyzed and addressed.

America's Servicing Company is required by the Fair Debt Collection
Practices Act to inform you that, as your account servicer, we are
attempting to collect a debt, and any information obtained will be used
for that purpose. However, if you have received a discharge from
bankruptcy, and the account was not reaffirmed in the bankruptcy case,
America's Servicing Company will only exercise its rights
against the property and is not attempting any act to collect the
discharged debt from you personally.

We may report information about your account to credit reporting
agencies. Late payments, missed payments, or other defaults on your
account may be reflected in your credit report.

With respect to those accounts secured by property located in the State
of California, the state Rosenthal Fair Debt Collection Practices Act
and the federal Fair Debt Collection Practices Act require that, except
under unusual circumstances, collectors may not contact you before
8 a.m. or after 9 p.m. They may not harass you by using threats of
violence or arrest or by using obscene language. Collectors may not use
false or misleading statements or call you at work if they know or have
reason to know that you may not receive personal calls at work. For the
most part, collectors may not tell another person, other than your
attorney or spouse, about your debt. Collectors may contact another
person to confirm your location or enforce a judgment. For more
information about debt collection activities, you may contact the
Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

HP321/O2U/Pg2

017

Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 77 of 242

AMERICA'S SERVICING COMPANY
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



06/27/14

I||||I|••|I||•|I•I||I|||•••|||I•II|••I|••||I•I|•••II|•|I•II|•I••I•

1AB      01119/008887/002238 0044   2 AGRT3YHP014 106

CESAR BETANCOURT
1771 YORK MOUNTAIN COURT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-866-234-8271 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 1146005381 |
| Property address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Important update about your mortgage assistance

Dear Cesar A Betancourt:

As your home preservation specialist, I'm writing to inform you of changes in the status of your mortgage assistance and let you know what to expect going forward. I've been your primary contact, working to help you through the mortgage assistance process. Please understand that, at this time, I am not able to help you find a mortgage assistance solution.

For that reason, the normal collections process will resume if appropriate. This means you will begin receiving phone calls and notices from the collections department.  They will keep you informed of the process and also inquire about any changes in your financial situation.

If you have any questions, please call the phone number located in the account information box at the top of this letter.

Sincerely,

*Heather Fronk*

Heather Fronk
Home Preservation Specialist
America's Servicing Company
Ph: 1-866-234-8271
Fax: 1-866-590-8910

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at





HP014 106
008887/002238 AGRT3Y S2-ET-M1-C003

1061146005381HP014

**ASC**
*AMERICA'S SERVICING COMPANY*
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

April 25, 2014

Cesar Betancourt
1771 York Mountain Court
Tulare
CA 93274

Subject: Important information regarding your client's home mortgage
Loan number: 1146005381

Dear Cesar Betancourt :

I have enclosed a copy of correspondence that must be passed along to
your client(s), which provides information about their home mortgage.

Next steps required
Please review the attached document(s) and make sure that any steps,
including any documents that need to be returned, are completed.
Ensure that you or your client responds with the given timeframes
(if applicable).

I'm here to help you
I'm available to help with you or your client's needs. If you have any
questions about the information in this letter, you can reach me at
the phone number listed below.

Sincerely,

MARTI EVANS
Home Preservation Specialist
America's Servicing Company
Ph: 1-855-803-5719
Ext: 39320
Fax: 866-359-7363

OF001/O2U

AMERICA'S SERVICING COMPANY
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



05/16/13

|||||¹|·|¹|¹||¹¹|¹||¹|¹||¹||¹¹|¹|¹||¹¹|¹·|·|¹||¹|¹|¹|·|¹|¹|¹||

1AB        01392/009901/002447 0042  2 AGQAMRHP270 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| **Account Information** | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10328 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri 8am-6pm In Your Time Zone |
| | |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

What happens next
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
If you have any questions or need further assistance, please contact us at the phone number listed below.





1061146005381HP270

Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 80 of 242

**Account Information**

| | |
|---|---|
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call **1-800-569-4287**. You can also call the HOPE hotline 1-888-995-HOPE.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2013 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801





HP270 106
009901/002448 AGQAMR S2-ET-M1-C003

AMERICA'S SERVICING COMPANY Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 81 of 242
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



05/08/14

ılııılllllllılıllıllllılılılıllıllıllıllııllllllıllılılıllııı

1AB        00473/015833/000916 0070   2 AGRKWPHP065 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA  93274-7849

| Account Information | |
| --- | --- |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 1146005381 |
| Property address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Update on the status of your appeal request and next steps

Dear Cesar A Betancourt:

We have received your request to appeal the decision we made about your mortgage loan and additional information you provided to help us look into your request (if applicable).

We are writing to let you know your appeal request has been sent to our underwriting team for a review of the decision.

**What happens next?**
When the review is complete you will receive a written notification about the outcome of the appeal and information about the options that may be available to you.

**We're here for you**
If you have any questions about the information in this letter or the appeal process, please call the phone number below.

Sincerely,

*Marti Evans*

Marti Evans
Home Preservation Specialist
America's Servicing Company
Ph: 1-855-803-5719 ext. 39320
Fax: 1-866-590-8910





HP065 106
015833/000916 AGRKWP S2-ET-M1-C005

1061146005381HP065

AMERICA'S SERVICING COMPANY
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



05/05/14

ˈɪ|ˈɪ·ˈɪˈɪ·ˈɪ|ˈɪˈɪ|ˈɪˈɪ|ˈɪˈɪˈɪ·|ˈɪˈɪˈɪˈɪˈɪ·|ˈɪ|ˈɪ|ˈɪˈɪˈɪ·ˈɪˈɪˈɪ

1AT          04059/008721/006704 0038   2 AGRJP9HP607 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| **Fax:** | (866) 359-7363 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of operation:** | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Receipt of your appeal request

Dear Cesar A Betancourt:

We have received your request to appeal the decision we made about your mortgage loan. You specified that you intend to provide additional information for our consideration at a later time.

**What happens next**
Once you provide the additional information by the date noted in our original decision letter, your appeal request will be sent to our underwriting team for a review of the decision.

If your appeal request is based on a disputed value of your home, it may be necessary to order a new appraisal of your property. I will let you know if a new appraisal is necessary. Please understand you will be responsible for the cost of a new appraisal if it is required, even if it doesn't change the outcome of the decision. We will collect a $200 deposit toward the cost of the appraisal and if the actual cost of the appraisal is greater than $200, the remaining cost will be added to your loan principal balance.

**I'm here for you**
If you have any questions about the information in this letter or the appeal process, please call the number below.

Sincerely,

Marti Evans      ꓱ 9 320

Marti Evans
Home Preservation Specialist
America's Servicing Company
Ph: 1-855-803-5719
Fax: 1-866-590-8910





1061146005381HP607

HP607 106
008721/006704 AGRJP9 S2-ET-M1-C002

AMERICA'S SERVICING COMPANY
Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 83 of 242
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



05/09/14

ImlmIInlIIIIuIlunIIIIuIIllluIIInuIllIImIIIIuIIllImIlunIIIImnI

1AB       01176/019822/003094 0094   2 AGRM3QHP609 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA  93274-7849

| Account Information | |
|---|---|
| **Fax:** | 1-866-278-1179 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of operation:** | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Decision on your loan modification and next steps

Dear Cesar A Betancourt:

In response to your appeal request, we have completed a review of the decision we made about your mortgage.

**Here's what we found**
After carefully reviewing the information we currently have, we have determined that you still do not meet the requirements for a loan modification.

**Talk to me about your other options**
There may be other options available to help you avoid a foreclosure sale, provided you meet the requirements.

If the amount you owe on your mortgage is higher than what you think you can sell your house for, you may want to consider what is known as a "short sale". This option could allow you to list your home for sale, for an amount that is less than you owe.

During the short sale process, you'll need to submit documentation to us that we will evaluate. For example, a short sale requires a purchase contract. Once we receive a purchase contract America's Servicing Company will review the terms of the contract and obtain the appraised value of the property.

If you are interested in a short sale, contact me right away. I can help explain the short sale process, guidelines and your eligibility.

If you are unable to sell your home or find a short sale is not the right alternative to foreclosure for you, another option to consider might be a deed in lieu of foreclosure, sometimes referred to as a Mortgage Release. If you are interested in a deed in lieu of foreclosure, please contact me right away so we can determine your eligibility and coordinate an appraisal and inspection of your property.

Keep in mind, if you accept a deed in lieu of foreclosure, you must agree to vacate the property within





1061146005381HP609

HP609 106
019822/003094 AGRM3Q S2-ET-M1-C007

| | |
|---|---|
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

an agreed upon time.

## We're here for you

If you have any questions about our reviewed decision, or want to discuss other options to avoid foreclosure, please call the phone number below.

Sincerely,

*Marti Evans*

Marti Evans
Home Preservation Specialist
America's Servicing Company
Ph: 1-855-803-5719 ext. 39320
Fax: 1-866-590-8910

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure: At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to **www.hud.gov/offices/hsg/sfh/hcc/fc**. Or call **1-800-569-4287** (TDD 1-800-877-8339). You can also call the HOPE hotline 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

America's Servicing Company is required by the Fair Debt Collection Practices Act to inform you that, as your account servicer, we are attempting to collect a debt, and any information obtained will be used for that purpose. However, if you have received a discharge from bankruptcy, and the account was not reaffirmed in the bankruptcy case, America's Servicing Company will only exercise its rights against the property and is not attempting any act to collect the discharged debt from you personally.

With respect to those accounts secured by property located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801





1061146005381HP609

HP609 106
019822/003095 AGRM3IQ S2-ET-M1-C007

AMERICA'S SERVICING CO
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



02/10/14

ուդերհերիերիերիրերիդերերիերիլեւրերել

1AB        03258/007068/007152 0034    2 AGR9W SHP270 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA  93274-7849

| **Account Information** | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 1146005381 |
| Property address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

What happens next
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
, If you have any questions or need further assistance, please contact us at the phone number listed below.





HP270 106
007068/007152 AGR9WS S2-ET-M1-C002

1061146005381HP270

Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/16   Page 86 of 242

| **Account Information** | |
|---|---|
| Loan number: | 1146005381 |
| Property address: | 1771 York Mountain C<br>Tulare CA 93274 |

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910

**Active Servicemembers**

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to **www.hud.gov/offices/hsg/sfh/hcc/fc**. Or call **1-800-569-4287** (TDD 1-800-877-8339). You can also call the HOPE hotline 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801





1061146005381HP270

HP270 106
007068/007153 AGR9WS S2-ET-M1-C002

AMERICA'S SERVICING Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 87 of 242
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



01/21/14

‫ا‬‫ا‬‫ا‬‫ا‬‫ا‬‫ا‬‫ا‬‫ا‬‫ا‬‫ا‬‫ا‬

1MB        02514/002514/004875 0012  2 AGR6P8HP270 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA  93274-7849

| Account Information | |
| --- | --- |
| **Online:** | mortgageaccountonline.com |
| **Fax:** | (866) 453-6315 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of operation:** | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

What happens next
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
If you have any questions or need further assistance, please contact us at the phone number listed below.





1061146005381HP270

HP270 106
002514/004875 AGR6P8 S2-ET-M1-C001

| Account Information | |
|---|---|
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

> **Get free counseling to help manage expenses and avoid foreclosure.**
> Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to **www.hud.gov/offices/hsg/sfh/hcc/fc**. Or call **1-800-569-4287**. You can also call the HOPE hotline 1-888-995-HOPE (4673).
>
> Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801





HP270 106
002514/004876 AGR6P8 S2-ET-M1-C001

AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



02/18/14

1MB        02153/002153/004478 0011   2 AGRAJ8HP270 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 1146005381 |
| Property address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

What happens next
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
If you have any questions or need further assistance, please contact us at the phone number listed below.





1061146005381HP270

HP270 106
002153/004478 AGRAJ8 S2-ET-M1-C001

| | |
|---|---|
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Sincerely,

*Steven Erickson*

Steven Erickson
Home Preservation Specialist
America's Servicing Company
Ph: 1-855-803-5719
Fax: 1-866-590-8910

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to **www.hud.gov/offices/hsg/sfh/hcc/fc**. Or call **1-800-569-4287** (TDD 1-800-877-8339). You can also call the HOPE hotline 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801





1061146005381HP270

AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



01/28/14

||₁|₁||₁₁||₁||₁₁₁₁·₁₁·₁||₁₁|₁||₁·||₁·|·||₁||₁₁||₁||₁·₁|·||||₁

1AB      03870/008004/007463 0037   2 AGR7MW HP270 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| **Online:** | mortgageaccountonline.com |
| **Fax:** | (866) 453-6315 |
| **Telephone:** | (800) 842-7654 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of operation:** | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

What happens next
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
If you have any questions or need further assistance, please contact us at the phone number listed below.





HP270 106
008004/007463 AGR7MW S2-ET-M1-C002

1061146005381HP270

Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Account Information

| Loan number: | 1146005381 |
|---|---|
| Property address: | 1771 York Mountain C<br>Tulare CA 93274 |

Sincerely,

*Susan Hartmann*

Susan Hartmann
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-458-8420 ext. 38145
Fax: 1-866-590-8910

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to **www.hud.gov/offices/hsg/sfh/hcc/fc**. Or call **1-800-569-4287**. You can also call the HOPE hotline 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801





1061146005381HP270

HP270 108
008004/007464 AGR7MW S2-ET-M1-C002

AMERICA'S SERVICING COMPANY
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388

*Extension*
*37320*



03/11/14

ɪɫ·ɪɪ'ɪ¹ɪɪ'ɪɪ'ɪɪɪɪ'ɪɪ·ɪ'ɪ·ɪ·ɪɪ·'·ɪ·ɪɪ·'ɪɪ·ɪɪ·ɪ¹ɪɪɪɪ·ɪ¹ɪɪ·'ɪɪɪ·

1AT        01275/022515/003226 0097   2 AGRCG0HP270 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 1146005381 |
| Property address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

What happens next
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
If you have any questions or need further assistance, please contact us at the phone number listed below.





1061146005381HP270

Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 94 of 242

| Account information | |
| --- | --- |
| Loan number: | 1146005381 |
| Property address: | 1771 York Mountain C Tulare CA 93274 |

Sincerely,

*Marti Evans*

Marti Evans
Home Preservation Specialist
America's Servicing Company
Ph: 1-855-803-5719  ✕ 3 9 3 2 0
Fax: 1-866-590-8910

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to **www.hud.gov/offices/hsg/sfh/hcc/fc**. Or call **1-800-569-4287** (TDD 1-800-877-8339). You can also call the HOPE hotline 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801





HP270 106
022515\003227 AGRCG0 S2-ET-M1-C008

1061146005381HP270

AMERICA'S Case 1:16-cv-01855-AWI-SKO   Document 10   Filed 07/13/17   Page 95 of 242
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388



03/18/14

السلام

1AB       02482/011173/004605 0050   1 AGRD0QDF042 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| Account Information | |
|---|---|
| Fax: | (866) 453-6315 |
| Telephone: | (800) 662-3806 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 8 AM -11 PM |
| | Sat, 9 AM - 3 PM CT |
| Loan Number: | 1146005381 |
| Property Address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Contact information needed for your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing because we need additional information from you in order to move forward with your request for mortgage assistance. We have not been able to reach you by telephone. Please contact us at the number listed below.

Thank you for your prompt attention to this matter.

Sincerely,

Marti Evans

Marti Evans
Home Preservation Specialist
America's Servicing Company
Ph: 1-855-803-5719
Fax: 1-866-590-8910

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those accounts secured by property located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.




DF042 106
011173/004605 AGRD0Q S2-ET-M1-C003

1061146005381DF042

AMERICA'S SERVICING CO<br>
RETURN MAIL OPERATIONS<br>
PO BOX 10388<br>
DES MOINES IA 50306-0388



03/31/14

| | **Account Information** |
|---|---|
| **Fax:** | 1-866-359-7363 |
| **Telephone:** | 1-800-416-1472 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of operation:** | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C |
| | Tulare CA 93274 |

Կ||Կ··Կ··Կ··Կ|Կ··Կ·Կ|Կ·ԿԿ·Կ··Կ··ԿԿ·Կ·Կ··ԿԿ·Կ·Կ·ԿԿ·Կ·ԿԿ·Կ··Կ··Կ||Կ·ԿԿ·Կ·Կ·Կ|Կ

1AB      02035/005853/004280 0030   3 AGRDYJLM085 106

CESAR A BETANCOURT<br>
1771 YORK MOUNTAIN CT<br>
TULARE, CA 93274-7849

Subject: Important information about your request for a loan modification

Dear Cesar A Betancourt:

I'm writing to follow up with you about your request for a loan modification. As your home preservation specialist and dedicated point of contact, I'd like to thank you for responding to our request for documentation.

**What happens next**<br>
Now that we've received your documents, we'll carefully review what you've submitted to determine if you're eligible for mortgage payment assistance through a loan modification. Please note that it may take up to 30 days for us to review your documents.

If we find additional documents are required to proceed with your request, we'll notify you about the information and due date in a separate letter. It's important for you to respond to all requests for information by the date required or foreclosure proceedings may continue. While we're reviewing your information, we will not take further steps towards foreclosure. If a foreclosure sale date has already been set, we will attempt to postpone the sale, but cannot guarantee it can be postponed.

As a reminder, it's important to consider contacting the servicers of any other loans that are secured by this property to discuss other options that may be available.

**I'm here to help you**<br>
If you have any questions about the information in this letter, I can be reached at the phone number below.

Sincerely,

*Marti Evans*

Marti Evans<br>
Home Preservation Specialist





1061146005381LM085

LM085 106<br>
005853/004280 AGRDYJ S2-ET-M1-C002

*(2006) VW Jetta 5,599*

AMERICA'S SERVICING CO.
RETURN MAIL OPERATIONS
PO BOX 10388
DES MOINES IA 50306-0388

**ASC**
AMERICA'S SERVICING COMPANY

*1-855-803-5719*
*Mariana x 39320*
*Adams*

02/26/14

լՈլլլԿլՈԿլՈԿլՈկՈլՈՈԿՈկ

1AT        01948/005959/003259 0027   2 AGRB9AHP270 106

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274-7849

| **Account Information** | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | (866) 453-6315 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 1146005381 |
| Property address: | 1771 York Mountain C |
| | Tulare CA 93274 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Cesar A Betancourt:

We're writing to let you know we've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

What happens next
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to wellsfargo.com/modification to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**What you need to know about foreclosure for the loan noted above**
We'll continue to work with you to help you avoid a foreclosure sale. If your loan has not previously been referred to foreclosure and you have submitted all of the required documentation needed to evaluate for an alternative, this loan will not be referred to foreclosure while the application is evaluated. If your loan has been referred to foreclosure and you have submitted all required documentation, we will not conduct a foreclosure sale on this loan while your documents are being reviewed and if allowed by state law and/or investor guidelines.

As part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail or see steps being taken to proceed with a foreclosure sale of your home.

**I'm here for you**
If you have any questions or need further assistance, please contact us at the phone number listed below.





1061146005381HP270

HP270 106
005959/003259 AGRB9A S2-ET-M1-C002

| Account Information | |
|---|---|
| **Loan number:** | 1146005381 |
| **Property address:** | 1771 York Mountain C<br>Tulare CA 93274 |

Sincerely,

*Steven Erickson*

Steven Erickson
Home Preservation Specialist
America's Servicing Company
Ph: 1-855-803-5719
Fax: 1-866-590-8910

**Active Servicemembers**

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

> **Get free counseling to help manage expenses and avoid foreclosure.**
> Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to **www.hud.gov/offices/hsg/sfh/hcc/fc**. Or call **1-800-569-4287** (TDD 1-800-877-8339). You can also call the HOPE hotline 1-888-995-HOPE (4673).
>
> Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than America's Servicing Company.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801





1061146005381HP270

HP270 106
005959/003260 AGRB9A S2-ET-M1-C002

America's Servicing Co.
Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

**ASC**
AMERICA'S SERVICING COMPANY

February 22, 2016



DCML1TDTSM  008872

CESAR A BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274

| Account Information | |
|---|---|
| Fax: | (866) 590-8910 |
| Telephone: | (800) 842-7654 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 1146005381 |
| Property address: | 1771 York Mountain C |
| | Tulare CA 93274 |

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, America's Servicing Company is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S). Your decision to discuss workout options with America's Servicing Company is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

Subject: The review of your loan for assistance options

Note: We service your mortgage on behalf of your investor, MASTR 2006-NC1.

Dear Cesar A Betancourt:

A review of your loan has been pending for a considerable period of time and we have not yet received all of the required documentation from you. Because you have not provided the required documentation, we are unable to offer you assistance options.

It is important that you contact us if you wish to continue the loan review process. Please note: If you previously provided documents they may no longer be valid and may need to be resent.

**What you need to know about foreclosure**
If your mortgage has been or will be referred to foreclosure, that process may move forward now. Also, as part of the foreclosure process, you may see steps being taken in proceedings or receive notices from a third party attorney delivered by mail.

**I'm here for you**
If you have any questions about the information in this letter, please call me at the phone number listed below.

HP212 106 0518

**Account Information**
**Loan number:**      1146005381

**Property address:** 1771 York Mountain C
                      Tulare CA 93274

Sincerely,

*JOSE AVELAR*

JOSE AVELAR
Home Preservation Specialist
America's Servicing Company
Ph: 1-877-283-9237 ext. 1335523097
Fax: 1-866-590-8910

**Contact us**
If you'd like to request information, notify us of an error, or share any concerns you may have about the
servicing of your loan, please contact us at P.O. Box 10335, Des Moines, IA 50306.

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to
keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will
work closely with you, providing the information and assistance you need. To find an agency near
you, go to **www.hud.gov/offices/hsg/sfh/hcc/fc**. Or call **1-800-569-4287** (TDD
1-800-877-8339). You can also call the HOPE hotline 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to
sign over the deed to your home, or to make your mortgage payments to anyone other than
America's Servicing Company.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion,
national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the
applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the
Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer
Financial Protection, 1700 G Street NW., Washington DC 20006.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2015 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

NN NN 002 002      023963      114625331

REPONSE                                1/2

Case No. 1:16-cv-01855-AWI-SKO

Att: Court                              July 9, 2017
                                        Tulare, CA

I am sending a complete packet to show you
how Wells Fargo used another court to sue
me with charges of:

(1) bankruptcy abuse: Lawyers hired recommended
    or perform the process to stop foreclosure
    while bank promised to assist me to
    stop foreclosure by giving a modification.

(2) also in Exhibit 9 you may find the stamp/
    seal of a public notary named Cathy
    Meredith # 1986093 that certifies under
    penalty of perjury I am signing in front of
    her, date was June 22, 2016.

    These notary is accepting/proving I am
    getting money from a loan, I never
    did, causing a lien against my house.

(3) I am submitting my employer's letter Altura
→   Clinics proving I was at work during
    this day. I never met this notary.

(4) Allegations are false                    ——→
                                          see here

(5) Judges solved this court case see
    attached, to prove, my charges are not
    valid. I never met Serena Cruz as well.

the court was in another county
I had to drive myself to
Monterrey County to be present in court.

RECORDING REQUESTED BY:
FIRST AMERICAN TITLE

Recording Requested By:

**New Century Mortgage**
**Corporation**
Return To:
**New Century Mortgage**
**Corporation**
**18400 Von Karman, Ste 1000**
**Irvine, CA 92612**

2005-0109748

| Recorded | REC FEE | 67.00 |
| Official Records | | |
| County Of | | |
| Tulare | | |
| GREGORY B. HARDCASTLE | | |
| Recorder | | |
| | 11 | |
| 08:00AM 05-Oct-2005 | Page 1 of 21 | |

Prepared By:
**New Century Mortgage**
**Corporation**
**18400 Von Karman, Ste 1000**
**Irvine, CA 92612**

──────────────[Space Above This Line For Recording Data]──────────────

Order No. ▆▆▆▆▆
Escrow No. ▆▆▆▆▆ **DEED OF TRUST**
Parcel No. ▆▆▆

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated **September 28, 2005**
together with all Riders to this document.
**(B) "Borrower"** is CESAR A. BETANCOURT, A Single Man

Borrower's address is **1334 W. CROSS AVE , Tulare, CA 93274**
. Borrower is the trustor under this Security Instrument.
**(C) "Lender"** is New Century Mortgage Corporation

Lender is a **Corporation**
organized and existing under the laws of **California**

▆▆▆▆▆

. **CALIFORNIA**-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**        **Form 3005 1/ 01**

**-6(CA)** (0207)
Page 1 of 15              Initials:
VMP MORTGAGE FORMS - (800)521-7291

this page intentionally left blank

Lender's address is **18400 Von Karman, Suite 1000, Irvine, CA 92612**

Lender is the beneficiary under this Security Instrument.
**(D) "Trustee"** is **FIRST AMERICAN TITLE COMPANY**

**(E) "Note"** means the promissory note signed by Borrower and dated **September 28, 2005**
The Note states that Borrower owes Lender **FOUR HUNDRED TWENTY-NINE THOUSAND THREE
HUNDRED AND 00/100**                                                                Dollars
(U.S. $ **429,300.00**          ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than **11/01/2035**
**(F) "Property"** means the property that is described below under the heading "Transfer of Rights in the
Property."
**(G) "Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.
**(H) "Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| [x] Adjustable Rate Rider | [ ] Condominium Rider | [ ] Second Home Rider |
| [ ] Balloon Rider | [ ] Planned Unit Development Rider | [ ] 1-4 Family Rider |
| [ ] VA Rider | [ ] Biweekly Payment Rider | [x] Other(s) [specify] |
| | | **Prepayment Rider** |
| | | **ARM Rider Addendum** |

**(I) "Applicable Law"** means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions.
**(J) "Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.
**(K) "Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers.
**(L) "Escrow Items"** means those items that are described in Section 3.
**(M) "Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the
Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property.
**(N) "Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on,
the Loan.
**(O) "Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.
**(P) "RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its
implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to
time, or any additional or successor legislation or regulation that governs the same subject matter. As used
in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard

-6(CA) (0207)                          Page 2 of 15                  Initials:                    Form 3005   1/01

4

# EXHIBIT 1

to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(Q) "Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, .with power of sale, the following described property located in the

|                      |    |                      |   |
|----------------------|----|----------------------|---|
| **County**           | of | **Tulare**           | : |
| [Type of Recording Jurisdiction] | | [Name of Recording Jurisdiction] | |

**See Legal Description Attached Hereto and Made a Part Hereof**

Parcel ID Number: ▓▓▓▓▓▓▓                                                          which currently has the address of
**1771 YORK MOUNTAIN COURT**                                                                                              [Street]
**Tulare**                                                          [City], California **93274**          [Zip Code]
("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S.

-6(CA) (0207)                                          Page 3 of 15                    Initials: [handwritten]          Form 3005   1/01

5

EXHIBIT 1

currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be

 -6(CA) (0207)                    Page 4 of 15          Initials:            Form 3005   1/01

6

# EXHIBIT 1

in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the

 -6(CA) (0207)

Page 5 of 15

Initials: 

Form 3005   1/01

7

EXHIBIT 1

lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee and Borrower further agrees to generally assign rights to insurance proceeds to the holder of the Note up to the amount of the outstanding loan balance. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee and Borrower further agrees to generally assign rights to insurance proceeds to the holder of the Note up to the amount of the outstanding loan balance.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with


8
EXHIBIT 1

the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

**6. Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

**7. Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

**9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable

 

9
EXHIBIT 1

attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10. Mortgage Insurance.** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

**(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.**

 -6(CA) (0207)                     Page 8 of 15                Initials:            **Form 3005   1/01**

# EXHIBIT 1

(b) Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.

11. **Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

12. **Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender

to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

**14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

Initials: [redacted]

12
EXHIBIT 1

**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**19. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

**20. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA





13

EXHIBIT 1

requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

**21. Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

 -6(CA) (0207)

Page 12 of 15

Initials: 



**Form 3005    1/01**

14

EXHIBIT 1

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**22. Acceleration; Remedies.** Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may invoke the power of sale and any other remedies permitted by Applicable Law. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

If Lender invokes the power of sale, Lender shall execute or cause Trustee to execute a written notice of the occurrence of an event of default and of Lender's election to cause the Property to be sold. Trustee shall cause this notice to be recorded in each county in which any part of the Property is located. Lender or Trustee shall mail copies of the notice as prescribed by Applicable Law to Borrower and to the other persons prescribed by Applicable Law. Trustee shall give public notice of sale to the persons and in the manner prescribed by Applicable Law. After the time required by Applicable Law, Trustee, without demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in any order Trustee determines. Trustee may postpone sale of all or any parcel of the Property by public announcement at the time and place of any previously scheduled sale. Lender or its designee may purchase the Property at any sale.

Trustee shall deliver to the purchaser Trustee's deed conveying the Property without any covenant or warranty, expressed or implied. The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made therein. Trustee shall apply the proceeds of the sale in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

**23. Reconveyance.** Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty to the person or persons legally entitled to it. Lender may charge such person or persons a reasonable fee for reconveying the Property, but only if the fee is paid to a third party (such as the Trustee) for services rendered and the charging of the fee is permitted under Applicable Law. If the fee charged does not exceed the fee set by Applicable Law, the fee is conclusively presumed to be reasonable.

**24. Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by Applicable Law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

**25. Statement of Obligation Fee.** Lender may collect a fee not to exceed the maximum amount permitted by Applicable Law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.


15

EXHIBIT 1

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____          _____ (Seal)
                                            CESAR A. BETANCOURT              -Borrower

_____          _____ (Seal)
                                                                            -Borrower

_____ (Seal)   _____ (Seal)
                         -Borrower                                          -Borrower

_____ (Seal)   _____ (Seal)
                         -Borrower                                          -Borrower

_____ (Seal)   _____ (Seal)
                         -Borrower                                          -Borrower

16
EXHIBIT 1

State of California
County of TULARE        } ss.

On September 28, 2005 before me, JoAnn Peterson, notary public

                                                          personally appeared

CESAR A. BETAN COURT            , ~~personally~~ known to me
(or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) (is)/~~are~~ subscribed
to the within instrument and acknowledged to me that (he)/~~she/they~~ executed the same in (his)/~~her/their~~
authorized capacity(~~ies~~), and that by (his)/~~her/their~~ signature(s) on the instrument the person(s) or the entity
upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.



JO ANN PETERSON
Commission # 1367844
Notary Public - California
Tulare County
My Comm. Expires Aug 7, 2008

_JoAnn Peterson_                    (Seal)

-6(CA) (0207)                Page 15 of 15          Initials: _____        Form 3005   1/01

17

EXHIBIT 1

EXHIBIT 'A'
LEGAL DESCRIPTION

Lot 40 of Bella Vista No. 1, in the City of Tulare, County of Tulare, State of California, according to the map thereof recorded April 28, 2004, in Book 40, Page 66 of maps, Tulare County Records.

**Excepting therefrom ½ of all oil, gas and other hydrocarbon substances and all minerals, whether metallic or non metallic, in, under or on said land or any part or parts thereof, or which may be produced, extracted or removed therefrom together with incidental rights, as excepted and reserved by Petri Wine Company, A Corporation, in deed dated March 4, 1950, recorded May 25, 1950 in Book 1448 Page 218, of Official Records.**

18
EXHIBIT 1

# ADJUSTABLE RATE RIDER

**(LIBOR Six-Month Index (As Published In *The Wall Street Journal*) - Rate Caps)**

THIS ADJUSTABLE RATE RIDER is made this **28th** day of **September, 2005** , and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") of the same date given by the undersigned ("Borrower") to secure Borrower's Adjustable Rate Note (the "Note") to **New Century Mortgage Corporation**

("Lender") of the same date and covering the property described in the Security Instrument and located at: **1771 YORK MOUNTAIN COURT, Tulare, CA  93274**

[Property Address]

**THE NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN THE INTEREST RATE AND THE MONTHLY PAYMENT. THE NOTE LIMITS THE AMOUNT BORROWER'S INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE BORROWER MUST PAY.**

**ADDITIONAL COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows :

**A. INTEREST RATE AND MONTHLY PAYMENT CHANGES**

The Note provides for an initial interest rate of **6.425** %. The Note provides for changes in the interest rate and the monthly payments, as follows :

**4. INTEREST RATE AND MONTHLY PAYMENT CHANGES**

**(A) Change Dates**

The interest rate I will pay may change on the first day of **November, 2007** , and on that day every **6th** month thereafter. Each date on which my interest rate could change is called a "Change Date."

**(B) The Index**

Beginning with the first Change Date, my interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in The Wall Street Journal. The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding **Five** percentage points ( **5.000** %) to the Current Index. The Note Holder will then round the result of

**MULTISTATE ADJUSTABLE RATE RIDER - LIBOR SIX-MONTH INDEX (AS PUBLISHED IN THE WALL STREET JOURNAL) - Single Family - Fannie Mae Uniform Instrument**

**VMP®-838R** (0402)  **Form 3138 1/01**
Page 1 of 3        Initials:
VMP Mortgage Solutions, Inc.
(800)521-7291

19
# EXHIBIT 1

this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than **7.925** % or less than **6.425** %. Thereafter, my interest rate will never be increased or decreased on any single Change Date by more than **One And One-half** percentage points ( **1.500** %) from the rate of interest I have been paying for the preceding **6** months. My interest rate will never be greater than **13.425** %.

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

**(F) Notice of Changes**

The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**B. TRANSFER OF THE PROPERTY OR A BENEFICIAL INTEREST IN BORROWER**

Uniform Covenant 18 of the Security Instrument is amended to read as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender also may require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

-838R (0402)  Page 2 of 3  Initials: _____  **Form 3138 1/01**

20

EXHIBIT 1

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Adjustable Rate Rider.

_____ (Seal)         _____ (Seal)
CESAR A. BETANCOURT              -Borrower                                          -Borrower


_____ (Seal)         _____ (Seal)
                                 -Borrower                                          -Borrower


_____ (Seal)         _____ (Seal)
                                 -Borrower                                          -Borrower


_____ (Seal)         _____ (Seal)
                                 -Borrower                                          -Borrower


VMP-83 8R (040 2)                   Page 3 of 3                    Form 3138  1/01

EXHIBIT 1

# PREPAYMENT RIDER
## ADJUSTABLE RATE LOAN

This Prepayment Rider is made this **28th** day of **September** **2005** , and is incorporated into and shall be deemed to amend and supplement the Promissory Note (the "Note") and Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date given by the undersigned (the "Borrower") to secure repayment of Borrower's Note to

**New Century Mortgage Corporation** (the "Lender").

To the extent that the provisions of this Prepayment Rider are inconsistent with the provisions of the Note and/or Security Instrument, the provisions of this rider shall prevail over and shall supersede any such inconsistent provisions of the Note and/or Security Instrument.

In addition to the covenants and agreements made in the Note and Security Instrument, the Borrower and Lender further covenant and agree as follows:

**5.  BORROWERS RIGHT TO PREPAY**

    **I have the right to make prepayments of principal any time before they are due. A payment of principal only is known as a "prepayment". When I make a prepayment, I will tell the Note Holder in writing I am doing so. The Note Holder will use all of my prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes. My partial prepayment may reduce the amount of my monthly payments after the first Change Date following my partial prepayment.**

    **If within  2  year(s) from the date of execution of the Security Instrument, I make a full prepayment or, in certain cases a partial prepayment, and the total of such prepayment(s) in any 12-month period exceeds TWENTY PERCENT (20%) of the original principal amount of this loan, I will pay a prepayment charge in an amount equal to the payment of 6 months advance interest on the amount by which the total of my prepayment(s) within that 12-month period exceeds TWENTY PERCENT (20%) of the original principal amount of the loan.**

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Prepayment Rider.

_____          _____
**CESAR A. BETANCOURT**

_____          _____

_____          _____

_____          _____

NCMC
Prepay Rider - ARM (Multistate)
RE-103    (020800)                         Page 1 of 1

# EXHIBIT 1

# ADJUSTABLE RATE RIDER ADDENDUM
### (Libor Index - Rate Caps)

This Adjustable Rate Rider Addendum is made this **28th** day of **September** **2005**,
and is incorporated into and shall be deemed to amend and supplement the Promissory Note (the "Note") and
Mortgage, Deed of Trust or Security Deed (the "Security Instrument") and Adjustable Rate Rider (the
"Rider") of the same date given by the undersigned (the "Borrower") to secure repayment of Borrower's
Note to

**New Century Mortgage Corporation** (the "Lender").

Property securing repayment of the Note is described in the Security Instrument and located at:

**1771 YORK MOUNTAIN COURT, Tulare, CA 93274**
(Property Address)

To the extent that the provisions of this Adjustable Rate Rider Addendum are inconsistent with the
provisions of the Note and/or Security Instrument and/or Rider, the provisions of this Addendum shall
prevail over and supersede any such inconsistent provisions of the Note and/or Security Instrument and/or
Rider.

In addition to the covenants and agreements made in the Note, Security Instrument, and Rider, Borrower and
Lender further covenant and agree as follows:

**4. (D) LIMITS ON INTEREST RATE CHANGES**
The interest rate I am required to pay at the first change date will not be greater than
**7.925**% or less than **6.425**%. Thereafter, my interest rate
will never be increased or decreased on any single Change Date by more than
**One And One-half** percentage point(s) ( **1.500**%) from
the rate of interest I have been paying for the preceding **6** months. My interest rate will never be
greater than **13.425**% or less than **6.425**%.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this
Adjustable Rate Rider Addendum.

_____ _____

**CESAR A. BETANCOURT**

_____ _____

_____ _____

_____ _____

NCMC
Adjustable Rate Rider Addendum
RE-102 (082296) Page 1 of 1

23
EXHIBIT 1

Recording requested by: *SP INL*
LANDAMERICA DEFAULT SERVICES -
California

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

2007-0110833

Recorded      | REC FEE      9.00
Official Records |
County of     |
Tulare        |
GREGORY B. HARDCASTLE |
Clerk Recorder |
                | NB
08:02AM 28-Dec-2007 | Page 1 of 1

Space above this line for Recorder's use only

Trustee Sale No.: 20070134006289   Title Order No.:

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-NC1 all beneficial interest under that certain Deed of Trust dated 09/28/2005, executed by CESAR A BETANCOURT A SINGLE MAN, as Trustor to FIRST AMERICAN TITLE COMPANY, Trustee, and Recorded on 10/05/2005 as Instrument No. 2005-0109748 of Official Records in the County Recorder's office of TULARE County, California. Describing land therein as:

AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated:  December 18, 2007

WELLS FARGO BANK, N.A. ATTORNEY-IN-FACT FOR
NEW CENTURY MORTGAGE CORPORATION

Anita L. Antonelli, VP Loan Documentation

State of _South Carolina_}
County of ___York___}

On __12/18/2007__ before me, __Geraldine Johnson__ Notary Public, personally appeared __Anita L. Antonelli__ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: Geraldine Johnson (Seal)

My commission expires:

OFFICIAL SEAL
Notary Public
State of South Carolina
GERALDINE JOHNSON
My Commission Expires 1/15/2013

CAASGNDOT.rpt - 08/24/2007 - Ver-09                                    Page 1 of 1

Order:
Doc: TU:2007 00110833

24
Page 1 of 1

Requested By: sarah.rangel, Printed: 6/30/2016 8:20 AM

# EXHIBIT 2

# ADJUSTABLE RATE NOTE

### (LIBOR Six-Month Index (As Published In *The Wall Street Journal*) - Rate Caps)

**THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.**

| September 28, 2005 | Tulare | California |
|---|---|---|
| [Date] | [City] | [State] |

1771 YORK MOUNTAIN COURT, Tulare, CA  93274
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 429,300.00                  (this amount is called "Principal"), plus interest, to the order of Lender. Lender is **New Century Mortgage Corporation**

I will make all payments under this Note in the form of cash, check or money order.

I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of          **6.425 %**. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payments on the first day of each month beginning on **December 1, 2005**
I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **11/01/2035**                , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at **18400 Von Karman, Suite 1000, Irvine, CA 92612**

or at a different place if required by the Note Holder.

### (B) Amount of My Initial Monthly Payments

Each of my initial monthly payments will be in the amount of U.S. $ **2,692.33**                   . This amount may change.

### (C) Monthly Payment Changes

Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

---

**MULTISTATE ADJUSTABLE RATE NOTE - LIBOR SIX-MONTH INDEX (AS PUBLISHED IN *THE WALL STREET JOURNAL*) -**
Single Family - Fannie Mae UNIFORM INSTRUMENT

Ⓥ-838N (0210)                    Form 3520 1/ 01

VMP MORTGAGE FORMS - (800)521-7291

Page 1 of 4                    Initials: _____

25

# EXHIBIT 3

## 4. INTEREST RATE AND MONTHLY PAYMENT CHANGES

### (A) Change Dates

The interest rate I will pay may change on the first day of **November, 2007**                    , and on that day every **6th** month thereafter. Each date on which my interest rate could change is called a "Change Date."

### (B) The Index

Beginning with the first Change Date, my interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal.* The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

### (C) Calculation of Changes

Before each Change Date, the Note Holder will calculate my new interest rate by adding **Five**
percentage points (                    **5.000** %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

### (D) Limits on Interest Rate Changes

The interest rate I am required to pay at the first Change Date will not be greater than                    **7.925** % or less than                    **6.425** %. Thereafter, my interest rate will never be increased or decreased on any single Change Date by more than **One And One-half**                    percentage point(s) (                    **1.500** %) from the rate of interest I have been paying for the preceding **6**                    months. My interest rate will never be greater than                    **13.425**%.

### (E) Effective Date of Changes

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

### (F) Notice of Changes

The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

## 5. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under this Note.

I may make a full Prepayment or partial Prepayments without paying any Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount before applying my Prepayment to reduce the Principal amount of this Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes. My partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

## 6. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me that exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

 -838N (0210)


Page 2 of 4
26
EXHIBIT 3

 Form 3520/1/ 01 Initials:

## 7. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charges for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of **fifteen** calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **5.000** % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal that has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 8. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Unless the Note Holder requires a different method, any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 9. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 10. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 11. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses that might result if I do not keep the promises that I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions read as follows:

-838N- (0210)

Page 3 of 4

27

EXHIBIT 3

Form 3520 1/ 01

Initials:

**Transfer of the Property or a Beneficial Interest in Borrower**. As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender also may require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.


WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)        _____ (Seal)
CESAR A. BETANCOURT            -Borrower                                          -Borrower


_____ (Seal)        _____ (Seal)
                               -Borrower                                          -Borrower


_____ (Seal)        _____ (Seal)
                               -Borrower                                          -Borrower


_____ (Seal)        _____ (Seal)
                               -Borrower                                          -Borrower


                                                *[Sign Original Only]*


-838N (0210)

EXHIBIT 3

Form 3520 1/ 01



Pay to the order of, without recourse

New Century Mortgage Corporation

By:

Steve Nagy

A.V.P./Records Management

29

EXHIBIT 3

RECORD AND RETURN TO:
FIRST AMERICAN TITLE
P.O. BOX 27670
SANTA ANA, CA 92799-7670
ATTN: LMTS

THIS DOCUMENT WAS PREPARED BY:
DEBORAH SPAULDING
WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD, MAC# X7801-03K
FORT MILL, SOUTH CAROLINA 29715

Tax Parcel No.: ███████████

[Space Above This Line for Recording Data]

Original Principal Amount: $ 429,300.00                    Loan No. ███████████
Original Recorded Date: OCTOBER 5, 2005           Fannie Mae Loan No. ███████

## LOAN MODIFICATION AGREEMENT
### (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this   5TH   day of  DECEMBER, 2007   ,
between   CESAR A. BETANCOURT AND DEIRDRE DEL CONSUELO BETANCOURT,
HUSBAND AND WIFE, AS JOINT TENANTS

("Borrower") and  WELLS FARGO BANK, N.A.

("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security
Instrument"), and Timely Payment Rewards Rider, if any, dated  SEPTEMBER 28, 2005    and recorded in
   Instrument No. 2005-0109748                      , of the          Official Records of
                                                         (Name of Records)
**TULARE COUNTY, CALIFORNIA**                       and (2) the Note, bearing the same date as,
     (County and State, or other Jurisdiction)
and secured by, the Security Instrument, which covers the real and personal property described in the Security
Instrument and defined therein as the "Property", located at

1771 YORK MOUNTAIN COURT, TULARE, CALIFORNIA 93274
                              (Property Address)

the real property described being set forth as follows:

**LOT 40 OF BELLA VISTA NO. 1, ACCORDING TO THE MAP THEREOF, RECORDED APRIL
28, 2004, IN BOOK 40, PAGE 66 OF MAPS, TULARE COUNTY RECORDS.**

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument       Form 3179  1/01 (rev. 6/06)
FAND# 3179  Rev. 08-13-07                                                               *(page 1 of 5)*

EXHIBIT 4

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note and Security Instrument):

1.  As of  **JANUARY 1, 2008**  , the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $  **446,559.94**  , consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2.  Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of  **6.425**  %, from  **JANUARY 1, 2008**  . Borrower promises to make monthly payments of principal and interest of U.S. $  **2,873.90**  , beginning on the  **1ST** day of **FEBRUARY, 2008**  , and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of  **6.425**  % will remain in effect until principal and interest are paid in full. If on  **NOVEMBER 01, 2035**  (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3.  If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4.  Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

    (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and paragraph A.1. of the Timely Payment Rewards Rider. By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may have otherwise been entitled; and

    (b) all terms and provisions of any adjustable rate rider, or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument           Form 3179  1/01 (rev. 6/06)
FAND# 3179-2 Rev. 08-13-07                                                                                          *(page 2 of 5)*

5.  Borrower understands and agrees that:

    (a)  All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

    (b)  All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

    (c)  Borrower has no right of set-off or counterclaim, or any defense to the obligations of the Note or Security Instrument.

    (d)  Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

    (e)  All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

    (f)  Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

32
EXHIBIT 4

WELLS FARGO BANK, N.A.

                                                                            -Lender
By: _Dorothy Rettig_ VP Loan Documentation

_____
CESAR A. BETANCOURT                                                         -Borrower

_Deirdre Del Consuelo Betancourt_
_____
DEIRDRE DEL CONSUELO BETANCOURT                                             -Borrower

_____
                                                                            -Borrower

_____
                                                                            -Borrower

_____
                                                                            -Borrower

_____
                                                                            -Borrower

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument          Form 3179  1/01 (rev. 6/06)
FAND# 3179-4  Rev. 08-13-07                                                                    (page 4 of 5)

33

EXHIBIT 4

[Space Below This Line For Acknowledgment]

## BORROWER ACKNOWLEDGMENT

State of California
County of _Tulare_

On _December 19, 2007_         before me,   _Donna Ruble,_

Notary Public, personally appeared
CESAR A. BETANCOURT AND DEIRDRE DEL CONSUELO BETANCOURT

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _[signature]_

Printed Name _Donna Ruble_

_[Notary seal:]_
DONNA RUBLE
Commission # 1640412
Notary Public · California
Tulare County
My Comm. Expires Jan 23, 2010

## LENDER ACKNOWLEDGMENT

State of _South Carolina_
County of _York_

On _4th of January, 2008_         before me,  _Marguerite Malloy_
Notary Public, personally appeared _Dorothy Reitig_       , the _Vice President_
of _Wells Fargo Bank NA_

a _____                                      , on behalf of said entity,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _[signature]_

Printed Name _Marguerite Malloy_                                              (Seal)

**My Commission Expires October 24, 2010**

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument          Form 3179  1/01 (rev. 6/06)
FAND# CA3179-5 Rev. 09-18-06                                                          (page 5 of 5)

34
EXHIBIT 4

BETANCOURT
1771 YORK MOUNTAIN COURT
TULARE, CALIFORNIA 93274
WELLS FARGO BANK, N.A.

## NOTICE OF NO ORAL AGREEMENTS

THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE
PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS
OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.

THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

**Receipt of Notice.** The undersigned hereby admit to having each received and read a copy of this Notice on or before
execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements,
undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those
actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay
repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

_____      _12-19-07_
Borrower                                              Date
**CESAR A. BETANCOURT**

_Deidre Del Consuelo Betancourt_      _12/19/07_
Borrower                                              Date
**DEIRDRE DEL CONSUELO BETANCOURT**

_____      _____
Borrower                                              Date

_____      _____
Borrower                                              Date

_____      _____
Borrower                                              Date

_____      _____
Borrower                                              Date

FAND# FAND033 Rev. 06-11-02

## 35
## EXHIBIT 4

BETANCOURT
1771 YORK MOUNTAIN COURT
TULARE, CALIFORNIA 93274
WELLS FARGO BANK, N.A.

## ERRORS AND OMISSIONS
## COMPLIANCE AGREEMENT

In consideration of
**WELLS FARGO BANK, N.A.**

(the "Lender") agreeing to modify the referenced loan (the "Loan") to the Borrower, the Borrower agrees that if requested by the Lender, the Borrower will correct, or cooperate in the correction of, any clerical errors made in any document or agreement entered into in connection with the modification of the Loan, if deemed necessary or desirable in the reasonable discretion of the Lender, to enable Lender to sell, convey, seek guaranty or market the Loan to any entity, including without limitation, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, the Federal Housing Authority, the Department of Veterans Affairs or any municipal bond authority.

The Borrower agrees to comply with all such requests made by the Lender within 30 days of receipt of written request from the Lender. Borrower agrees to assume all costs that may be incurred by the Lender, including without limitation, actual expenses, legal fees and marketing losses, as a result of the Borrower's failure to comply with all such requests within such 30 day time period.

The Borrower makes this agreement in order to assure that the documents and agreements executed in connection with the modification of the Loan will conform to and be acceptable in the marketplace in the event the Loan is transferred, conveyed, guaranteed or marketed by the Lender.

_____     12-19-07
**CESAR A. BETANCOURT**                                     Date

_____     12/19/07
**DEIRDRE DEL CONSUELO BETANCOURT**                         Date

_____
                                                            Date

_____
                                                            Date

_____
                                                            Date

_____
                                                            Date

FAND# FAND034 Rev. 06-18-02

## EXHIBIT 4

PREPARED BY:
**ANNMARIE MURPHY**
WELLS FARGO BANK, N.A., D/B/A AMERICA'S SERVICING COMPANY
**3476 STATEVIEW BLVD, MAC# X7801-03K**
**FORT MILL, SOUTH CAROLINA 29715**

When Recorded Mail To:
**FIRST AMERICAN TITLE**
**P.O. BOX 27670**
**SANTA ANA, CA  92799-7670**

Parcel No. ▇▇▇▇▇▇▇▇

_____ [Space Above This Line for Recording Data] _____
**Original Recorded Date:  OCTOBER 5, 2005**      **Fannie Mae Loan No.**▇▇▇▇▇▇▇
**Original Principal Amount: $    429,300.00**      **Loan No.**          ▇▇▇▇▇▇▇

# LOAN MODIFICATION AGREEMENT
### (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this **12TH**  day of **APRIL, 2010**  ,
between **CESAR A. BETANCOURT, A SINGLE MAN**

("Borrower") and  **WELLS FARGO BANK, N.A., D/B/A AMERICA'S SERVICING COMPANY**
("Lender"),

amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), and
Timely Payment Rewards Rider, if any, dated **SEPTEMBER 28, 2005**                    and recorded in
**Instrument No. 2005-0109748**                        , of the **Official**      Records of
(Name of Records)
**TULARE COUNTY, CALIFORNIA**                    , and (2) the Note bearing the same date as, and
(County and State, or other jurisdiction)
secured by, the Security Instrument, which covers the real and personal property described in the Security
Instrument and defined therein as the "Property", located at

**1771 YORK MOUNTAIN COURT, TULARE, CALIFORNIA 93274**
(Property Address)

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument         Form 3179 1/01 (rev. 01/09) *(page 1 of 5)*
First American Loan Production Services                                                                               **CALIFORNIA**
First American Real Estate Solutions LLC
FALPS# CAFM3179 Rev. 06-17-09

# 37
# EXHIBIT 4

the real property described being set forth as follows:

**LOT 40 OF BELLA VISTA NO. 1, IN THE CITY OF TULARE, COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF, RECORDED APRIL 28, 2004, IN BOOK 40, PAGE 66 OF MAPS, TULARE COUNTY RECORDS. APN:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of **JUNE 1, 2010**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $ **500,487.48**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **4.750** %, from **JUNE 1, 2010**. Borrower promises to make monthly payments of principal and interest of U.S. $ **2,829.00**, beginning on the **1ST** day of **JULY, 2010**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of **4.750** % will remain in effect until principal and interest are paid in full. If on **NOVEMBER 01, 2035** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

**LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument**    Form 3179 1/01 (rev. 01/09) *(page 2 of 5)*
First American Loan Production Services    CALIFORNIA
First American Real Estate Solutions LLC
FALPS# CAFM3179-2 Rev. 06-17-09

# EXHIBIT 4

■

    (a)  all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and paragraph A.1. of the Timely Payment Rewards Rider. By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may have otherwise been entitled; and

    (b)  all terms and provisions of any adjustable rate rider, or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5.  Borrower understands and agrees that:

    (a)  All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

    (b)  All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

    (c)  Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

    (d)  All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

    (e)  Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

**LOAN MODIFICATION AGREEMENT** - Single Family - Fannie Mae Uniform Instrument      Form 3179 1/01 (rev. 01/09) *(page 3 of 3)*
First American Loan Production Services      **CALIFORNIA**
First American Real Estate Solutions LLC
FALPS# CAFM3179-3 Rev. 06-17-09

39
EXHIBIT 4

WELLS FARGO BANK, N.A., D/B/A AMERICA'S SERVICING COMPANY

_____ 4/27/10 _____ (Seal)
Name:                                                                                        - Lender
Its:                                         **Yeng Yang**
                                             **V.P. of Loan Documentation**

_____ 4/23/10 _____ (Seal)
CESAR A. BETANCOURT                                              - Borrower

_____ (Seal)
                                                          - Borrower

_____ (Seal)
                                                          - Borrower

_____ (Seal)
                                                          - Borrower

_____ (Seal)
                                                          - Borrower

_____ (Seal)
                                                          - Borrower

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument        Form 3179 1/01 (rev. 01/09)  *(page 4 of 5)*
First American Loan Production Services                                                                CALIFORNIA
First American Real Estate Solutions LLC
FALPS# CAFM3179-4 Rev. 06-17-09

40
EXHIBIT 4

[Space Below This Line for Acknowledgment]

## BORROWER'S ACKNOWLEDGMENT

State of California          )
County of _Tulare_          )
On _4-23-10_ before me, _Donna Ruble Notary Public_, personally appeared
(here insert name and title of officer)
**CESAR A. BETANCOURT**

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Donna Ruble_

DONNA RUBLE
COMM. #1884065
Notary Public-California
TULARE COUNTY
My Comm. Exp. MAR 26, 2014

## LENDER'S ACKNOWLEDGMENT

State of _Minnesota_          )
County of _Ramsey_          )
On _04/27/10_ before me, _SM NAEEM AYUB_, personally appeared
(here insert name and title of officer)
_Yang Yang_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Sm. Yauy_

SM Naeem Ayub
NOTARY PUBLIC
State of Minnesota
My Commission Expires 1-31-2014
(Seal)

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument          Form 3179 1/01 (rev. 01/09)  (page 5 of 5)
First American Loan Production Services                                                CALIFORNIA
First American Real Estate Solutions LLC
FALPS# CAFM3179-5 Rev. 06-17-09

41
EXHIBIT 4

Date:  JUNE 1, 2010
Loan Number:
Lender:    **WELLS FARGO BANK, N.A., D/B/A AMERICA'S SERVICING COMPANY**

Borrower:   **CESAR A. BETANCOURT**

Property Address:    **1771 YORK MOUNTAIN COURT**
**TULARE, CALIFORNIA 93274**

## NOTICE OF NO ORAL AGREEMENTS

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**

**THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

**Receipt of Notice.** The undersigned hereby admit to·having each received and read a copy of this Notice on or before execution of the Loan Agreement.  "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or anyother thing of value or to otherwise extend credit or make a financial accommodation.

4/23/10

Borrower                                                                                          Date
**CESAR A. BETANCOURT**

Borrower                                                                                          Date

Borrower                                                                                          Date

Borrower                                                                                          Date

Borrower                                                                                          Date

Borrower                                                                                          Date

First American Loan Production Services                         Notice of No Oral Agreements
© 2008 First American Real Estate Solutions LLC
FALPS# FAND033 Rev. 12-10-08

42
EXHIBIT 4

Document drafted by and
RECORDING REQUESTED BY:
Wells Fargo Bank, N.A.
8480 Stagecoach Circle
MAC X3800-027
Frederick, MD 21701

SPACE ABOVE THIS LINE FOR RECORDER'S USE

### LIMITED POWER OF ATTORNEY

**The trusts identified on the attached Schedule A (the "Trusts"),** by and through **U.S. Bank National Association,** a national banking association organized and existing under the laws of the United States and having an office at 60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107, not in its individual capacity but solely as Trustee ("Trustee"), hereby constitutes and appoints Wells Fargo Bank, N.A., ("Servicer"), having an office at 8480 Stagecoach Circle, Frederick, MD 21701 and in its name, aforesaid Attorney-In-Fact, by and through any officer appointed by the Board of Directors of Servicer, to execute and acknowledge in writing or by facsimile stamp all documents customarily and reasonably necessary and appropriate for the tasks described in the items (1) through (11) below; provided however, that the documents described below may only be executed and delivered by such Attorneys-In-Fact if such documents are required or permitted under the terms of the related servicing agreements and no power is granted hereunder to take any action that would be adverse to the interests of U.S. Bank National Association. This Limited Power of Attorney is being issued in connection with Servicer's responsibilities to service certain mortgage loans (the "Loans") held by the Trustee. These Loans are secured by collateral comprised of Mortgages, Deeds of Trust, Deeds to Secure Debt and other forms of Security instruments (collectively the "Security Instruments") encumbering any and all real and personal property delineated therein (the "Property") and the Notes secured thereby. Please refer to **Schedule A** attached hereto.

1. Demand, sue for, recover, collect and receive each and every sum of money, debt, account and interest (which now is, or hereafter shall become due and payable) belonging to or claimed by the Trustee, and to use or take any lawful means for recovery by legal process or otherwise, including but not limited to the substitution of trustee serving under a Deed of Trust, the preparation and issuance of statements of breach, notices of default, and/or notices of sale, accepting deeds in lieu of foreclosure, evicting (to the extent allowed by federal, state or local laws) foreclosing on the properties under the Security Instruments by judicial or non-judicial foreclosure, actions for temporary restraining orders, injunctions, appointments of receiver, suits for waste, fraud and any and all other tort, contractual or verifications in support thereof, as may be necessary or advisable in any bankruptcy action, state or federal suit or any other action.

43

EXHIBIT 5

2.  Execute and/or file such documents and take such other action as is proper and necessary to defend the Trustee in litigation and to resolve any litigation where the Servicer has an obligation to defend the Trustee, including but not limited to dismissal, termination, cancellation, rescission and settlement.

3.  Transact business of any kind regarding the Loans, as the Trustee's act and deed, to contract for, purchase, receive and take possession and evidence of title in and to the Property and/or to secure payment of a promissory note or performance of any obligation or agreement relating thereto.

4.  Execute, complete, indorse or file bonds, notes, mortgages, deeds of trust and other contracts, agreements and instruments regarding the Borrowers and/or the Property, including but not limited to the execution of estoppel certificates, financing statements, continuation statements, releases, satisfactions, assignments, loan modification agreements, payment plans, waivers, consents, amendments, forbearance agreements, loan assumption agreements, subordination agreements, property adjustment agreements, management agreements, listing agreements, purchase and sale agreements and other instruments pertaining to mortgages or deeds of trust, and execution of deeds and associated instruments, if any, conveying the Property, in the interest of the Trustee.

5.  Endorse on behalf of the undersigned all checks, drafts and/or other negotiable instruments made payable to the undersigned.

6.  Execute any document or perform any act in connection with the administration of any PMI policy or LPMI policy, hazard or other insurance claim relative to the Loans or related Property.

7.  Execute any document or perform any act described in items (3), (4), and (5) in connection with the termination of any Trust as necessary to transfer ownership of the affected Loans to the entity (or its designee or assignee) possessing the right to obtain ownership of the Loans.

8.  Subordinate the lien of a mortgage, deed of trust, or deed to secure debt (i) for the purpose of refinancing Loans, where applicable, or (ii) to an easement in favor of a public utility company or a government agency or unit with powers of eminent domain, including but not limited to the execution of partial satisfactions and releases and partial re-conveyances reasonably required for such purpose, and the execution or requests to the trustees to accomplish the same.

9.  Convey the Property to the mortgage insurer, or close the title to the Property to be acquired as real estate owned, or convey title to real estate owned property ("REO Property").

10. Execute and deliver the following documentation with respect to the sale of REO Property acquired through a foreclosure or deed-in-lieu of foreclosure, including, without limitation: listing agreements; purchase and sale agreements; grant / limited or special warranty / quit claim deeds or any other deed, but not general warranty deeds, causing the transfer of title of the property to a party contracted to purchase same; escrow instructions; and any and all documents necessary to effect the transfer of REO Property.

EXHIBIT 5

11. Execute and deliver Limited Powers of Attorney in order to further delegate the authority granted under this Limited Power of Attorney for the purpose of effectuating Servicer's duties and responsibilities under the related trust agreements.

In addition to the indemnification provisions set forth in the applicable servicing agreements for the Trusts listed on Schedule A, attached, Servicer hereby agrees to indemnify and hold the Trustee, and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of the misuse of this Limited Power of Attorney by the Servicer. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the related servicing agreements or the earlier resignation or removal of the Trustee under the related servicing agreements listed on Schedule A, attached.

**Witness** my hand and seal this 28th day of August, 2014.

NO CORPORATE SEAL

Witness: Matthew Abrams

Witness: Joan Chubb

Attest: Piyusha Shirname, Trust Officer

On Behalf of the Trusts, by
U.S. Bank National Association, as Trustee

By: _____
    Amy B. Byrnes, Sr. Vice President

By: _____
    Natalia Gutierrez, Asst. Vice President

EXHIBIT 5

## CORPORATE ACKNOWLEDGMENT

Commonwealth of Massachusetts

County of Suffolk

On this 28th day of August, 2014, before me, the undersigned, a Notary Public in and for said County and Commonwealth, personally appeared Amy B. Byrnes, Natalia Gutierrez, and Piyusha Shirname, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons who executed the within instrument as Senior Vice President, Assistant Vice President and Trust Officer, respectively of U.S. Bank National Association, a national banking association, as Trustee and acknowledged to me that such national banking association executed the within instrument pursuant to its by-laws or a resolution of its Board of Directors.

WITNESS my hand and official seal.

Signature: _____

Paul J. Gobin

My commission expires: 07/16/2021

46

EXHIBIT 5

## Schedule A

| Client | Investor Number | Deal |
|---|---|---|
| 591 | M01 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A. formerly known as First Union National Bank, as Trustee for ABFC 2002-WF1 Trust, ABFC Mortgage Loan Asset-Backed Certificates, Series 2002-WF1 |
| 591 | M07 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for ABFC 2002-WF2 Trust, ABFC Mortgage Loan Asset-Backed Certificates, Series 2002-WF2 |
| 591 | H29 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as Trustee for ACE Securities Home Equity Loan Trust 2001-HE1 |
| 106 | 315 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2004-1, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2004-1 |
| 106 | 318 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2004-2, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2004-2 |
| 708 | B1F | |
| 106 | 319 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2004-3, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2004-3 |
| 106 | 323 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2004-4, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2004-4 |
| 106 | 329 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-2, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-2 |
| 106 | 336 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-3, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-3 |
| 708 | K71 | |
| 106 | 337 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-4 |
| 708 | B1K | |
| 106 | 347 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5 |
| 708 | B1N | |
| 106 | 355 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-6A, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-6A |
| 708 | L93 | |
| 106 | 350 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-7, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-7 |
| 708 | L67 | |
| 106 | 356 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-8, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-8 |
| 708 | L82 | |
| 708 | C0K | |
| 106 | 363 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-9, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-9 |
| 708 | B9C | |
| 106 | 368 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-10, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-10 |
| 106 | 370 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-11, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-11 |
| 106 | 373 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-12, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-12 |
| 106 | 377 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2006-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2006-1 |
| 106 | 557 | |
| 106 | 378 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2006-2, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2006-2 |
| 708 | B78 | |
| 106 | 403 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2006-3, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2006-3 |
| 106 | 574 | |
| 708 | 391 | |

47

EXHIBIT 5

**Schedule A**

| Client | Investor Number | Deal |
|---|---|---|
| 106 | 420 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass Through Certificates, Series 2007-1 |
| 106 | 585 | |
| 106 | Q06 | |
| 708 | B4U | |
| 106 | 440 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2007-2, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2 |
| 106 | 587 | |
| 708 | C1S | |
| 106 | 433 | U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2007-3, Adjustable Rate Mortgage-Backed Pass Through Certificates, Series 2007-3 |
| 106 | 588 | |
| 591 | P45 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation, Series 2003-1 |
| 708 | J78 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Series 2004-1 |
| 708 | 913 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding 2004-2 Trust |
| 708 | K00 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2004-4 |
| 708 | K31 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2004-5 |
| 591 | 911 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding 2004-A Trust |
| 708 | 911 | |
| 708 | B21 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2004-B |
| 708 | K23 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2004-C |
| 708 | K34 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2004-D |
| 708 | K45 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2005-1 |
| 708 | L16 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2005-2 |
| 708 | L51 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2005-3 |
| 708 | M60 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2005-4 |
| 708 | M76 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Trust 2005-5 Trust |
| 708 | M36 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2005-6 |
| 708 | B30 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2005-7 |
| 708 | B65 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2005-8 Trust |
| 708 | K46 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2005-A Trust |
| 472 | L63 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2005-D Trust |
| 708 | L63 | |

U.S. Bank National Association - Schedule A

EXHIBIT 5

2

# Schedule A

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 708 | L73 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation 2005-E Trust |
| 708 | B15 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2006-1 |
| 708 | B42 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2006-2 |
| 708 | B50 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2006-3 |
| 708 | 366 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2006-4 |
| 708 | 456 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2006-5 |
| 106 | S03 | |
| 708 | 811 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2006-6 |
| 106 | S05 | U.S. Bank National Association, as Trustee for the Banc of America Funding Corporation 2006-7 |
| 106 | S06 | U.S. Bank National Association, as Trustee for the Banc of America Funding Corporation 2006-8T2 |
| 708 | B35 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2006-A |
| 708 | B32 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2006-D |
| 708 | B83 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F |
| 591 | 444 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation, Mortgage Pass-Through Certificates, Series 2006-G |
| 708 | 444 | |
| 708 | 460 | U.S. Bank National Association, as Trustee for the Banc of America Funding Corporation 2006-H |
| 708 | 846 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2006-I |
| 708 | 849 | U.S. Bank National Association, as Trustee for the Banc of America Funding Corporation 2006-J |
| 106 | S07 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-1 |
| 708 | 878 | |
| 106 | S08 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-2 |
| 708 | C24 | |
| 106 | S11 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-3 |
| 708 | C81 | |
| 106 | S12 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-4 |
| 708 | D00 | |
| 106 | S13 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-6 |
| 106 | S14 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-7 |
| 708 | H20 | |
| 106 | S15 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation, Mortgage Pass-Through Certificates Series 2007-8 |
| 708 | 879 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-A |

## 49
## EXHIBIT 5

| Client | Investor Number | Deal |
|--------|----------------|------|
| 708 | C61 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-B |
| 708 | C83 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-C |
| 106 | 445 | |
| 591 | C83 | |
| 708 | C96 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-D |
| 106 | S18 | U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2008-1 |
| 708 | H78 | |
| 472 | 821 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Certificates, Series 2004-A |
| 685 | 821 | |
| 591 | J87 | |
| 936 | J45 | |
| 472 | 922 | U.S. Bank National Association, as Trustee of Bayview Financial Mortgage Pass-Through Trust 2004-C |
| 685 | 922 | |
| 708 | 922 | |
| 472 | K25 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Certificates, Series 2004-D |
| 591 | K25 | |
| 685 | K25 | |
| 708 | K25 | |
| 708 | 233 | |
| 685 | B98 | U.S. Bank National Association, as Trustee of Bayview Financial Mortgage Pass-Through Trust 2006-B |
| 685 | 217 | U.S. Bank National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2006-D, Mortgage Pass-Through Certificates, Series 2006-D |
| 708 | 866 | |
| 936 | 866 | |
| 685 | E28 | U.S. Bank National Association, as Trustee of Bayview Financial Mortgage Pass-Through Trust 2007-A |
| 936 | E28 | |
| 472 | H27 | U.S. Bank National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2007-B, Mortgage Pass-Through Certificates, Series 2007-B |
| 708 | H27 | |
| 936 | H27 | |
| 936 | K52 | U.S. Bank National Association, as Trustee of Bayview Asset-Backed Securities Trust 2008-10 |
| 708 | K52-001 | |
| 708 | K52-002 | U.S. Bank National Association, as Trustee of Bayview Asset-Backed Securities Trust 2008-15 |
| 472 | K52 | U.S. Bank National Association, as Trustee of Bayview Asset-Backed Securities Trust 2008-16 |
| 472 | D32 | U.S. Bank National Association as Indenture Trustee of Bayview Financial Asset Trust 2008-A |
| 708 | D32 | |
| 106 | Z40 | U.S. Bank National Association, as Trustee for Bear Stearns ALT-A Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3 |
| 708 | J61 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-1 |
| 708 | 896 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-4 |
| 708 | 953 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-7 |
| 106 | Z31 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-8 |
| 708 | D29 | |

50

EXHIBIT 5

| Client | Investor Number | Deal |
|---|---|---|
| 708 | D76 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-10 |
| 708 | K22 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-11 |
| 106 | Z33 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-12 |
| 106 | Z35 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-1 |
| 708 | L00 | |
| 708 | L10 | U.S. Bank National Association, as Indenture Trustee for Bear Stearns ARM Trust 2005-2, Mortgage-Backed Notes, Series 2005-2 |
| 106 | Z06 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-3 |
| 106 | Z07 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-4 |
| 591 | L50 | |
| 708 | L50 | |
| 106 | Z12 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-6 |
| 106 | Z11 | U.S. Bank National Association, as Indenture Trustee for Bear Stearns ARM Trust 2005-7, Mortgage-Backed Notes |
| 708 | M87 | U.S. Bank National Association, as Indenture Trustee for Bear Stearns ARM Trust 2005-9, Mortgage-Backed Notes, Series 2005-9 |
| 472 | M43 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-10 |
| 708 | M43 | |
| 106 | Z16 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-12 |
| 708 | B66 | |
| 708 | B8F | |
| 591 | L81 | U.S. Bank National Association, as Indenture Trustee for Bear Stearns ARM Grantor Trust 2005-5, Mortgage-Backed Notes |
| 708 | L81 | |
| 708 | B13 | U.S. Bank National Association, as Indenture Trustee for Bear Stearns ARM Trust 2006-1, Mortgage Backed Notes, Series 2006-1 |
| 591 | B13 | |
| 708 | 342 | U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2006-2 |
| 106 | Y35 | U.S. Bank National Association, as Trustee for BEAR STEARNS ASSET BACKED SECURITIES TRUST 2003-AC6 ASSET-BACKED CERTIFICATES, SERIES 2003-AC6 |
| 106 | Y36 | U.S. Bank National Association, as Trustee for BEAR STEARNS ASSET BACKED SECURITIES TRUST 2003-AC7 ASSET-BACKED CERTIFICATES, SERIES 2003-AC7 |
| 106 | Y37 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2004-AC1 Asset-Backed Certificates, Series 2004-AC1 |
| 106 | Y38 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-AC2 Asset-Backed Certificates, Series 2004-AC2 |
| 106 | Y39 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2004-AC3, Asset-Backed Certificates, Series 2004-AC3 |
| 708 | B6X | |
| 106 | Y40 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-AC4 Asset-Backed Certificates, Series 2004-AC4 |
| 106 | Y72 | |
| 708 | B6Y | |
| 106 | Y41 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-AC5, Asset-Backed Certificates, Series 2004-AC5 |
| 708 | B7C | |

51

EXHIBIT 5

**Schedule A**

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 106 | Y42 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-AC6, Asset-Backed Certificates, Series 2004-AC6 |
| 708 | B7D | |
| 106 | Y43 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-AC7, Asset-Backed Certificates, Series 2004-AC7 |
| 708 | B7S | |
| 106 | Y44 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC1, Asset-Backed Certificates, Series 2005-AC1 |
| 106 | Y66 | |
| 708 | B7Y | |
| 106 | Y45 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC2, Asset-Backed Certificates, Series 2005-AC2 |
| 708 | B7V | |
| 106 | Y46 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC3, Asset-Backed Certificates, Series 2005-AC3 |
| 708 | B7W | |
| 106 | Y87 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC4, Asset-Backed Certificates, Series 2005-AC4 |
| 106 | Y88 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC5, Asset-Backed Certificates, Series 2005-AC5 |
| 708 | B8C | |
| 106 | Y91 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC6, Asset-Backed Certificates, Series 2005-AC6 |
| 106 | Y93 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset-Backed Certificates, Series 2005-AC7 |
| 106 | Y98 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC8, Asset-Backed Certificates, Series 2005-AC8 |
| 106 | Y99 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC9, Asset-Backed Certificates, Series 2005-AC9 |
| 106 | Z55 | |
| 106 | Y69 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 |
| 106 | Z56 | |
| 708 | B38 | |
| 106 | Z38 | |
| 106 | Y70 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC2 Asset-Backed Certificates, Series 2006-AC2 |
| 106 | Z52 | |
| 106 | Z57 | |
| 106 | Z39 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC3, Asset-Backed Certificates, Series 2006-AC3 |
| 106 | Z59 | |
| 106 | Z53 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC4, Asset-Backed Certificates, Series 2006-AC4 |
| 106 | Z42 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-IM1, Asset-Backed Certificates. Series 2006-IM1 |
| 708 | 876 | U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-AC1, Asset-Backed Certificates, Series 2007-AC1 |
| 106 | 727 | U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 |
| 106 | 730 | U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2006-2, Mortgage Pass-Through Certificates, Series 2006-2 |
| 106 | 737 | U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 |
| 472 | J38 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2003-1 |
| 591 | J38 | |
| 708 | J74 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2004-HYB2 |

52

EXHIBIT 5

## Schedule A

| Client | Investor Number | Deal |
|---|---|---|
| 708 | K35-001 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2004-HYB4 |
| 708 | K35-003 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-2 |
| 591 | K35-004 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-3 |
| 708 | K35-004 | |
| 708 | M93 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-4 |
| 708 | M94 | U.S. Bank, National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5 |
| 591 | M95 | U.S. Bank National Association, as Indenture Trustee for Citigroup Mortgage Loan Trust, Mortgage-Backed Notes, Series 2005-6 |
| 708 | M95 | |
| 708 | M89 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass Through Certificates, Series 2005-7 |
| 106 | C04 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2005-8 |
| 708 | M35 | |
| 106 | C05 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-10 |
| 708 | K35-010 | |
| 472 | B06 | U.S. Bank National Association, as Indenture Trustee for Citigroup Mortgage Loan Trust 2005-11, Mortgage-Backed Notes, Series 2005-11 |
| 591 | B06 | |
| 708 | B06 | |
| 708 | L13 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2005-WF1 |
| 708 | M69 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2005-WF2 |
| 106 | C11 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-4 |
| 472 | K35-011 | U.S. Bank National Association, as Indenture Trustee for Citigroup Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1 |
| 591 | K35-011 | |
| 708 | K35-011 | |
| 106 | C10 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR2 |
| 106 | C29 | |
| 708 | K35-012 | |
| 106 | C12 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR3 |
| 106 | C30 | |
| 708 | K35-013 | |
| 106 | C13 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR5 |
| 106 | C31 | |
| 708 | K35-014 | |
| 708 | 452 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR6 |
| 106 | C17 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR7 |
| 106 | C32 | |
| 708 | C53 | |
| 708 | C54 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR9 |
| 106 | C19 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. 2006-FX1, Asset-Backed Pass-Through Certificates Series 2006-FX1 |

## 53

## EXHIBIT 5

**Schedule A**

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 106 | C09 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc.2006-HE1, Asset-Backed Pass-Through Certificates, Series 2006-HE1 |
| 106 | C15 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. 2006-HE2, Asset-Backed Pass-Through Certificates Series 2006-HE2 |
| 106 | C20 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. 2006-HE3, Asset-Backed Pass-Through Certificates Series 2006-HE3 |
| 708 | 854 | |
| 106 | C14 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. 2006-NC1, Asset-Backed Pass-Through Certificates Series 2006-NC1 |
| 106 | C18 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. 2006-NC2, Asset Backed Pass Through Certificates Series 2006-NC2 |
| 708 | B51 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1 |
| 708 | B67 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2 |
| 708 | B33 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE1, Asset-Backed Pass-Through Certificates, Series 2006-WFHE1 |
| 708 | 438 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE2, Asset-Backed Pass-Through Certificates, Series 2006-WFHE2 |
| 708 | 823 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE3, Asset-Backed Pass-Through Certificates, Series 2006-WFHE3 |
| 708 | 837 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE4, Asset-Backed Pass-Through Certificates, Series 2006-WFHE4 |
| 106 | C06 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-WMC1 |
| 106 | C07 | |
| 708 | C06 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-2 |
| 106 | C25 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-6 |
| 708 | B5F | |
| 708 | C74 | |
| 106 | C35 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-10 |
| 708 | E24 | |
| 106 | C21 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. 2007-AHL1, Asset-Backed Pass-Through Certificates Series 2007-AHL1 |
| 106 | C22 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-AR1 |
| 106 | C33 | |
| 708 | C04 | |
| 708 | C36 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-AR4 |
| 708 | C58 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-AR5 |
| 106 | C27 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. 2007-AR7, Mortgage Pass-Through Certificates, Series 2007-AR7 |
| 106 | C28 | |
| 708 | H73 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-AR8 |
| 708 | 872 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE1, Asset-Backed Pass-Through Certificates, Series 2007-WFHE1 |
| 708 | C39 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 |

**EXHIBIT 5**

## Schedule A

| Client | Investor Number | Deal |
|---|---|---|
| 708 | D09 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE3, Asset-Backed Pass-Through Certificates, Series 2007-WFHE3 |
| 708 | E21 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series 2007-WFHE4 |
| 106 | 555 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp., Home Equity Asset Trust 2005-9, Home Equity Pass-Through Certificates, Series 2005-9 |
| 708 | 332 | |
| 106 | 374 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-11 |
| 708 | B1Q | |
| 106 | 384 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-1 |
| 106 | 409 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-2 |
| 708 | 821 | |
| 708 | B9D | |
| 106 | 412 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-3 |
| 708 | 829 | |
| 106 | 416 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4 |
| 708 | 839 | |
| 106 | 441 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1 |
| 106 | 457 | |
| 106 | 592 | |
| 106 | P76 | |
| 106 | Z73 | |
| 708 | C84 | |
| 708 | H36 | |
| 106 | 338 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-19 |
| 106 | 339 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-26 |
| 106 | 340 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-29 |
| 106 | L52 | |
| 106 | 341 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-30 |
| 106 | 342 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-34 |
| 106 | 343 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-1 |
| 708 | 423 | |
| 106 | 359 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Through Certificates, Series 2003-8 |
| 106 | 344 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-10 |

## 55

## EXHIBIT 5

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 106 | 361 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-17 |
| 106 | L69 | |
| 708 | J01 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-AR22 |
| 708 | P82 | U.S. Bank National Association, as Trustee, successor in interest to Bank One, National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-AR24 |
| 106 | 366 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage Pass-Through Certificates, Series 2003-AR26 |
| 106 | 381 | |
| 106 | 367 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage Pass-Through Certificates, Series 2003-AR28 |
| 106 | 382 | |
| 106 | 365 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage Pass-Through Certificates, Series 2003-AR30 |
| 106 | 383 | |
| 106 | 303 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-1 |
| 106 | 429 | |
| 106 | 354 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2004-3 |
| 106 | 309 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-4 |
| 708 | B1B | |
| 106 | 314 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-5 |
| 708 | B1C | |
| 106 | 321 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-6 |
| 708 | B1D | |
| 106 | 322 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-7 |
| 708 | B1E | |
| 106 | 316 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-8 |
| 708 | B1G | |
| 106 | 305 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-AR1 |
| 106 | 332 | |
| 106 | 306 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-AR2 |
| 106 | 333 | |
| 106 | 307 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-AR3 |
| 106 | 334 | |
| 106 | 308 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-AR4 |
| 106 | 310 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-AR5 |
| 685 | 902 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-AR6 |
| 106 | 311 | |
| 106 | 312 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-AR7 |
| 106 | 313 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Series 2004-AR8 |
| 106 | 443 | |
| 106 | 508 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Trust 2004-CF2, CSFB Mortgage Pass-Through Certificates, Series 2004-CF2 |

56

EXHIBIT 5

# Schedule A

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 106 | 326 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-1 |
| 106 | 519 | |
| 106 | 327 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-2 |
| 106 | 430 | |
| 708 | B1H | |
| 106 | 330 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-3 |
| 106 | 526 | |
| 106 | 331 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-4 |
| 708 | B1M | |
| 708 | C0H | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5 |
| 106 | 348 | |
| 708 | L54 | |
| 106 | 352 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-6 |
| 106 | 353 | |
| 106 | 536 | |
| 106 | 357 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-7 |
| 106 | 542 | |
| 708 | L85 | |
| 106 | 364 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-8 |
| 106 | 544 | |
| 591 | M64 | |
| 708 | C0N | |
| 708 | M64 | |
| 106 | 369 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-9 |
| 708 | C0Q | |
| 708 | M86 | |
| 106 | 372 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 |
| 106 | 551 | |
| 708 | C0S | |
| 708 | M37 | |
| 106 | 375 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-12 |
| 106 | 405 | |
| 708 | B49 | |
| 708 | C0U | |
| 106 | 376 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-1 |
| 708 | B36 | |
| 708 | C0V | |
| 106 | 379 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-2 |
| 708 | B34 | |
| 708 | C0W | |
| 106 | 385 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3 |
| 106 | 431 | |
| 708 | B61 | |
| 708 | C0X | |
| 106 | 380 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4 |
| 106 | 437 | |
| 708 | B74 | |
| 106 | 400 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-5 |
| 106 | 427 | |

57

EXHIBIT 5

| Client | Investor Number | Deal |
|---|---|---|
| 106 | 401 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6 |
| 106 | 402 | |
| 106 | 404 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7 |
| 708 | 379 | |
| 708 | C0Y | |
| 106 | 408 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-8 |
| 106 | 577 | |
| 708 | 820 | |
| 708 | C1A | |
| 106 | 410 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-9 |
| 106 | 578 | |
| 708 | 827 | |
| 708 | C1B | |
| 106 | 419 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 |
| 106 | 584 | |
| 708 | 883 | |
| 106 | 425 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-2 |
| 106 | 589 | |
| 708 | C40 | |
| 106 | 435 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3 |
| 106 | 458 | |
| 106 | 591 | |
| 106 | P77 | |
| 106 | Z74 | |
| 708 | C56 | |
| 708 | H51 | |
| 106 | 444 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-4 |
| 106 | 459 | |
| 106 | P78 | |
| 708 | C97 | |
| 708 | H54 | |
| 106 | 448 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-5 |
| 106 | 593 | |
| 708 | D20 | |
| 106 | 454 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-6 |
| 106 | 595 | |
| 708 | J38 | |
| 708 | B9W | |
| 106 | Z76 | |
| 106 | 453 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-7 |
| 106 | 594 | |
| 708 | J02 | |
| 106 | L71 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2003-5, Home Equity Pass-Through Certificates, Series 2003-5 |
| 106 | L61 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2003-7, Home Equity Pass-Through Certificates, Series 2003-7 |

58

EXHIBIT 5

## Schedule A

| Client | Investor Number | Deal |
|--------|----------------|------|
| 106 | L63 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2003-8, Home Equity Pass-Through Certificates, Series 2003-8 |
| 106 | L74 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2004-1, Home Equity Pass-Through Certificates, Series 2004-1 |
| 106 | L78 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2004-2, Home Equity Pass-Through Certificates, Series 2004-2 |
| 106 | L83 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2004-3, Home Equity Pass-Through Certificates, Series 2004-3 |
| 106 | L84 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2004-4, Home Equity Pass-Through Certificates, Series 2004-4 |
| 106 | L87 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2004-5, Home Equity Pass-Through Certificates, Series 2004-5 |
| 106 | 507 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2004-7, Home Equity Pass-Through Certificates, Series 2004-7 |
| 106 | 527 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2005-2, Home Equity Pass-Through Certificates, Series 2005-2 |
| 106 | 532 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2005-3, Home Equity Pass-Through Certificates, Series 2005-3 |
| 106 | 538 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2005-4, Home Equity Pass-Through Certificates, Series 2005-4 |
| 106 | 541 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2005-5, Home Equity Pass-Through Certificates, Series 2005-5 |
| 106 | 545 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2005-6, Home Equity Pass-Through Certificates, Series 2005-6 |
| 106 | 549 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2005-7, Home Equity Pass-Through Certificates, Series 2005-7 |
| 708 | 334 | |
| 106 | 552 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2005-8, Home Equity Pass-Through Certificates, Series 2005-8 |
| 708 | 335 | |
| 106 | 559 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-1, Home Equity Pass-Through Certificates, Series 2006-1 |
| 708 | 333 | |
| 106 | 561 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-2, Home Equity Pass-Through Certificates, Series 2006-2 |
| 708 | 336 | |

## 59

EXHIBIT 5

| Client | Investor Number | Deal |
|---|---|---|
| 106 | 563 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-3, Home Equity Pass-Through Certificates, Series 2006-3 |
| 708 | 337 | |
| 106 | 386 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-4, Home Equity Pass-Through Certificates, Series 2006-4 |
| 708 | 338 | |
| 106 | 413 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-5, Home Equity Pass-Through Certificates, Series 2006-5 |
| 106 | 570 | |
| 708 | 365 | |
| 106 | 414 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-6, Home Equity Pass-Through Certificates, Series 2006-6 |
| 106 | 573 | |
| 106 | 415 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-7, Home Equity Pass-Through Certificates, Series 2006-7 |
| 106 | 576 | |
| 106 | 417 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-8, Home Equity Pass-Through Certificates, Series 2006-8 |
| 106 | 581 | |
| 106 | 421 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2007-1, Home Equity Pass-Through Certificates, Series 2007-1 |
| 106 | 586 | |
| 106 | 512 | U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Home Equity Pass-Through Certificates, Series 2004-AA1 Trust, Home Equity Pass-Through Certificates, Series 2004-AA1 |
| 472 | Q00 | U.S. Bank National Association, as trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2005-R3 |
| 685 | Q00 | |
| 708 | Q00 | |
| 472 | B37 | U.S. Bank National Association, as trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2006-R1 |
| 685 | B37 | |
| 708 | B37 | |
| 472 | 439 | U.S. Bank National Association, as trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2006-R2 |
| 685 | 439 | |
| 708 | 439 | |
| 936 | P11 | |
| 106 | X27 | U.S. Bank National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-2 Mortgage Pass-Through Certificates |
| 708 | B5S | |
| 106 | V91 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for certificate holders of EMC Mortgage Loan Trust 2006-A, Mortgage Pass-Through Certificates, Series 2006-A |
| 591 | B15 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association f/k/a First Union National Bank, as Trustee for Financial Asset Securities Corp., Home Loan Mortgage Trust 1999-A, Asset-Backed Certificates, Series 1999-A |
| 106 | K54 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2004-FFA, Mortgage Pass-Through Certificates, Series 2004-FFA |

60

EXHIBIT 5

**Schedule A**

| Client | Investor Number | Deal |
|---|---|---|
| 708 | 477 | U.S. Bank National Association, as Trustee, successor in interest to U.S. Bank Trust National Association, as Trustee, f/k/a First Trust National Association, as Trustee for GE Capital Mortgage Services, Inc., Mortgage Pass-Through Certificates, Series G9501-FH01 |
| 106 | G10 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity Trust 2005-11 |
| 708 | M70 | |
| 106 | G12 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity Trust 2005-14 |
| 106 | G20 | U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-1, Asset-Backed Certificates Series 2006-1 |
| 106 | G21 | U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-3, Asset-Backed Certificates Series 2006-3 |
| 106 | G23 | U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5, Asset-Backed Certificates Series 2006-5 |
| 106 | G24 | U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6 |
| 708 | B72 | |
| 106 | G27 | U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates Series 2006-9 |
| 708 | 383 | U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-12, Asset-Backed Certificates Series 2006-12 |
| 708 | 395 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for GSAA Home Equity Trust 2006-14 |
| 708 | C1H | |
| 708 | B4Y | U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-19, Asset-Backed Certificates, Series 2006-19 |
| 708 | B5A | U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-20, Asset-Backed Certificates Series 2006-20 |
| 708 | B5B | U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-1, Asset-Backed Certificates Series 2007-1 |
| 708 | D19 | U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-7, Asset-Backed Certificates, Series 2007-7 |
| 472 | J77 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSAMP Trust 2004-SEA1 |
| 591 | J77 | |
| 708 | 234 | |
| 708 | J77 | |
| 936 | L47 | U.S. Bank National Association, as Trustee for GSMPS Mortgage Loan Trust 1998-1 |
| 708 | 465 | U.S. Bank National Association, as Trustee, successor in interest to State Street Bank and Trust Company, as Trustee for GSMPS Mortgage Loan Trust 1998-4 |
| 936 | L49 | U.S. Bank National Association, as Trustee, successor in interest to State Street Bank and Trust Company, as Trustee for GSMPS Mortgage Loan Trust 1999-1 |
| 708 | 484 | U.S. Bank National Association, as Trustee, successor in interest to State Street Bank and Trust Company, as Trustee for GSMPS Mortgage Loan Trust 1999-2 |
| 472 | B93 | U.S. Bank National Association, as Trustee, successor in interest to State Street Bank and Trust Company, as Trustee for GSMPS Mortgage Loan Trust 2001-1 |
| 685 | B93 | |
| 708 | 413 | |
| 708 | P44 | |

EXHIBIT 5

| Client | Investor Number | Deal |
|---|---|---|
| 472 | J18 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2003-3 |
| 685 | J18 | |
| 708 | J18 | |
| 936 | J81 | |
| 472 | J62 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-1 |
| 685 | J62 | |
| 708 | J62 | |
| 936 | L56 | |
| 472 | J99 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-3 |
| 685 | J99 | |
| 708 | J99 | |
| 936 | L57 | |
| 472 | B53 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-4 |
| 685 | B53 | |
| 708 | B53 | |
| 936 | K99 | |
| 472 | L32 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2005-RP2 |
| 685 | L32 | |
| 708 | L32 | |
| 936 | L03 | |
| 472 | M51 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2005-RP3 |
| 685 | M51 | |
| 708 | M51 | |
| 936 | L05 | |
| 472 | B11 | U.S. Bank National Association, as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 |
| 685 | B11 | |
| 708 | B11 | |
| 936 | L06 | |
| 472 | 440 | U.S. Bank National Association, as Trustee for GSMPS Mortgage Loan Trust 2006-RP2 |
| 685 | 440 | |
| 708 | 440 | |
| 936 | M07 | |
| 472 | P92 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR 2003-7F |
| 591 | P92 | |
| 708 | P92 | |
| 591 | J67 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust 2004-4 |
| 708 | 904 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust 2004-9, Mortgage Pass-Through Certificates, Series 2004-9 |
| 708 | 914 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust 2004-11 |
| 708 | F09 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2004-12 |
| 708 | F32 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2004-14 |
| 708 | 237 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR 2004-2F |
| 708 | 227 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR 2004-8F |

62

EXHIBIT 5

## Schedule A

| Client | Investor Number | Deal |
|---|---|---|
| 708 | 230 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR 2004-10F |
| 591 | F17 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust 2004-13F, Mortgage Pass-Through Certificates, Series 2004-13F |
| 591 | K69 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust 2005-1F |
| 708 | L49 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for GSR 2005-5F |
| 106 | G04 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-6F |
| 106 | G05 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust 2005-7F |
| 708 | M54 | |
| 106 | G06 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-8F, Mortgage Pass-Through Certificates, Series 2005-8F |
| 106 | G07 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-9F |
| 472 | K42 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR1 |
| 708 | K42 | |
| 591 | L18 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR2 |
| 708 | L18 | |
| 106 | G08 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR3 |
| 591 | L66 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR4 |
| 708 | L66 | |
| 106 | G09 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR5 |
| 708 | M57 | |
| 472 | M75 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR6 |
| 708 | M75 | |
| 708 | M31 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR7 |
| 106 | G17 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2006-1F |
| 106 | G18 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2006-2F |
| 106 | G19 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2006-3F, Mortgage Pass-Through Certificates, Series 2006-3F |
| 708 | B4W | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2006-5F |
| 708 | B4X | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2006-6F |
| 708 | B07 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2006-AR1 |
| 106 | 423 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2007-1F |
| 708 | C19 | |
| 106 | 432 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2007-2F |
| 708 | C46 | |
| 106 | 438 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2007-3F |
| 708 | C64 | |
| 106 | 449 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2007-4F |
| 708 | D22 | |
| 106 | 455 | U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2007-5F |
| 685 | H12 | |
| 708 | H12 | |

## 63

## EXHIBIT 5

**Schedule A**

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 708 | 231 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSRPM Trust 2004-1 |
| 106 | 504 | U.S. Bank National Association, as Trustee for Home Equity Asset Trust 2004-6 Home Equity Pass-Through Certificates, Series 2004-6 |
| 106 | 516 | U.S. Bank National Association, as Trustee for Home Equity Asset Trust 2004-8 Home Equity Pass-Through Certificates, Series 2004-8 |
| 106 | 521 | U.S. Bank National Association, as Trustee for Home Equity Asset Trust 2005-1, Home Equity Pass-Through Certificates, Series 2005-1 |
| 708 | D04 | U.S. Bank National Association, as Trustee for J.P. Morgan Alternative Loan Trust 2007-A2 |
| 708 | C91 | U.S. Bank National Association, as Trustee for J.P. Morgan Alternative Loan Trust 2007-S1, Mortgage Pass-Through Certificates |
| 708 | 396 | U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1 |
| 708 | P81 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for J. P. Morgan Mortgage Trust 2003-A2, Mortgage Pass-Through Certificates, Series 2003-A2 |
| 708 | L57 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for J.P. Morgan Mortgage Trust 2005-A3 |
| 591 | M74 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for J.P. Morgan Mortgage Trust 2005-A7 |
| 708 | M74 | |
| 708 | M67 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for J.P. Morgan Mortgage Trust 2005-S2 |
| 591 | B10 | U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2006-A1 |
| 708 | B10 | |
| 708 | B29 | U.S. Bank National Association, as Trustee for JP Morgan Mortgage Trust 2006-A2 |
| 708 | B86 | U.S. Bank National Association, as Trustee for JP Morgan Mortgage Trust 2006-A4 |
| 591 | 455 | U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2006-A6 |
| 708 | 455 | |
| 708 | 859 | U.S. Bank National Association, as Trustee of J.P. Morgan Mortgage Trust 2006-A7 |
| 708 | 380 | U.S. Bank National Association, as Trustee for JP Morgan Mortgage Trust 2006-S3 |
| 708 | C76 | U.S. Bank National Association, as Trustee for JP Morgan Mortgage Trust 2007-A3 |
| 708 | C92 | U.S. Bank National Association, as Trustee for JP Morgan Mortgage Trust 2007-A4 |
| 708 | C50 | U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-S1, Mortgage Pass-Through Certificates |
| 591 | M15 | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Lehman ABS Corporation, Mortgage Pass-Through Certificates, Series 2003-1 |
| 708 | M15 | |
| 708 | B68 | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Lehman Mortgage Trust, Mortgage Pass-Through Certificates, Series 2005-3 |
| 106 | K35 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2005-2 |
| 708 | L92 | |

# 64

# EXHIBIT 5

**Schedule A**

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 708 | 387 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-11 |
| 708 | 458 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-15 |
| 708 | 831 | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2006-19 |
| 708 | C16 | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-1 |
| 708 | H3A | |
| 708 | C41 | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-3 |
| 708 | H1M | |
| 708 | C77 | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-6 |
| 708 | H7W | |
| 708 | D01 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Series 2007-9 |
| 708 | B99 | U.S. Bank National Association, as Trustee for LMT 2005-2 |
| 472 | B19 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LMT 2006-2 |
| 708 | 901 | U.S. Bank National Association, as Trustee for LMT 2006-8 |
| 708 | D30 | U.S. Bank National Association, as Trustee for LMT 2007-7 |
| 106 | K08 | U.S. Bank National Association, as Trustee for LMT 2007-10 |
| 708 | L27 | |
| 708 | 346 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LXS 2006-8 |
| 708 | 374 | U.S. Bank National Association, as Trustee for LXS 2006-10N |
| 106 | Y97 | U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee for Luminent Mortgage Trust 2005-1, Mortgage-Backed Notes, Series 2005-1 |
| 472 | E09 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2004-13, Mortgage Pass-Through Certificates, Series 2004-13 |
| 708 | E09 | |
| 708 | E32 | U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2006-2 |

EXHIBIT 5

| Client | Investor Number | Deal |
|---|---|---|
| 708 | D93 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Alternative Loan Trust 2003-7 |
| 106 | F36 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Alternative Loan Trust 2003-8, Mortgage Pass-Through Certificates, Series 2003-8 |
| 708 | D75 | |
| 708 | D84 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Alternative Loan Trust 2003-9 |
| 708 | D90 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Alternative Loan Trust 2004-1 |
| 708 | D83 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Alternative Loan Trust 2004-5 |
| 708 | D97 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Alternative Loan Trust 2004-9 |
| 708 | E03 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Alternative Loan Trust 2004-10 |
| 708 | B2A | U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2004-11 |
| 708 | D94 | |
| 708 | B2D | U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2004-13 |
| 708 | D99 | |
| 708 | B2E | U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2005-1 |
| 708 | D95 | |
| 106 | 913 | U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2005-6 |
| 708 | E04 | |
| 106 | 932 | U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2007-1 |
| 708 | B9H | |
| 708 | E60 | |
| 106 | 905 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2005-AB1, Mortgage Pass-Through Certificates, Series 2005-AB1 |
| 708 | B9G | |
| 708 | M32 | |
| 708 | M71 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2005-WF1 |
| 106 | 920 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 |
| 708 | M73 | |
| 106 | 929 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AM2, Mortgage Pass-Through Certificates, Series 2006-AM2 |
| 106 | 917 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-FRE1, Mortgage Pass-Through Certificates, Series 2006-FRE1 |
| 106 | 925 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-FRE2, Mortgage Pass-Through Certificates, Series 2006-FRE2 |
| 106 | 922 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 |
| 106 | 928 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE2, Mortgage Pass-Through Certificates, Series 2006-HE2 |
| 106 | 931 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006-HE4 |
| 106 | 921 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1 |

66

EXHIBIT 5

## Schedule A

| Client | Investor Number | Deal |
|---|---|---|
| 106 | 927 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2 |
| 106 | 936 | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2007-HE1 Mortgage Pass-Through Certificates Series 2007-HE1 |
| 708 | E38 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Asset Securitization Trust 2003-6 |
| 708 | E35 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Asset Securitization Trust 2003-7 |
| 708 | E34 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Asset Securitization Trust 2003-8 |
| 708 | E43 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Asset Securitization Trust 2003-9 |
| 708 | E50 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Asset Securitization Trust 2003-10 |
| 708 | E42 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Asset Securitization Trust 2003-11 |
| 708 | D69 | U.S. Bank National Association, as Trustee for MASTR Asset Securitization Trust 2003-12 |
| 708 | E44 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MASTR Asset Securitization Trust 2004-8 |
| 591 | F04 | U.S. Bank National Association, as Trustee for MASTR Seasoned Securitization Trust 2005-1, |
| 685 | F04 | Mortgage Pass-Through Certificates, Series 2005-1 |
| 708 | M38 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Investors Trust, Series 2005-3 |
| 708 | L91 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Investors Trust, Series 2005-A6 |
| 708 | B90 | U.S. Bank National Association, as Indenture Trustee, successor in interest to Wachovia Bank, National Association, as Indenture Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-A9, Mortgage Loan Asset-Backed Notes |
| 106 | P38 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-1AR |
| 708 | B17 | |
| 106 | P39 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-2, Mortgage Pass-Through Certificates, Series 2006-2 |
| 106 | P63 | |
| 708 | B3U | |
| 106 | P40 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-3AR, Mortgage Pass-Through Certificates, Series 2006-3AR |
| 591 | B18 | |
| 708 | B18 | |
| 708 | C1E | |
| 106 | P41 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-5AR, Mortgage Pass-Through Certificates, Series 2006-5AR |
| 708 | B3V | |

67

EXHIBIT 5

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 106 | P58 | U.S. Bank National Association, as trustee successor in interest to Bank of America, National Association, as trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-6AR, Mortgage Pass-Through Certificates, Series 2006-6AR |
| 708 | B3W | |
| 106 | P46 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-7 |
| 106 | P59 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-8AR, Mortgage Pass-Through Certificates, Series 2006-8AR |
| 708 | B3Y | |
| 106 | P62 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-9AR, Mortgage Pass-Through Certificates, Series 2006-9AR |
| 708 | B4A | |
| 106 | P56 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-11 |
| 106 | P65 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-12XS |
| 106 | P66 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-13ARX, Mortgage Pass-Through Certificates, Series 2006-13ARX |
| 708 | B4B | |
| 106 | 156 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-15XS |
| 106 | 155 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-17XS |
| 708 | B4C | |
| 106 | P72 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-1XS |
| 708 | B4D | |
| 106 | P73 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-2AX |
| 708 | B4E | |
| 106 | P24 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-3XS |
| 708 | B4F | |
| 708 | B4G | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-5AX, Mortgage Pass-Through Certificates, Series 2007-5AX |
| 106 | P69 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-6XS |
| 708 | B4H | |

68

EXHIBIT 5

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 106 | 150 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National |
| 708 | B4J | Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee |
| 708 | C70 | for Morgan Stanley Mortgage Loan Trust 2007-7AX |
| 106 | P74 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America,  National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-8XS |
| 708 | B4N | U.S. Bank National Association, as trustee successor in interest to Bank of America, National Association, as trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR, Mortgage Pass-Through Certificates, Series 2007-11AR |
| 472 | H00 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for MSSTR 2004-1 |
| 106 | G29 | U.S. Bank National Association, as Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT2 |
| 591 | 170 | U.S. Bank National Association, as Indenture Trustee for New Residential Mortgage Loan Trust |
| 708 | 170 | 2014-1 |
| 591 | Z01 | U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as Trustee for Norwest Asset Acceptance Corporation Asset Backed Certificates, Series 1998-HE1 |
| 106 | U50 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WWF1 |
| 106 | Y47 | U.S. Bank National Association, as Trustee for Prime Mortgage Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 |
| 106 | Y48 | U.S. Bank National Association, as Trustee for Prime Mortgage Trust 2003-3, Mortgage Pass-Through Certificates, Series 2003-3 |
| 106 | Y49 | U.S. Bank National Association, as Trustee for Prime Mortgage Trust 2004-1, Mortgage Pass-Through Certificates, Series 2004-1 |
| 591 | J91 | |
| 591 | J55 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for the holders of Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2004-CL1 |
| 685 | J55 | |
| 591 | J72 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2004-CL2 |
| 708 | 836 | U.S. Bank National Association, as Trustee for Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2006-2 |
| 106 | Z41 | U.S. Bank National Association, as Trustee for Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2006-CL1 |
| 708 | C47 | U.S. Bank National Association, as Trustee for Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2007-1 |
| 708 | M79 | U.S. Bank National Association, as Trustee for RBSGC Mortgage Loan Trust 2005-A |
| 591 | H97 | U.S. Bank National Association, as Trustee for Salomon Brothers Mortgage Securities VII, Inc., Asset-Backed Pass-Through Certificates, Series 2002-HYB1 |
| 591 | J10 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Salomon Brothers Mortgage Securities VII, Inc., Mortgage Pass-Through Certificates, Series 2003-1 |

69

EXHIBIT 5

| Client | Investor Number | Deal |
|---|---|---|
| 106 | M03 | U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1 |
| 106 | M04 | U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 |
| 106 | M02 | U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM1, Mortgage Pass-Through Certificates, Series 2006-WM1 |
| 708 | E87 | U.S. Bank National Association, as Trustee for Sequoia Mortgage Trust 2011-2 Mortgage Pass-Through Certificates |
| 106 | V03 | U.S. Bank National Association, as Trustee for SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2 |
| 708 | B52 | U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-22 |
| 708 | B85 | U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-23 |
| 708 | B56 | U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1 |
| 708 | B40 | U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-2 |
| 708 | B57 | U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-3 |
| 708 | B76 | U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-4 |
| 708 | 345 | U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-5 |
| 708 | 373 | U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-6 |
| 708 | 386 | U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-7 |
| 708 | 450 | U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-8 |
| 591 | P89 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for SAIL 2003-BC6 |
| 708 | P89 | |
| 591 | P88 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for SAIL 2003-BC7 |
| 708 | P88 | |
| 591 | P97 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for SAIL 2003-BC8 |
| 708 | P97 | |
| 591 | P98 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for SAIL 2003-BC9 |
| 708 | P98 | |
| 708 | B47 | U.S. Bank National Association, as Trustee for SAIL 2006-2 |
| 591 | P33 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC1 |
| 708 | P33 | |

EXHIBIT 5

U.S. Bank National Association - Schedule A

Schedule A

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 591 | P64 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC5 |
| 708 | P64 | |
| 591 | J07 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC10 |
| 708 | J07 | |
| 106 | K50 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America,  National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Series 2003-BC11 |
| 106 | K51 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC13 |
| 106 | K55 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-2 |
| 106 | K57 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-3 |
| 106 | K59 | |
| 708 | J81 | |
| 106 | K61 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-4 |
| 106 | K63 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-5 |
| 106 | K65 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-6 |
| 106 | K67 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-7 |
| 106 | K71 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-8 |
| 106 | K73 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-9 |
| 708 | M21 | |

71

EXHIBIT 5

| Client | Investor Number | Deal |
|---|---|---|
| 106 | K76 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 |
| 708 | H42 | |
| 106 | K79 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-11 |
| 106 | K69 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-BNC1 |
| 106 | K77 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-BNC2 |
| 106 | K80 | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-1 |
| 106 | K84 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2 |
| 106 | K86 | U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-3 |
| 708 | L22 | |
| 106 | 702 | U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-4 |
| 708 | L42 | |
| 106 | 703 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-5 |
| 106 | K44 | |
| 106 | 704 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-6 |
| 106 | K41 | |
| 106 | 705 | U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-7 |
| 106 | K38 | |
| 106 | 707 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-8 |
| 106 | K34 | |
| 106 | 708 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-9 |
| 106 | K31 | |
| 106 | 709 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-10 |
| 106 | K27 | |
| 106 | 710 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-11 |
| 106 | K30 | |
| 106 | K33 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-HE2 |
| 106 | 706 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-HE3 |
| 106 | K32 | |
| 106 | 712 | U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1 |
| 106 | K26 | |
| 708 | B02 | |

72

EXHIBIT 5

Schedule A

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 106 | 714 | U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-2 |
| 106 | K22 | |
| 106 | 719 | U.S. Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3 |
| 106 | 721 | U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-4 |
| 708 | 364 | |
| 106 | 713 | U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1 |
| 106 | 717 | U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC2 |
| 106 | 725 | U.S. Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-BNC3 |
| 591 | B22 | U.S. Bank National Association, as Trustee for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2004-2 |
| 708 | B22 | |
| 106 | Y53 | U.S. Bank National Association, as Trustee for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates Series 2005-2 |
| 106 | Z60 | |
| 708 | 418 | |
| 708 | L56 | |
| 708 | M61 | U.S. Bank National Association, as Trustee for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates Series 2005-3 |
| 106 | Y96 | U.S. Bank National Association, as Trustee for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates Series 2005-4 |
| 708 | M78 | |
| 106 | Y68 | U.S. Bank National Association, as Trustee for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates Series 2005-5 |
| 708 | B8E | U.S. Bank National Association, as Trustee for Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2005-AR5 |
| 106 | Z46 | U.S. Bank National Association, as Trustee for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2006-1 |
| 106 | Z62 | |
| 708 | B9S | |
| 591 | H39 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2001-16H |
| 708 | 415 | |
| 472 | Q08 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2002-12 |
| 685 | Q08 | |
| 936 | J24 | |
| 936 | K28 | |
| 708 | J65 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2004-6XS |
| 106 | K64 | U.S. Bank National Association, as Indenture Trustee for SASCO Mortgage Loan Trust 2004-GEL2 |
| 472 | 893 | |
| 591 | 893 | |
| 685 | 893 | |
| 708 | 893 | |
| 106 | K74 | U.S. Bank National Association, as Indenture Trustee for SASCO Mortgage Loan Trust 2004-GEL3 |
| 472 | B28 | |
| 685 | B28 | |
| 708 | B28 | |
| 591 | M83 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2005-SC1 |
| 708 | M28 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2005-WF2 |
| 708 | L88 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2005-WF3 |

73

EXHIBIT 5

| Client | Investor Number | Deal |
|---|---|---|
| 708 | B54 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2005-WF4 |
| 708 | B41 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-BC1 |
| 708 | B58 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF1 |
| 708 | 367 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF2 |
| 708 | 441 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3 |
| 591 | 156 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2007-TC1 |
| 708 | D13 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2007-WF2 |
| 106 | K75 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation, Amortizing Residential Collateral Trust, Mortgage Pass-Through Certificates, Series 2004-1 |
| 708 | 955 | |
| 708 | B3D | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation, Series 2004-21XS |
| 708 | M22 | |
| 106 | K56 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, 2004-GEL1 |
| 472 | J64 | |
| 591 | J64 | |
| 685 | J64 | |
| 708 | J64 | |
| 472 | Q38 | U.S. Bank National Association, as Indenture Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2002-NP1 |
| 685 | P31 | U.S. Bank National Association, as Indenture Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2003-NP1 |
| 936 | K56 | |
| 936 | J18 | U.S. Bank National Association, as Indenture Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2003-NP2 |
| 936 | K40 | |
| 685 | J22 | U.S. Bank National Association, as Indenture Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2003-NP3 |
| 936 | J20 | |
| 936 | K44 | |
| 472 | J68 | U.S. Bank National Association, as Indenture Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2004-NP1 |
| 685 | J68 | |
| 708 | J68 | |
| 936 | J06 | |
| 936 | K47 | |
| 472 | K24 | U.S. Bank National Association, as Indenture Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2004-NP2 |
| 685 | K24 | |
| 708 | K24 | |
| 936 | J10 | |
| 936 | K57 | |
| 472 | L33 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2005-RF1 |
| 708 | L33 | |
| 936 | J13 | |
| 936 | L11 | |
| 685 | L33 | |
| 936 | J12 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2005-RF2 |
| 708 | L55 | |
| 936 | L15 | |
| 472 | L55 | |
| 685 | L55 | |

74

EXHIBIT 5

**Schedule A**

| Client | Investor Number | Deal |
|---|---|---|
| 472 | L72 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2005-RF3 |
| 685 | L72 | |
| 708 | L72 | |
| 936 | J31 | |
| 936 | K64 | |
| 472 | M48 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2005-RF4 |
| 685 | M48 | |
| 708 | M48 | |
| 936 | J32 | |
| 936 | K65 | |
| 472 | M81 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2005-RF5 |
| 685 | M81 | |
| 708 | M81 | |
| 936 | J33 | |
| 936 | K66 | |
| 472 | M44 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2005-RF6 |
| 685 | M44 | |
| 708 | M44 | |
| 936 | J34 | |
| 936 | K67 | |
| 472 | B12 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2005-RF7 |
| 685 | B12 | |
| 708 | B12 | |
| 936 | J35 | |
| 936 | K68 | |
| 472 | 869 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2006-RF3 |
| 685 | 869 | |
| 708 | 833 | |
| 708 | 869 | |
| 936 | P14 | |
| 472 | 897 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2006-RF4 |
| 685 | 897 | |
| 708 | 897 | |
| 936 | P15 | |
| 472 | E27 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-RF1 |
| 685 | E27 | |
| 708 | E27 | |
| 936 | E27 | |
| 708 | C38 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-WF1 |
| 591 | H79 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-6 |
| 708 | B3B | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-20 |

75

EXHIBIT 5

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 708 | B3A | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-17XS |
| 708 | B3C | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-19XS |
| 106 | K60 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2004-S2 |
| 106 | K70 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2004-S3 |
| 106 | K78 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2004-S4 |
| 591 | L39 | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-6 |
| 708 | L39 | |
| 591 | L71 | U.S. Bank National Association, as successor Trustee to Wilmington Trust Company, as successor Trustee to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-14 |
| 708 | L71 | |
| 106 | K47 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-7XS |
| 106 | K28 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-AR1 |
| 106 | K81 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-GEL1 |
| 472 | K47 | |
| 685 | K47 | |
| 708 | K47 | |
| 106 | 701 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-GEL2 |
| 106 | K46 | |
| 106 | K87 | |
| 708 | L37 | |
| 106 | K39 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-GEL3 |
| 106 | K36 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-GEL4 |
| 591 | M82 | |
| 106 | K48 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-RMS1 |
| 106 | K89 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-S1 |
| 106 | K88 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-S2 |
| 106 | K43 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-S3 |

EXHIBIT 5

Schedule A

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 708 | M25 | U.S. Bank National Association, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor to LaSalle Bank, N.A., as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-WF1 |
| 106 | 716 | U.S. Bank National Association, as trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-AM1 |
| 106 | 718 | U.S. Bank National Association, as trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC1 |
| 106 | K19 | |
| 106 | 724 | U.S. Bank National Association, as trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC2 |
| 106 | K16 | |
| 106 | 726 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC3 |
| 106 | 731 | U.S. Bank National Association, as trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC4 |
| 106 | 729 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC5 |
| 106 | K13 | |
| 106 | 733 | U.S. Bank National Association, as trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC6 |
| 106 | 722 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 |
| 106 | K25 | |
| 472 | B82 | U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-GEL1 |
| 685 | B82 | |
| 708 | B82 | |
| 106 | 715 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-GEL2 |
| 106 | K20 | |
| 472 | B75 | |
| 591 | B75 | |
| 685 | B75 | |
| 708 | B75 | |
| 106 | 723 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-GEL3 |
| 106 | K17 | |
| 708 | 385 | |
| 106 | 728 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-GEL4 |
| 106 | K14 | |
| 472 | 889 | |
| 685 | 889 | |
| 708 | 889 | |
| 936 | L91 | |
| 936 | P06 | |
| 106 | 720 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-NC1 |
| 106 | 711 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-OW1 |
| 472 | B45 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-RF2 |
| 685 | B45 | |
| 708 | B45 | |
| 936 | L83 | |
| 936 | L85 | |

EXHIBIT 5

| Client | Investor Number | Deal |
|--------|----------------|------|
| 106 | 732 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-Z |
| 106 | 736 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC2 |
| 106 | 740 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-BC3 |
| 708 | C95 | |
| 106 | 739 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4 |
| 106 | K01 | |
| 708 | J80 | |
| 106 | 741 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1 Mortgage Pass-Through Certificates, Series 2007-BNC1 |
| 106 | K09 | |
| 106 | 735 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-EQ1 |
| 106 | K10 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL1 |
| 106 | K83 | |
| 472 | E07 | |
| 591 | E07 | |
| 685 | E07 | |
| 708 | H52 | |
| 708 | E07 | |
| 106 | 738 | U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-GEL2 |
| 106 | K11 | |
| 106 | K93 | |
| 472 | F70 | |
| 591 | F70 | |
| 591 | P13 | |
| 685 | F70 | |
| 708 | F70 | |
| 708 | P13 | |
| 936 | F70 | |
| 708 | C93 | U.S. Bank National Association, as Trustee for STARM Mortgage Loan Trust 2007-3, Mortgage Pass Through Certificates, Series 2007-3 |
| 708 | L68 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Thornburg Mortgage Securities Trust 2005-2 |
| 708 | M84 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Thornburg Mortgage Securities Trust 2005-3 |
| 708 | B60 | U.S. Bank National Association, as Trustee for Thornburg Mortgage Securities Trust 2005-4 |
| 708 | B09 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Thornburg Mortgage Securities Trust 2006-1 |
| 708 | 382 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Thornburg Mortgage Securities Trust 2006-4 |

EXHIBIT 5

Schedule A

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 708 | 390 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Thornburg Mortgage Securities Trust 2006-5 |
| 708 | M55 | U.S. Bank National Association, as Trustee for Wachovia Mortgage Loan Trust, LLC Mortgage Pass-Through Certificates, Series 2005-A |
| 106 | Q04 | U.S. Bank National Association, as Trustee for Wachovia Mortgage Loan Trust, Asset-Backed Certificates, Series 2006-ALT1 |
| 106 | Q03 | U.S. Bank National Association, as Trustee for Wachovia Mortgage Loan Trust, Asset-Backed Certificates, Series 2006-AMN1 |
| 936 | L80-001 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, as successor by merger to LaSalle Bank National Association, as Trustee for Washington Mutual MSC Mortgage Pass-Through Certificates, Series 2004-RA4 |
| 708 | D14 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Alternative Loan 2005-2 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2005-2 |
| 472 | B21-098 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates, Series 2002-1 |
| 591 | Y08 | |
| 591 | Z57 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-0 |
| 708 | U09 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates, Series 2003-1 |
| 591 | Y09 | |
| 591 | Z38 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-8 |
| 708 | S38 | |
| 591 | Z39 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-9 |
| 708 | S39 | |
| 708 | S40 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-10 |
| 591 | Z43 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-11 |
| 708 | S43 | |
| 708 | S45 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-12 |
| 591 | Z46 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-13 |
| 708 | S46 | |
| 708 | S49 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-14 |

79

EXHIBIT 5

| Client | Investor Number | Deal |
|--------|----------------|------|
| 591 | Z50 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-15 |
| 708 | S50 | |
| 591 | Z51 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-16 |
| 708 | S51 | |
| 591 | Z55 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-17 |
| 708 | S55 | |
| 591 | Z54 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-18 |
| 708 | S54 | |
| 708 | S56 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-19 |
| 708 | S24 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-A |
| 591 | Z28 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-B |
| 708 | S28 | |
| 708 | S25 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-C |
| 591 | Z29 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-D |
| 708 | S29 | |
| 591 | Z34 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-E |
| 708 | S34 | |
| 591 | Z35 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-F |
| 708 | S35 | |
| 708 | S36 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-G |
| 708 | S41 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-H |
| 591 | Z42 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-I |
| 708 | S42 | |
| 591 | Z44 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-J |
| 708 | S44 | |

80

EXHIBIT 5

**Schedule A**

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 708 | S47 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-K |
| 591 | Z48 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-L |
| 708 | S48 | |
| 708 | S52 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-M |
| 591 | Z53 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-N |
| 708 | S53 | |
| 708 | S57 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2003-O |
| 591 | Z58 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-1 |
| 708 | S58 | |
| 708 | S59 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-2 |
| 708 | S62 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-3 |
| 708 | S64 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-4 |
| 591 | Z67 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-5 |
| 708 | S67 | |
| 591 | Z68 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-6 |
| 708 | S68 | |
| 708 | S72 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-7 |
| 708 | S77 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-8 |
| 591 | Z60 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-A |
| 708 | S60 | |
| 591 | Z92 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-AA |
| 708 | S92 | |
| 591 | Z61 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-B |
| 708 | S61 | |

81

U.S. Bank National Association - Schedule A

EXHIBIT 5

| Client | Investor Number | Deal |
|---|---|---|
| 708 | S93 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-BB |
| 708 | S63 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-C |
| 708 | S94 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-CC |
| 708 | S65 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-D |
| 708 | S95 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-DD |
| 708 | S66 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-E |
| 708 | S96 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-EE |
| 591 | Z69 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-F |
| 708 | S69 | |
| 708 | S70 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-G |
| 708 | S71 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-H |
| 591 | Z73 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-I |
| 708 | S73 | |
| 708 | S75 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-J |
| 708 | S74 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-K |
| 591 | Z76 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-L |
| 708 | S76 | |
| 591 | Z78 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-M |
| 708 | S78 | |
| 708 | S79 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-N |

82

EXHIBIT 5

**Schedule A**

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 708 | S80 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-O |
| 708 | S81 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-P |
| 708 | S82 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-Q |
| 591 | Z85 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-R |
| 708 | S85 | |
| 708 | S83 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-S |
| 708 | S84 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-T |
| 591 | Z86 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-U |
| 708 | S86 | |
| 708 | S87 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-V |
| 708 | S88 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-W |
| 708 | S89 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-X |
| 591 | Z90 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-Y |
| 708 | S90 | |
| 708 | S91 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-Z |
| 708 | S98 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-1 |
| 708 | Y10 | |
| 591 | S02 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-2 |
| 708 | S02 | |
| 591 | S07 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-3 |
| 708 | S07 | |
| 708 | S03 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-4 |

83

EXHIBIT 5

U.S. Bank National Association – Schedule A   37

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 708 | S08 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-5 |
| 708 | Z02 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-6 |
| 708 | Z03 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-7 |
| 708 | Z05 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-8 |
| 708 | Z06 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-9 |
| 708 | Z07 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-10 |
| 708 | Z09 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-11 |
| 708 | Z45 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-12 |
| 708 | Z56 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-13 |
| 708 | Z10 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-14 |
| 708 | Z11 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-15 |
| 708 | Z12 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-16 |
| 708 | Z13 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-17 |
| 708 | Z14 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-18 |
| 708 | S97 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR1 |
| 708 | S99 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 |

84

EXHIBIT 5

| Client | Investor Number | Deal |
|---|---|---|
| 591 | S01 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR3 |
| 708 | S01 | |
| 708 | S04 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR4 |
| 708 | S05 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR5 |
| 591 | S06 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR6 |
| 708 | S06 | |
| 708 | S09 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR7 |
| 591 | S11 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR8 |
| 708 | S11 | |
| 708 | S10 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR9 |
| 472 | B21-099 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR10 |
| 708 | S12 | |
| 708 | S13 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR11 |
| 472 | B21-100 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR12 |
| 708 | S15 | |
| 708 | S14 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR13 |
| 708 | S16 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR14 |
| 708 | Z04 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR15 |
| 591 | Z08 | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR16 |
| 708 | Z08 | |
| 708 | Z15 | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-1 |
| 708 | Z16 | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-2 |
| 708 | Z17 | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-3 |

85
EXHIBIT 5

| Client | Investor Number | Deal |
|--------|-----------------|------|
| 708 | Z20 | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-4 |
| 591 | S18 | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR1 |
| 708 | Z18 | |
| 472 | B21-101 | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR2 |
| 708 | S19 | |
| 708 | Z19 | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR3 |
| 708 | Z21 | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR4 |
| 708 | S22 | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR5 |
| 708 | Z22 | U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR6 |
| 708 | J82 | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Wells Fargo Home Equity Trust Mortgage Pass-Through Certificates, Series 2004-1 |
| 106 | 671 | U.S. Bank National Association, as Trustee for Yale Mortgage Loan Trust, Series 2007-1 |

86

EXHIBIT 5

Total Pages: 7  (including cover)

To: Quality loan

Date: 06/24/2016

Re: TS#:CA-11-427980-CT

Fax: 619-568-3596

Massage: Property Address: 1771 York Mountain Ct, Tulare, Ca 93274

PLEASE TAKE NOTICE. ATTCHED YOU WILL FIND A NOTICE OF BK FILING BY THE BENEFICIARY OF THE
FOLLOWING DEED OF TRUST. PLEASE ACT ACCORDINGLY.

87
EXHIBIT 6

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

· A.P.N.: ▮▮▮▮▮▮                          Order No.:                          Escrow No.:

# DEED OF TRUST WITH ASSIGNMENT OF RENTS (SHORT FORM)

This DEED OF TRUST, made **06/22/2016**                          , between
**Cesar Betancourt**                                                    , herein called TRUSTOR,
whose address is **1771 York Mountain Ct, Tulare, Ca 93274**
FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation, herein called TRUSTEE, and
**Serena Deliah Cruz**                                                  , herein called BENEFICIARY,
WITNESSETH: That Trustor grants to Trustee in trust, with power of sale, that property in the
**Tulare**                          , County of **Tulare**                          , State of California, described as:

See "Exhibit A" Attached hereto

together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits for the purpose of securing (1) payment of the sum of $ **19,655**                          with interest thereon according to the terms of a promissory note or notes of even date herewith made by Trustor, payable to order of Beneficiary, and extensions or renewals thereof, (2) the performance of each agreement of Trustor incorporated by reference or contained herein and (3) payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A, and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the fictitious deed of trust recorded in Orange County August 17, 1964, and in all other counties August 18, 1964, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen · | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 5039 | 124 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | SERIES 5 Book 1964, Page 149774 | | | | |

shall inure to and bind the parties hereto, with respect to the property above described.   Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties, and printed on pages 3 and 4 hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge therefor does not exceed the maximum allowed by law.

# EXHIBIT 6

Page 1 of 4

The undersigned Trustor, requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address hereinbefore set forth.

Dated  06/22/2016

Trustor   **Cesar Betancourt**

STATE OF CALIFORNIA

COUNTY OF  **Tulare**

Trustor

On  06/22/2016                           before me,

**Cathy Meredith**

personally appeared

**Cesar Betancourt**

Trustor

who proved to me on the basis of satisfactory evidence to be the

person(s) whose name(s) is/are subscribed to the within

instrument and acknowledged to me that he/she/they executed     Trustor

the same in his/her/their authorized capacity(ies), and that by

his/her/their signature(s) on the instrument the person(s), or the

entity upon behalf of which the person(s) acted, executed the

instrument.

I certify under the PENALTY OF PERJURY under the laws of the

State of California that the foregoing paragraph is true and

correct.

WITNESS my hand and official seal.

_____ (Notary seal)
Signature

CATHY MEREDITH
COMM. # 1986093
Notary Public-California
County of Monterey
My Comm. Exp. Aug 21, 2016



*"Celebrate life through health, community and family"*

ALTURA
CENTERS FOR HEALTH
a california *health* center

August 22, 2016

**Administration**
1201 N Cherry Street
Tulare, CA 93274

**Information Technology**
1249 N Cherry Street
Tulare, CA 93274

**Main Clinic**
1101 N Cherry Street
Tulare, CA 93274

**Multi Services**
1203 N Cherry Street
Tulare, CA 93274

**Pediatrics**
1186 E Leland
Tulare, CA 93274

**South Tulare**
3035 E Bardsley Avenue
Tulare, CA 93274

**West Tulare**
1500 W Tulare Drive
Tulare, CA 93274

**Woodville**
16686 Road 168
Woodville, CA 93257

Re: Cesar Betancourt

To whom it may concern:

This letter is to verify that Cesar Betancourt was contracted by Altura Center for Health on the date of June 22nd, 2016 form 7:30am to 12:30pm. Every Wednesday Cesar is at our local Swapmeet, education and distrusting information to our community.

Please don't hesitate to reach out to me if you should need more information.

Sincerely,

Erica Cubas, CHPC, CLEC
Community Development Director/
Corporate and HIPAA Compliance Officer
ALTURA Centers for Health
1201 No. Cherry St.
Tulare, Ca. 93274
Phone:(559) 685-4634
ecubas@altura.org

Phone: 559.686.9097
Web page:
http://www.altura.org

RECORDING REQUESTED BY

Cesar Betancourt

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE
SHOWN BELOW, MAIL TAX STATEMENT TO:

Name        Cesar Betancourt
Street      1771 York Mountain Court
Address     Tulare Ca 93274
City &
State
Zip

Title Order No. _____  _____ Escrow No. _____

T 355 Legal (2-94)

**2006-0123922**

| Recorded | REC FEE | 9.00 |
| Official Records | | |
| County of | | |
| Tulare | | |
| GREGORY B. HARDCASTLE | | |
| Clerk Recorder | | |
| | SM | |
| 08:00AM 01-Dec-2006 | Page 1 of 1 | |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Grant Deed

THE UNDERSIGNED GRANTOR(s) DECLARE(s)    Spousal Addition
DOCUMENTARY TRANSFER TAX IS $ _____
☐ _____ unincorporated area  ☐  City of _____
Parcel No. ▮▮▮▮▮▮▮
☐ computed on full value of interest or property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at time of sale, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Cesar A. Betancourt, a single man

hereby GRANT(S) to   Cesar A. Betancourt and Deirdre Del Consuelo Betancourt,
husband and wife, as joint tenants

the following described real property in the    City of Tulare
county of    Tulare    , state of California:    Lot 40 of Bella Vista No. 1, in the
City of Tulare, County of Tulare, State of California, according to the map thereof,
recorded April 28, 2004, in Book 40, Page 66 of Maps, Tulare County Records.

Excepting therefrom 1/2 of all oil, gas and other hydrocarbon substances and all
minerals, whether metallic or non-metallic, in, under or on said land or any part or
parts thereof, or which may be produced, extracted or removed therefrom together with
incidental rights, as excepted and reserved by Petri Wine Company, a Corporation,
in Deed Dated March 4, 1950, recorded May 25, 1950 in Book 1448, Page 218, of
Official Records.

Dated  September 27, 2006

_____
CESAR A. BETANCOURT

STATE OF CALIFORNIA
COUNTY OF  TULARE                } S.S.
On  October 25, 2006  _____ before me,
   Maria G. Mendoza
a Notary Public in and for said County and State, personally appeared
   Cesar A. Betancourt

personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf
of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature _____

(This area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

Name _____    Street Address _____    City & State _____

EXHIBIT 6

## UNITED STATES BANKRUPTCY COURT
Eastern District of California

## NOTICE OF BANKRUPTCY CASE FILING

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the
United States Bankruptcy Code, entered on 06/23/2016 at 11:45 AM and **filed on 06/23/2016.**

**Debtor Name(s) and Address(es):**

Serena Deliah Cruz
819 Taggert Ct
Modesto, CA 95351
SSN / ITIN:

**The bankruptcy trustee is:**
**Irma Edmonds**
PO Box 3608
Pinedale, CA 93650
(559) 221-2233

The case was assigned case number **16-90558** to Judge Ronald H. Sargis.

In most instances, the filing of the bankruptcy case automatically stays certain collection and
other actions against the debtor and the debtor's property. Under certain circumstances, the
stay may be limited to 30 days or not exist at all, although the debtor can request the court to
extend or impose a stay. If you attempt to collect a debt or take other action in violation of the
Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this
case.

If you would like to view the bankruptcy petition and other documents filed by the debtor,
they are available via PACER which can be accessed from our *Internet* home page
www.caeb.uscourts.gov or at the Clerk's Office, 1200 I Street, Suite 4, Modesto, CA 95354.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court
setting forth important deadlines.



**Wayne Blackwelder, Clerk,**
**U.S. Bankruptcy Court**
**Eastern District of California**

https://ecf.caeb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?585727                    6/24/2016

91
EXHIBIT 6

06/24/2016    13:19 PDT        TO:16195683596    FROM:8445755488        Page:    6

20160621_152005.jpg  Case 1:16-cv-01855-AWI-SKO    Document 10  Filed 07/13/17  Page 194 of 242  ...



## QUALITY
### LOAN SERVICE CORP.

411 Ivy Street • San Diego, CA 92101 • (866) 645-7711

May 31, 2016

CESAR A. BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274
        Original Borrower

DEIRDRE DEL CONSUELO BETANCOURT
1771 YORK MOUNTAIN CT
TULARE, CA 93274
        Current Owner

RE:    Notice of Postponement of Trustee's Sale
       Trustee's Sale No.:  [ Trustee Sale Number ]
       Property Address:   1771 YORK MOUNTAIN CT , TULARE, CA 93274


You are hereby notified that the above-referenced Trustee's Sale has been postponed to **6/24/2016** at **2:00 PM** at the location specified in the original Notice of Trustee's Sale.

It is important that you monitor all sale activity and attend the sale to protect your interest. The sale may be conducted without further notification.

You can obtain information about postponements of the Trustee's Sale listed above by calling 916-939-0772 or visiting http://www.qualityloan.com, using the file number assigned to this foreclosure by the Trustee; CA-11-427980-CL and by accepting the terms and conditions for use of these resources.  You should personally attend the sale to verify current status.

**UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE WITHOUT FURTHER NOTICE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY CASE, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT A DEBT AS YOUR PERSONAL OBLIGATION.**

                                                        Quality Loan Service Corporation

92

EXHIBIT 6

of 1                                                                           6/21/2016 3:44 PM

# PLEASE TAKE NOTICE

## 1.  RE: BANKRUPTCY AUTOMATIC STAY

AN AUTOMATIC STAY IS CREATED UPON THE FILING OF
THE CASE.  11 U.S.C. 362 (A).  ANY ACTION (PURSUANT TO
TITLE 11 USC 362) IN VIOLATION OF THE AUTOMATIC STAY
IS VOID AB INITIO. SCHWARTZ V. UNITED STATES (IN RE
SCHWARTZ) 954 F.2D 569,571 (9TH CIRC. 1992). This is true
even if the case is later dismissed as a bad faith filing.
40235 WASHINGTON ST. CORP V. LUSARDI, 329 F.3D 1076,
1080 (9TH CIRC. 2003), CERT. DENIED, 540 U.S. 983, 124 S.
CT 469, 157 L.ED.2D 374 (2003).

Thus, since all the action at issue occurred while the stay
was in effect and occurred without benefit from relief of
stay, all actions are void.


## 2. RE: UNRECORDED INSTRUMENTS "CA CIVIL CODE
  SECTION 1217"

An unrecorded instrument is valid as between the parties
thereto and those who have notice thereof.

EXHIBIT 6



# 1:12-bk-10143 | CESAR A. BETANCOURT

MEANSNO, DISCHARGED, CLOSED

## U.S. Bankruptcy Court
## Eastern District of California (Fresno)
## Bankruptcy Petition #: 12-10143

|  |  |
|---|---|
| | *Date filed:* 01/08/2012 |
| *Assigned to:* Hon. Fredrick E. Clement | |
| Chapter 7 | *Date terminated:* 05/04/2012 |
| Voluntary | *Debtor discharged:* 05/03/2012 |
| No asset | |
| *Debtor disposition:* Standard Discharge | *341 meeting:* 03/01/2012 |
| | *Deadline for objecting to discharge:* 04/16/2012 |
| | *Deadline for financial mgmt. course:* 04/02/2012 |

**Debtor**                                        represented by   **J. M. Irigoyen**
**CESAR A. BETANCOURT**                                           2131 Amador Street
1771 York Mountain Court                                          Fresno, CA 93721
Tulare, CA 93274                                                  559-233-3333
TULARE-CA
SSN / ITIN: ▊▊▊▊▊

**Trustee**
**Robert A. Hawkins**
1849 N Helm #110
Fresno, CA 93727
559-255-0555

**U.S. Trustee**
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2012 | 35 | |

94

EXHIBIT 7



# 1:13-bk-15114 | Cesar Betancourt

CLOSED

## U.S. Bankruptcy Court
## Eastern District of California (Fresno)
## Bankruptcy Petition #: 13-15114

| | |
|---|---|
| | Date filed:   07/26/2013 |
| Assigned to: Hon. Fredrick E. Clement | |
| Chapter 13 | Date terminated:   10/09/2013 |
| Voluntary | |
| Asset | Debtor dismissed:   08/13/2013 |
| Debtor disposition:  Dismissed for Failure to File | |
| Information | |

**Debtor**                                                                represented by    **Randy J. Risner**

**Cesar Betancourt**                                                                           2488 Historic Decatur Road, Ste
1771 York Mountain Ct.                                                                         200
Tulare, CA 93274                                                                               San Diego, CA 92106
TULARE-CA                                                                                      619-232-3122
SSN / ITIN: █████

**Trustee**
**Michael H. Meyer**
PO Box 28950
Fresno, CA 93729-8950
(559) 275-9512

**U.S. Trustee**
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2015 | | Change of Address Submitted for Attorney Randy Risner by e-Filing User Account Maintenance Utility. Address changed from: 1505 N. Wishon Ave. , Fresno CA 93728 to: 2488 Historic Decatur Road, Ste 200 , San Diego CA 92106. (Entered: 12/15/2015) |

# 1:13-bk-15810 | Cesar Betancourt

CLOSED

## U.S. Bankruptcy Court
## Eastern District of California (Fresno)
## Bankruptcy Petition #: 13-15810

| | |
|---|---|
| *Date filed:* | 08/29/2013 |

*Assigned to:* Hon. W. Richard Lee

Chapter 13

Voluntary

Asset

*Debtor disposition:* Dismissed for Failure to File
Information

| | |
|---|---|
| *Date terminated:* | 11/08/2013 |
| *Debtor dismissed:* | 09/16/2013 |
| *341 meeting:* | 10/08/2013 |

---

**Debtor**                                   represented by   **Randy J. Risner**

**Cesar Betancourt**                                          2488 Historic Decatur Road, Ste
1771 York Mountain Ct.                                        200
Tulare, CA 93274                                              San Diego, CA 92106
TULARE-CA                                                     619-232-3122
SSN / ITIN: 

**Trustee**
**Michael H. Meyer**
PO Box 28950
Fresno, CA 93729-8950
(559) 275-9512

**U.S. Trustee**
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

---

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2015 | | Change of Address Submitted for Attorney Randy Risner by e-Filing User Account Maintenance Utility. Address changed from: 1505 N. Wishon Ave. , Fresno CA 93728 to: 2488 Historic Decatur Road, Ste 200 , San Diego CA 92106. (Entered: 12/15/2015) |

96
EXHIBIT 7



# 1:13-bk-17358 | Cesar Betancourt

CLOSED

## U.S. Bankruptcy Court
### Eastern District of California (Fresno)
### Bankruptcy Petition #: 13-17358

| | |
|---|---|
| Date filed: | 11/18/2013 |
| Date terminated: | 02/11/2014 |
| Debtor dismissed: | 12/06/2013 |

*Assigned to:* Hon. W. Richard Lee
Chapter 13
Voluntary
Asset
*Debtor disposition:* Dismissed for Failure to File Information

**Debtor**
**Cesar Betancourt**
1771 York Mountain Ct.
Tulare, CA 93274
TULARE-CA
SSN / ITIN: ████

represented by     **Randy J. Risner**
2488 Historic Decatur Road, Ste 200
San Diego, CA 92106
619-232-3122

**Trustee**
**Michael H. Meyer**
PO Box 28950
Fresno, CA 93729-8950
(559) 275-9512

**U.S. Trustee**
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2015 | | Change of Address Submitted for Attorney Randy Risner by e-Filing User Account Maintenance Utility. Address changed from: 1505 N. Wishon Ave. , Fresno CA 93728 to: 2488 Historic Decatur Road, Ste 200 , San Diego CA 92106. (Entered: 12/15/2015) |

<div align="center">

97
EXHIBIT 7

</div>

# 1:14-bk-13772 | Cesar A. Betancourt

CLOSED

## U.S. Bankruptcy Court
## Eastern District of California (Fresno)
## Bankruptcy Petition #: 14-13772

|  |  |
|---|---|
| *Assigned to:* Hon. Fredrick E. Clement | *Date filed:* 07/29/2014 |
| Chapter 13 | *Date terminated:* 10/10/2014 |
| Voluntary | *Debtor dismissed:* 08/18/2014 |
| Asset | *341 meeting:* 09/02/2014 |

*Debtor disposition:* Dismissed for Failure to File Information

| **Debtor** | represented by | **Cesar A. Betancourt** |
|---|---|---|
| **Cesar A. Betancourt** | | PRO SE |
| 1771 York Mountain Ct | | |
| Tulare, CA 93274 | | |
| TULARE-CA | | |
| ▮▮▮▮▮▮ | | |
| SSN / ITIN: ▮▮▮▮ | | |

**Trustee**
**Michael H. Meyer**
PO Box 28950
Fresno, CA 93729-8950
(559) 275-9512

**U.S. Trustee**
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2014 | 20 | Order Closing Case where Case has been Dismissed (mgrs) (Entered: 10/10/2014) |

EXHIBIT 7



# 1:14-bk-13781 | Deirdre Martinez

∧

CLOSED

## U.S. Bankruptcy Court
## Eastern District of California (Fresno)
## Bankruptcy Petition #: 14-13781

|  |  |
|---|---|
| *Date filed:* | 07/29/2014 |

*Assigned to:* Hon. W. Richard Lee

Chapter 7

Voluntary

No asset

*Debtor disposition:* Dismissed for Failure to File
Information

|  |  |
|---|---|
| *Date terminated:* | 08/29/2014 |
| *Debtor dismissed:* | 08/11/2014 |
| *341 meeting:* | 08/21/2014 |
| *Deadline for objecting to discharge:* | 10/20/2014 |
| *Deadline for financial mgmt. course:* | 10/06/2014 |

| *Debtor* | | represented by | **Deirdre Martinez** |
|---|---|---|---|
| **Deirdre Martinez** | | | PRO SE |
| 1771 York Mountain Ct | | | |
| Tulare, CA 93274 | | | |
| TULARE-CA | | | |
| SSN / ITIN: ▮▮▮▮▮ | | | |

*Trustee*
**James Edward Salven**
PO Box 25970
Fresno, CA 93729
559-230-1095

*U.S. Trustee*
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

∨

## 99
## EXHIBIT 7

# 1:14-bk-15531 | Deirdre Del Consuelo Betancourt

CLOSED

## U.S. Bankruptcy Court
## Eastern District of California (Fresno)
## Bankruptcy Petition #: 14-15531

| | | |
|---|---|---|
| | Date filed: | 11/14/2014 |
| Assigned to: Hon. W. Richard Lee | | |
| Chapter 7 | Date terminated: | 12/22/2014 |
| Voluntary | | |
| No asset | Debtor dismissed: | 12/02/2014 |
| Debtor disposition:  Dismissed for Failure to File | ← | |
| Information | 341 meeting: | 12/22/2014 |
| | Deadline for objecting to discharge: | 02/20/2015 |
| | Deadline for financial mgmt. course: | 02/05/2015 |

| | |
|---|---|
| **Debtor** | represented by   **Deirdre Del Consuelo** |
| **Deirdre Del Consuelo** | **Betancourt** |
| **Betancourt** | PRO SE |
| 1771 York Mountain Ct | |
| Tulare, CA 93274 | |
| TULARE-CA | |
| ▮▮▮▮▮ | |
| SSN / ITIN: ▮▮▮▮▮ | |
| *aka* **Deirdre del Consuelo** | |
| **Martinez** | |

**Trustee**
**Trudi Manfredo**
377 W. Fallbrook Ave., Suite 102
Fresno, CA 93711
(559) 242-5577

**U.S. Trustee**
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

# 100
# EXHIBIT 7

# 1:16-bk-10932 | Deirdre Del Consuelo Betancourt

CLOSED

## U.S. Bankruptcy Court
## Eastern District of California (Fresno)
## Bankruptcy Petition #: 16-10932

|  |  |
|---|---|
| *Assigned to:* Hon. Rene Lastreto II | *Date filed:*  03/23/2016 |
| Chapter 7 | *Date terminated:*  04/29/2016 |
| Voluntary | |
| No asset | *Debtor dismissed:*  04/11/2016 |
| *Debtor disposition:* Dismissed for Failure to File | *341 meeting:*  04/18/2016 |
| Information | *Deadline for objecting to discharge:*  06/17/2016 |
| | *Deadline for financial mgmt. course:*  06/02/2016 |

**Debtor**                                                     represented by    **Deirdre Del Consuelo**
**Deirdre Del Consuelo**                                                         **Betancourt**
**Betancourt**                                                                   PRO SE
1771 York Mountain Ct
Tulare, CA 93274
TULARE-CA

Tax ID / EIN: ▓▓▓▓▓▓
*aka* Deirdre Del Consuelo
Martinez


**Trustee**
**Peter L. Fear**
PO Box 28490
Fresno, CA 93729
559-464-5295


**U.S. Trustee**
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

101
EXHIBIT 7

this page intentionally left blank

McCarthy ♦ Holthus
1770 Fourth Avenue
San Diego, CA 92101



CA-16-127327
Cesar A. Betancourt
1771 York Mountain Court
Tulare, CA 93274

15374116

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES



| | | | |
|---|---|---|---|
| **Case Title :** | Serena Deliah Cruz | **Case No :** | 16–90558 – E – 7 |
| | | **Date :** | 08/25/2016 |
| | | **Time :** | 10:00 |

| | |
|---|---|
| **Matter :** | [19] – Motion for Relief from Automatic Stay [JCW–1] Filed by Creditor Wells Fargo Bank, N.A. (Fee Paid $176) (eFilingID: 5848585) (smis)<br>[19] – Motion/Application for Adequate Protection [JCW–1] Filed by Creditor Wells Fargo Bank, N.A. (smis) |

| | | | |
|---|---|---|---|
| **Judge :** | Ronald H. Sargis | **Courtroom Deputy :** | Cecilia Jimenez |
| **Department :** | E | **Reporter :** | Laura Fowler |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
    Debtor – Serena Deliah Cruz
    Borrower – Cesar Betancourt

MOTION was :
Granted
See Findings of fact and conclusions of law below

The court will issue a minute order.

Local Rule 9014–1(f)(1) Motion – No Opposition Filed.

Correct Notice Provided. The Proof of Service states that the Motion and supporting pleadings were served on Debtor (pro se), Chapter 7 Trustee, and Office of the United States Trustee on July 27, 2016. By the court's calculation, 29 days' notice was provided. 28 days' notice is required.

The Motion for Relief from the Automatic Stay has been set for hearing on the notice required by Local Bankruptcy Rule 9014–1(f)(1). The failure of the respondent and other parties in interest to file written opposition at least 14 days prior to the hearing as required by Local Bankruptcy Rule 9014–1(f)(1)(ii) is considered to be the equivalent of a statement of nonopposition. Cf. Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Further, because the court will not materially alter the relief requested by the moving party, an actual hearing is unnecessary. See Law Offices of David A. Boone v. Derham–Burk (In re Eliapo), 468 F.3d 592, 602 (9th Cir. 2006). Therefore, the defaults of the non–responding parties are entered. Upon review of the record there are no disputed material factual issues and the matter will be resolved without oral argument. The court will issue its ruling from the parties' pleadings.

The Motion for Relief from the Automatic Stay is granted.

Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust–NC1, Mortgage Pass–Through Certificates, Series 2006–NC1 ("Creditor") seeks relief from the automatic stay with respect to the real property commonly known as 1771 York Mountain Court, Tulare, California (the "Property"). Creditor moves for relief pursuant to 11 U.S.C. § 632(d)(1) and (4). The moving party has provided the Declaration of Crystal Massey to introduce evidence to authenticate the documents upon which it bases the claim and

the obligation owed by Serena Cruz ("Debtor").

The Crystal Massey Declaration states that the Creditor received a copy of a Grant Deed, which shows that on or around December 1, 2006, the Original Borrower transferred all interest to Cesar A. Betancourt and Deirdre Del Consuelo Betancourt as joint tenants without the knowledge or consent of the Movant in violation of the terms of the Deed of Trust the Original Borrower signed.

Creditor also received a copy of a Deed of Trust with Assignment of Rents which shows that on or around June 22, 2016, Cesar Betancourt transferred an alleged interest in the Property to Debtor without the knowledge or consent of the Creditor in violation of the terms of the Deed of Trust the Original Borrower signed.

The Motion asserts that Debtor has filed multiple bankruptcies as part of a scheme to delay, hinder, and defraud creditors and has transferred partial interest in the Property without permission as a means to further delay the Movant from exercising its rights.

Prospective Relief From Automatic Stay

11 U.S.C. § 362(d)(4) allows the court to grant relief from the stay where the court finds that the petition was filed as a part of a scheme to delay, hinder, or defraud creditors that involved either (I) transfer of all or part ownership or interest in the property without consent of the secured creditors or court approval or (ii) multiple bankruptcy cases affecting the property. 3 Collier on Bankruptcy 362.07 (Alan n. Resnick & Henry H. Sommer eds. 16th ed.).

Certain patterns and conduct that have been characterized as bad faith include the presence of recent transfers of assets, inability of filing debtors to reorganize, and unnecessary delays due to serial filings. Id. The Court takes notice of a pattern regarding the Property that involves several recent transfers of assets and serial filings.

On September 9, 2005, Cesar A. Betancourt entered into an agreement with Movant for $429,300.00, which is secured by the Deed of Trust on the Property.

On December 1, 2006, Cesar A. Betancourt transferred all interest to Cesar A. Betancourt and Deirdre Del Consuelo Betancourt, husband and wife, as joint tenants (100%) without knowledge or consent of the Movant.

Between 2012 and 2016, Cesar A. Betancourt and Deirdre Del Consuelo Betancourt have filed eight (8) bankruptcy cases that affect Creditor's interest in the Property. Those cases are:

A.Cesar A. Betancourt

1.Case No. 12–10143
a.Filed: January 8, 2012
b.Type: Chapter 7
c.Discharge Entered: May 3, 2012. Case No. 12–10143, Dckt. 32.


2.Case No. 13–15114
a.Filed: July 26, 2013
b.Type: Chapter 13
c.Date of Dismissal: August 13, 2013
d.Reason for Dismissal: Failure to timely file documents. Case No. 13–15114, Dckt. 11.

3.Case No. 13–15810
a.Filed: August 29, 2013
b.Type: Chapter 13
c.Date of Dismissal: September 16, 2013
d.Reason for Dismissal: Failure to timely file documents. Case No. 13–15810, Dckt. 12.

4.Case No. 13–17358
a.Filed: November 18, 2013
b.Type: Chapter 13
c.Date of Dismissal: December 6, 2013
d.Reason for Dismissal: Failure to timely file documents. Case No. 13–17358, Dckt. 12.

5.Case No. 14–13772
a.Filed: July 29, 2014
b.Type: Chapter 13
c.Date of Dismissal: August 18, 2014
d.Reason for Dismissal: Failure to timely file documents. Case No. 14–13772, Dckt. 12.

B.Deirdre Del Conseulo Betancourt

1.Case No. 14–13781
a.Filed: July 29, 2014
b.Type: Chapter 7
c.Party: Filed as Deirdre Martinez
d.Date of Dismissal: August 11, 2014
e.Reason for Dismissal: Failure to timely file documents. Case No. 14–13781, Dckt. 13.

2.Case No. 14–15531
a.Filed: November 14, 2014
b.Type: Chapter 7
c.Party: Filed as Deirdre Del Conseulo Betancourt
d.Date of Dismissal: December 2, 2014
e.Reason for Dismissal: Failure to timely file documents. Case No. 14–15531, Dckt. 15.

3.Case No. 16–10932
a.Filed: March 23, 2016
b.Type: Chapter 7
c.Party: Filed as Deirdre Del Consuelo Betancourt
d.Date of Dismissal: April 11, 2016
e.Reason for Dismissal: Failure to timely file documents. Case No. 16–10932, Dckt. 16.

On June 22, 2016, Cesar A. Betancourt allegedly obtained a junior lien in the amount of $19,655.00 on the property wherein Debtor is the named beneficiary under the Deed of Truest and Assignment of Rents without the knowledge or consent of the Movant.

On June 23, 2016, Debtor filed the instant bankruptcy case. On Schedule A/B Debtor states under penalty of perjury that she has no interests in any real property. Dckt. 1 at 10.

Debtor has not tried to claim an interest in the Property. Dckt. 1. Upon filing the instant bankruptcy case, Debtor did not appear to have knowledge of being named beneficiary in the Deed of Trust that Cesar Betancourt obtained on June 22, 2016. That plus knowledge that Cesar Betancourt and Deirdre Del Consuelo Betancourt have filed multiple bankruptcies involving the Property indicates that a more nefarious scheme is present.

The court finds that proper grounds exist for issuing an order pursuant to 11 U.S.C. § 362(d)(4). Movant has provided sufficient evidence concerning a series of bankruptcy cases being filed with respect to the subject property. While the "unauthorized" transfer of interest in the subject property from the husband to the husband and wife does not cause the court great concern, the filing of serial, nonproductive bankruptcy cases is a problem for this Cesar and Deirdre Betancourt, as well as the purported deed of trust having been given by Cesar Betancourt to Debtor. Debtor does not list any such obligation owed by Cesar Betancourt to her when completing Schedule A/B under penalty of perjury. Dckt. 1.

Movant has provided the court with evidence that Cesar Betancourt and Deirdre Betancourt have engaged in a scheme to hinder, defraud, and delay creditors through the multiple filing of bankruptcy cases. In addition, the scheme now includes the purported transfer of an interest in the property to this Debtor by the Deed of Trust.

The court shall issue an order terminating and vacating the automatic stay to allow Movant, and its agents, representatives, and successors, and all other creditors having lien rights against the Property, to conduct a nonjudicial foreclosure sale pursuant to applicable nonbankruptcy law and their contractual rights, and for any purchaser, or successor to a purchaser, at the nonjudicial foreclosure sale to obtain possession of the Property. The court also grants relief pursuant to 11 U.S.C. § 362(d)(4).

The moving party has alleged adequate facts and presented sufficient evidence to support the court waiving the 14–day stay of enforcement required under Rule 4001(a)(3) and this part of the requested relief is granted.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

| | | | |
|---|---|---|---|
| **Case Title :** | Serena Deliah Cruz | **Case No :** | 16–90558 – E – 7 |
| | | **Date :** | 08/25/2016 |
| | | **Time :** | 10:00 |

| | |
|---|---|
| **Matter :** | [19] – Motion for Relief from Automatic Stay [JCW–1] Filed by Creditor Wells Fargo Bank, N.A. (Fee Paid $176) (eFilingID: 5848585) (smis)
[19] – Motion/Application for Adequate Protection [JCW–1] Filed by Creditor Wells Fargo Bank, N.A. (smis) |

| | | | |
|---|---|---|---|
| **Judge :** | Ronald H. Sargis | **Courtroom Deputy :** | Cecilia Jimenez |
| **Department :** | E | **Reporter :** | Laura Fowler |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
      Debtor – Serena Deliah Cruz
      Borrower – Cesar Betancourt

CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust–NC1, Mortgage Pass–Through Certificates, Series 2006–NC1 ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the automatic stay provisions of 11 U.S.C. § 362(a) are immediately vacated to allow Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust–NC1, Mortgage Pass–Through Certificates, Series 2006–NC1, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed which is recorded against the property to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale obtain possession of the real property commonly known as 14321 Riverton Circle, Westminster, California.

IT IS FURTHER ORDERED that relief is granted pursuant to 11 U.S.C. § 362(d)(4) with this order granting relief from the stay, if recorded in compliance with applicable state laws governing notices of interests or liens in real property, shall be binding in any other case under this title purporting to affect such real property filed not later than two years after the date of the entry of such order by the court, except as ordered by the court in any subsequent case filed during that period.

Dated: August 29, 2016         By the Court

                            Ronald H. Sargis, Judge
                            United States Bankruptcy Court

IT IS FURTHER ORDERED that the fourteen (14) day stay of enforcement provided in Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, is waived for cause.

No other or additional relief is granted.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER
## AMENDED

| **Case Title :** | Serena Deliah Cruz | **Case No :** 16–90558 – E – 7 |
| | | **Date :** 8/25/16 |
| | | **Time :** 10:00 |

| **Matter :** | [19] – Motion for Relief from Automatic Stay [JCW–1] Filed by Creditor Wells Fargo Bank, N.A. (Fee Paid $176) (eFilingID: 5848585) (smis) [19] – Motion/Application for Adequate Protection [JCW–1] Filed by Creditor Wells Fargo Bank, N.A. (smis) |

| **Judge :** | Ronald H. Sargis | **Courtroom Deputy :** Cecilia Jimenez |
| **Department :** | E | **Reporter :** Laura Fowler |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
Debtor – Serena Deliah Cruz
Borrower – Cesar Betancourt

### AMENDED CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust–NC1, Mortgage Pass–Through Certificates, Series 2006–NC1 ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the automatic stay provisions of 11 U.S.C. § 362(a) are immediately vacated to allow Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust–NC1, Mortgage Pass–Through Certificates, Series 2006–NC1, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed which is recorded against the property to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale obtain possession of the real property commonly known as 1771 York Mountain Court, Tulare, California.

This Amended Order is issued pursuant to Federal Rule of Civil Procedure 60(a) and Federal Rule of Bankruptcy Procedure 9024 to correct a clerical error in the prior order of this court, Dckt. 32, in the address of the property which is the subject of this Order. This order replaces in its entirety the prior order (Dckt. 32) of this court.

//
//
//
//

053316800|

IT IS FURTHER ORDERED that relief is granted pursuant to 11 U.S.C. § 362(d)(4) with this order granting relief from the stay, if recorded in compliance with applicable state laws governing notices of interests or liens in real property, shall be binding in any other case under this title purporting to affect such real property filed not later than two years after the date of the entry of such order by the court, except as ordered by the court in any subsequent case filed during that period.

IT IS FURTHER ORDERED that the fourteen (14) day stay of enforcement provided in Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, is waived for cause.

No other or additional relief is granted.

Dated: September 19, 2016

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

0533168001

**2**

JaVonne M. Phillips, Esq., SBN 187474
Jennifer C. Wong, Esq., SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800 Ext. 1557
Fax (619) 685-4810

Attorney for:
Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank
National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1,
Mortgage Pass-Through Certificates, Series 2006-NC1

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re: | ) Case No. 16-90558 |
| | ) |
| Serena Deliah Cruz, | ) DC No.: JCW-1 |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| _____ | ) |
| Wells Fargo Bank, N.A. dba America's | ) |
| Servicing Company as servicing agent | ) **NOTICE OF MOTION FOR** |
| for U.S. Bank National Association, as | ) **RELIEF FROM AUTOMATIC** |
| Trustee for MASTR Asset Backed | ) **STAY** |
| Securities Trust 2006-NC1, Mortgage | ) |
| Pass-Through Certificates, Series 2006- | ) |
| NC1, | ) Date: 08/25/2016 |
| | ) Time: 10:00AM |
| Secured Creditor, | ) Ctrm: Suite 4 |
| v. | ) Place: 1200 I Street, Suite 4 |
| | ) Modesto, CA |
| Serena Deliah Cruz, Debtor; and Irma | ) |
| Edmonds, Chapter 7 Trustee, | ) Judge: Ronald H. Sargis |
| | ) |
| Respondents. | ) |
| _____ | ) |

1

TO:   Debtor, Serena Deliah Cruz; Chapter 7 Trustee, Irma Edmonds;   and Other Interested Parties:

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 1200 I Street, Suite 4, Modesto, California, Movant herein will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the Motion For Relief From the Automatic Stay.

Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion. The written response must be served upon following parties:

COUNSEL FOR MOVANT
Jennifer C. Wong, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

TRUSTEE
Irma Edmonds
PO Box 3608
Pinedale, CA 93650

DEBTOR
Serena Deliah Cruz
819 Taggert Ct
Modesto, CA 95351

Dated: July 27, 2016                          McCarthy & Holthus, LLP


By: /s/ Jennifer C. Wong
    Jennifer C. Wong, Esq.
    Attorney for Secured Creditor

File No. CA-16-127327/ Case No.  16-90558
Notice of Motion for Relief from Automatic Stay

101

1 | JaVonne M. Phillips, Esq., SBN 187474
Jennifer C. Wong, Esq., SBN 246725
2 | **McCarthy & Holthus, LLP**
1770 Fourth Avenue
3 | San Diego, CA 92101
Phone (619) 685-4800 Ext. 1557
4 | Fax (619) 685-4810

5 | Attorney for:
Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank
6 | National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1,
7 | Mortgage Pass-Through Certificates, Series 2006-NC1

8
9 | UNITED STATES BANKRUPTCY COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 | MODESTO DIVISION

12 | In re: ) Case No. 16-90558
13 | )
14 | Serena Deliah Cruz, ) DC No.: JCW-1
)
15 | Debtor. ) Chapter 7
16 | _____ )
17 | Wells Fargo Bank, N.A. dba America's )
Servicing Company as servicing agent ) **DECLARATION IN SUPPORT OF**
18 | for U.S. Bank National Association, as ) **MOTION FOR RELIEF FROM**
Trustee for MASTR Asset Backed ) **STAY**
19 | Securities Trust 2006-NC1, Mortgage )
20 | Pass-Through Certificates, Series 2006- )
21 | NC1, )
) Date: 08/25/2016
22 | Secured Creditor, ) Time: 10:00AM
23 | v. ) Ctrm: Suite 4
) Place: 1200 I Street, Suite 4
24 | Serena Deliah Cruz, Debtor; and Irma ) Modesto, CA
25 | Edmonds, Chapter 7 Trustee, )
26 | ) Judge: Ronald H. Sargis
Respondents. )
27 | )
28 | _____ )
29

I, <u>Crystal M. Massey</u>, declare and state as follows:

1.   I am over the age of eighteen years and not a party to this action. The facts set forth below are known to me personally and I have first-hand knowledge of them. If called as a witness, I could and would, testify competently, under oath to such facts.

2.   I am a/an <u>Vice President Loan Documentation</u> for Wells Fargo Bank, N.A. D/B/A America's Servicing Company, as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1, "Secured Creditor" herein, and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor herein, and the subject Bankruptcy case.

3.   I am familiar with the manner and procedure by which the records of Wells Fargo Bank, N.A. D/B/A America's Servicing Company are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Wells Fargo Bank, N.A. D/B/A America's Servicing Company in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. It is my business practice to maintain these records in the regular course of business.

4.   Wells Fargo Bank, N.A. D/B/A America's Servicing Company receives compensation for its servicing of the loan under the terms of a written servicing agreement with U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1 and has been responsible for the handling of all matters relative to the underlying loan prior to the filing of the within motion, including but not limited to processing of all payments received, crediting of received payments, adding all proper charges to the loan, confirming the maintenance of hazard insurance and property taxes, property preservation where appropriate, communicating with and responding to the borrower on all matters relative to the loan, and the commencement of non-judicial foreclosure proceedings when appropriate. All activities on the loan advanced by Wells Fargo Bank, N.A. D/B/A America's Servicing Company were advanced in accordance with the terms

of the Note and Deed of Trust. Wells Fargo Bank, N.A. D/B/A America's Servicing Company's compensation for its servicing of the loan is reduced by Debtor's nonpayment on the loan, resulting in injury to Wells Fargo Bank, N.A. D/B/A America's Servicing Company.

5. The subject real property securing the Deed of Trust loan is commonly known as 1771 York Mountain Court, Tulare, CA 93274 and legally described as set forth in **Exhibit "1"**.

6. A true and correct copy of the Assignment transferring the Deed of Trust to U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1 is attached hereto as **Exhibit "2"**.

7. Furthermore, as the servicing agent for Secured Creditor, Wells Fargo Bank, N.A. D/B/A America's Servicing Company is the holder and in possession of the original Promissory Note dated 09/28/2005 in the principal amount of $429,300.00 which is secured by the Deed of Trust of the same date. **See Exhibit "3"** which is a copy of the promissory note. Secured Creditor entered in to Loan Modification Agreements dated 12/05/2007 in the principal amount of $446,559.94, and 4/12/2010 in the principal amount of $500,487.48. See **Exhibit "4"**.

8. Wells Fargo Bank, N.A. D/B/A America's Servicing Company is entitled to enforce the note as the attorney in fact for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1. Please see **Exhibit "5"** which is a copy of the Power of Attorney agreement.

9. The Debtor filed this subject bankruptcy petition on 06/23/2016.

10. Secured Creditor received a copy of a Grant Deed which shows on or around December 1, 2006, Original Borrower transferred all interest to Cesar A. Betancourt and Deirdre Del Consuelo Betancourt, husband and wife, as joint tenants (100%) without the knowledge or consent of the Movant in violation of the terms of the Deed of Trust Original Borrower signed. A true and correct copy of the unauthorized Grant Deed is attached hereto as **Exhibit "6"** and incorporated herein by reference.

11. Secured Creditor received a copy of a Deed of Trust with Assignment of Rents (Short Form) which shows on or around June 22, 2016, Cesar Betancourt transferred an alleged interest in the property to Serena Deliah Cruz without the knowledge or consent of the

Movant in violation of the terms of the Deed of Trust Original Borrower signed. A true and correct copy of the unauthorized Deed of Trust with Assignment of Rents (Short Form) is attached hereto as **Exhibit "6"** and incorporated herein by reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>18th</u> day of <u>July, 2016</u> (Date) at <u>Ft. Mill</u> (City), South Carolina (State).

M DECLARATION SHEET

_(signature)_

Signature

<u>Name</u>: Crystal M. Massey
<u>Title</u>: Vice President Loan Documentation
<u>Company</u>: Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1

File No. CA-16-127327/ Case No.  16-90558
Declaration in Support of Motion for Relief from Stay

101

JaVonne M. Phillips, Esq., SBN 187474
Jennifer C. Wong, Esq., SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800 Ext. 1557
Fax (619) 685-4810

Attorney for:
Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank
National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1,
Mortgage Pass-Through Certificates, Series 2006-NC1

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### MODESTO DIVISION

| | |
|---|---|
| In re: | ) Case No. 16-90558 |
| | ) |
| Serena Deliah Cruz, | ) DC No.: JCW-1 |
| | ) |
| Debtor. | ) Chapter 7 |
| _____ | ) |
| Wells Fargo Bank, N.A. dba America's | ) |
| Servicing Company as servicing agent | ) **EXHIBITS 1 - 7 IN SUPPORT OF** |
| for U.S. Bank National Association, as | ) **MOTION FOR RELIEF FROM THE** |
| Trustee for MASTR Asset Backed | ) **AUTOMATIC STAY** |
| Securities Trust 2006-NC1, Mortgage | ) |
| Pass-Through Certificates, Series 2006- | ) |
| NC1, | ) |
| | ) Date: 08/25/2016 |
| Secured Creditor, | ) Time: 10:00AM |
| v. | ) Ctrm: Suite 4 |
| | ) Place: 1200 I Street, Suite 4 |
| Serena Deliah Cruz, Debtor; and Irma | ) Modesto, CA |
| Edmonds, Chapter 7 Trustee, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| _____ | ) |

1

2

**EXHIBITS 1 - 7 IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

1.      Exhibit "1" - Deed of Trust..........................................................Pages 3-23

2.      Exhibit "2" - Assignment ...........................................................Page   24

3.      Exhibit "3" - Note.......................................................................Pages 25-29

4.      Exhibit "4" - Loan Modification Agreement............................Pages 30-42

5.      Exhibit "5" - Limited Power of Attorney ..................................Pages 43-86

6.      Exhibit "6" - Grant Deed ...........................................................Pages 87-93

7.      Exhibit "7" - PACER Docket.......................................................Pages 94-101

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

# RELIEF FROM STAY SUMMARY SHEET
\* \* \*  INSTRUCTIONS ON FORM EDC 3-468-INST  \* \* \*
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.

DEBTOR: Serena Deliah Cruz_____   CASE NO. 16-90558

MOVANT: Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1

DC NO. JCW-1

HEARING DATE/TIME: 08/25/2016 at 10:00AM

RELIEF IS SOUGHT AS TO:

    ( X ) REAL PROPERTY      Assessor Parcel Number (APN): 149-300-030 _____

    (  ) PERSONAL PROPERTY    If applicable, Vehicle Identification Number (VIN): _____

    (  ) STATE COURT LITIGATION

1. Address OR description of property or state court action _____
     1771 York Mountain Court, Tulare, CA 93274

2. Movant's trust deed is a ( X ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
     OR
     Leased property is ( ) Residential ( ) Non-residential    Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed?    Movant's valuation of property: $0.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary:

| | | |
|---|---|---|
| _____ | $ _____ | |
| TOTAL ALL LIENS | $ _____ | |
| DEBTOR'S EQUITY | $ _____ | |

6. Monthly payment is $_____, of which _____ is for impound account. Monthly late charge is _____.

7. The last payment by debtor was applied to the payment due _____.

8. Number of payments past due and amount: (a) Pre-petition $(b) Post-petition $

9. Notice of Default was recorded on 04/29/2011____ . Notice of sale published on 12/10/2015____ .

10. If a chapter 13 case, in what class is this claim? _____

11. Grounds for seeking relief (check as applicable):

     (X) § 362(d)(1)      () § 362(d)(2)      ( ) § 362(d)(3)      (X) § 362(d)(4)

     (X) Cause    (X) Inadequate protection    () Lack of equity   ( ) Lack of insurance   (X) Bad faith

     ( ) Surrendered pursuant to Statement of Intention. ( ) Report of No Distribution has been filed.

     ( ) Other _____ .

12. For each ground checked in item 11, furnish a brief supporting statement below:
Pursuant to 11 U.S.C. § 362(d)(1) and d(4), there is cause to grant relief from stay due to the transfers of beneficial interest in the subject property to Debtors in bankruptcy. These transfers of interest to the Debtors to invoke the benefits of the automatic stay rise to the level of a scheme to delay, hinder, and defraud      creditors to delay foreclosure.

**INSTRUCTIONS**

TO EXPEDITE THE HANDLING OF MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY, THE INFORMATION SHEET ON THE REVERSE SHALL BE COMPLETED BY THE MOVING PARTY PURSUANT TO THE INSTRUCTIONS BELOW. *EXCEPT FOR UNUSUAL CIRCUMSTANCES, MOTIONS FOR RELIEF FROM STAY WILL NOT BE CONSIDERED BY THE COURT UNTIL A PROPERLY COMPLETED RELIEF FROM STAY INFORMATION SHEET FORM IS FILED AND SERVED BY THE MOVING PARTY.*

1.   WITH YOUR MOVING PAPERS, FILE TWO PALE YELLOW[1] COPIES OF THIS COMPLETED INFORMATION SHEET AS SEPARATE DOCUMENTS. *FAILURE TO COMPLY WITH THIS REQUIREMENT CAN RESULT IN DENIAL OF THE MOTION OR A CONTINUANCE OF THE HEARING.*

2.   ITEMIZE ANY "COSTS" ENTERED ON THE INFORMATION SHEET IN THE DECLARATION FILED IN SUPPORT OF THE MOTION, WITH PRE-PETITION AND POST-PETITION COSTS SEPARATELY GROUPED.

3.   IF THE MOVING PARTY IS SEEKING RELIEF FROM STAY TO PURSUE A STATE COURT ACTION, A BRIEF DESCRIPTION OF THE NATURE OF THE STATE COURT ACTION SHALL BE SET FORTH IN THE SPACE PROVIDED FOR ITEM 11.

---

Please **do not use** goldenrod paper as that color does not result in a quality image when scanned in the Court's Electronic Case Files (ECF) System accessible at www.caeb.uscourts.gov.

## CERTIFICATE OF SERVICE

On 7/27/2016, I served the foregoing documents described as **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY; MOTION FOR RELIEF FROM AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY; RELIEF FROM STAY COVERSHEET; EXHIBITS TO MOTION FOR RELIEF FROM AUTOMATIC STAY**, on the following individuals by depositing true copies thereof in the United States first class mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

TRUSTEE
Irma Edmonds
PO Box 3608
Pinedale, CA 93650

DEBTOR
Serena Deliah Cruz
819 Taggert Ct
Modesto, CA 95351

ORIGINAL BORROWER
Cesar A. Betancourt
1771 York Mountain Court
Tulare, CA 93274

**I declare under penalty of perjury in the United States of America that the foregoing is true and correct.**

/s/ Christian Aguilar
Christian Aguilar

1
JaVonne M. Phillips, Esq., SBN 187474
Jennifer C. Wong, Esq., SBN 246725
2
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
3
San Diego, CA 92101
Phone (619) 685-4800 Ext. 1557
4
Fax (619) 685-4810

5

6
Attorney for:
Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank
7
National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1,
Mortgage Pass-Through Certificates, Series 2006-NC1
8

9
UNITED STATES BANKRUPTCY COURT

10
EASTERN DISTRICT OF CALIFORNIA

11
MODESTO DIVISION

12

13
In re:                                                    ) Case No.  16-90558
                                                          )
14
Serena Deliah Cruz,                                       ) DC No.:   JCW-1
                                                          )
15
              Debtor.                                     ) Chapter   7
16                                                        )
_____                  )
17
Wells Fargo Bank, N.A. dba America's                      )
18
Servicing Company as servicing agent                      ) **PROOF OF SERVICE**
for U.S. Bank National Association, as                    )
19
Trustee for MASTR Asset Backed                            )
20
Securities Trust 2006-NC1, Mortgage                       )
Pass-Through Certificates, Series 2006-                   ) Date:    08/25/2016
21
NC1,                                                      ) Time:    10:00AM
22                                                        ) Ctrm:    Suite 4
              Secured Creditor,                           ) Place:   1200 I Street, Suite 4
23
    v.                                                    )          Modesto,CA
24                                                        )
25
Serena Deliah Cruz, Debtor; and Irma                      ) Judge:   Ronald H. Sargis
Edmonds, Chapter 7 Trustee,                               )
26                                                        )
27                                                        )
              Respondents.                                )
28                                                        )
_____                  )

29

Deirdre Del Consuelo Betancourt aka Deirdre del Consuelo Martinez filed a third bankruptcy petition in the above-entitled Court on 03/23/2016 as Case Number 16-10932. Said case was subsequently dismissed on 04/11/2016 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Serena Deliah Cruz, (herein after referred to as "Debtor") filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Case No. 16-90558 on 06/23/2016. Beneficial interest in the property was transferred to this Debtor on 06/22/2016.

Accordingly, based on the series of bankruptcy petitions and the transfer of interest in the property to this debtor in bankruptcy, Secured Creditor is entitled to relief under 11U.S.C. § 362(d)(1) and (d)(4).

Dated: July 27, 2016                McCarthy & Holthus, LLP

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee
for MASTR Asset Backed Securities Trust
2006-NC1, Mortgage Pass-Through
Certificates, Series 2006-NC1

for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Original Borrower filed a third bankruptcy petition in the above-entitled Court on 08/29/2013 as Case Number 13-15810. Said case was subsequently dismissed on 09/16/2013 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Original Borrower filed a fourth bankruptcy petition in the above-entitled Court on 11/18/2013 as Case Number 13-17358. Said case was subsequently dismissed on 12/06/2013 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Original Borrower filed a fifth bankruptcy petition in the above-entitled Court on 07/29/2014 as Case Number 14-13772. Said case was subsequently dismissed on 08/18/2014 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Deirdre Del Consuelo Betancourt aka Deirdre del Consuelo Martinez filed a previous bankruptcy petition in the above-entitled Court on 07/29/2014 as Case Number 14-13781. Said case was subsequently dismissed on 08/11/2014 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Deirdre Del Consuelo Betancourt aka Deirdre del Consuelo Martinez filed a second bankruptcy petition in the above-entitled Court on 11/14/2014 as Case Number 14-15531. Said case was subsequently dismissed on 12/02/2014 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

hinder, and defraud creditors that involved multiple bankruptcies and the transfer of all or part ownership of the Property without the consent of Movant or court approval.

Transfers

On or around December 1, 2006, Cesar Betancourt transferred all interest to Cesar A. Betancourt and Deirdre Del Consuelo Betancourt, husband and wife, as joint tenants (100%) without the knowledge or consent of the Movant in violation of the terms of the Deed of Trust Original Borrower signed. A true and correct copy of the unauthorized Grant Deed is attached hereto as **Exhibit "6"** and incorporated herein by reference.

On or around June 22, 2016, Original Borrower allegedly obtained a lien in the amount of $19,655.00 on the property wherein Serena Deliah Cruz is the named beneficiary under the Deed of Trust and Assignment of Rents without the knowledge or consent of the. A true and correct copy of the unauthorized Deed of Trust with Assignment of Rents (Short Form) is attached hereto as **Exhibit "6"** and incorporated herein by reference.

Serena Deliah Cruz, (herein after referred to as "Debtor") filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Case No. 16-90558 a day after the Deed was executed on 06/23/2016.

Pursuant to 11 U.S.C. § 362(d)(4), Debtor's filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved multiple bankruptcies.

Multiple Bankruptcies

Original Borrower filed a previous bankruptcy petition in the above-entitled Court on 01/08/2012 as Case Number 12-10143. The Court entered an Order Terminating Case on 05/04/2012. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Original Borrower filed a second bankruptcy petition in the above-entitled Court on 07/26/2013 as Case Number 13-15114. Said case was subsequently dismissed on 08/13/2013

interest ("Secured Creditor" or "Movant" herein), by and through its undersigned attorney, moves for termination of all stays and injunctions, pursuant to 11 U.S.C. §§ 362(d) and 105 and Federal Rules of Bankruptcy Procedure 4001 and 9014 and regarding the real property generally described as 1771 York Mountain Court, Tulare, CA 93274, ("Property" herein).

The relief requested in this Motion is proper for all of the reasons set forth in the Memorandum of Points and Authorities and incorporated herein by this reference.

On or about 06/23/2016, Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. Pursuant to 11 U.S.C. §362, the Petition stays the commencement or continuation of any proceedings against the Debtor or any act to obtain possession of any property of the Debtor or to enforce any lien against any property of the Debtor. This Court has jurisdiction pursuant to 28 U.S.C. § 1334. The filing of this Motion commences a contested matter within the meaning of Bankruptcy Rule 9014.

Secured Creditor holds the original Promissory Note dated 09/28/2005, in the principal amount of $429,300.00, which is secured by the Deed of Trust of the same date as signed by Cesar A. Betancourt, ("Original Borrower").

Debtor obtained interest in the Property via Deed of Trust with Assignment of Rents (Short Form). This Deed of Trust with Assignment of Rents (Short Form) was executed without the knowledge or consent of Secured Creditor and in violation of the terms under the Deed of Trust executed by the Original Borrower. A true and correct copy of the unauthorized Grant Deed is attached hereto as **Exhibit "6"** and incorporated herein by reference.

11 U.S.C. § 362(d)(1) allows for relief from the automatic stay for cause. Cause exists to lift the automatic stay based upon Debtor's receipt of beneficial interest in the Property via an unauthorized Deed of Trust and Assignment of Rents. The Deed serves no other purpose other than to invoke the protection of the automatic stay under this Debtor's bankruptcy and to delay, hinder and defraud Secured Creditor from proceeding with foreclosure.

Furthermore, Secured Creditor is also entitled to relief under 11 U.S.C. § 362(d)(4). Pursuant to 11 U.S.C. § 362(d)(4), Debtor's petition was used as part of a scheme to delay,

**5**

1  JaVonne M. Phillips, Esq. SBN 187474
   Jennifer C. Wong, Esq. SBN 246725
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA  92101
   Phone (619) 685-4800 Ext. 1557
4  Fax (619) 685-4810

5  Attorney for:
   Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank
6  National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1,
7  Mortgage Pass-Through Certificates, Series 2006-NC1

8

9

10                       UNITED STATES BANKRUPTCY COURT

11                        EASTERN DISTRICT OF CALIFORNIA

12                                MODESTO DIVISION

13
   In re:                                    ) Case No.  16-90558
14                                            )
15 Serena Deliah Cruz,                        ) Chapter    7
                                              )
16             Debtor.                        ) RS No.    JCW-1
                                              )
17                                            ) **MEMORANDUM OF POINTS AND**
                                              ) **AUTHORITIES IN SUPPORT OF**
18                                            ) **MOTION FOR RELIEF FROM**
19                                            ) **AUTOMATIC STAY**
                                              )
20                                            )
                                              )
21                                            ) Date:   08/25/2016
                                              ) Time:   10:00AM
22                                            ) Ctrm:   Suite 4
                                              ) Place:  1200 I Street, Suite 4
23                                            )             Modesto, CA
24                                            )
                                              )
25                                            )
                                              )
26 ─────────────────────────────────────────
        Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S.
27
   Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1,
28
   Mortgage Pass-Through Certificates, Series 2006-NC1, its assignees and/or successors in
29

4. If recorded in compliance with applicable state laws governing notices of interests or liens in the Property, the Order shall be binding and effective under 11 U.S.C. §362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

5. For such other relief as the Court deems proper.

Dated:  July 27, 2016                    McCarthy & Holthus, LLP

By:  /s/ Jennifer C. Wong
     Jennifer C. Wong, Esq.
     Attorney for Secured Creditor
     U.S. Bank National Association, as Trustee
     for MASTR Asset Backed Securities Trust
     2006-NC1, Mortgage Pass-Through
     Certificates, Series 2006-NC1

Serena Deliah Cruz, (herein after referred to as "Debtor") filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Case No. 16-90558 on 06/23/2016. Beneficial interest in the property was transferred to this Debtor on 06/22/2016.

Due the above transfers of interest and multiple bankruptcy filings, Secured Creditor has been delayed from proceeding with foreclosure. Accordingly, cause exists under 11 U.S.C. § 362(d)(1) and (d)(4) for relief from the automatic stay.

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2. For an Order that the fourteen day described by Bankruptcy Rule 4001(a)(3) be waived.

3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.

///
///
///
///
///
///
///
///
///
///

creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Original Borrower filed a fourth bankruptcy petition in the above-entitled Court on 11/18/2013 as Case Number 13-17358. Said case was subsequently dismissed on 12/06/2013 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Original Borrower filed a fifth bankruptcy petition in the above-entitled Court on 07/29/2014 as Case Number 14-13772. Said case was subsequently dismissed on 08/18/2014 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Deirdre Del Consuelo Betancourt aka Deirdre del Consuelo Martinez filed a previous bankruptcy petition in the above-entitled Court on 07/29/2014 as Case Number 14-13781. Said case was subsequently dismissed on 08/11/2014 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Deirdre Del Consuelo Betancourt aka Deirdre del Consuelo Martinez filed a second bankruptcy petition in the above-entitled Court on 11/14/2014 as Case Number 14-15531. Said case was subsequently dismissed on 12/02/2014 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Deirdre Del Consuelo Betancourt aka Deirdre del Consuelo Martinez filed a third bankruptcy petition in the above-entitled Court on 03/23/2016 as Case Number 16-10932. Said case was subsequently dismissed on 04/11/2016 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

without the knowledge or consent of the Movant in violation of the terms of the Deed of Trust Original Borrower signed. A true and correct copy of the unauthorized Grant Deed is attached hereto as **Exhibit "6"** and incorporated herein by reference.

On or around June 22, 2016, Original Borrower allegedly obtained a lien in the amount of $19,655.00 on the property wherein Serena Deliah Cruz is the named beneficiary under the Deed of Trust and Assignment of Rents without the knowledge or consent of the. A true and correct copy of the unauthorized Deed of Trust with Assignment of Rents (Short Form) is attached hereto as **Exhibit "6"** and incorporated herein by reference.

Serena Deliah Cruz, (herein after referred to as "Debtor") filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Case No. 16-90558 a day after the Deed was executed on 06/23/2016.

Pursuant to 11 U.S.C. § 362(d)(4), Debtor's filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved multiple bankruptcies.

Multiple Bankruptcies

Original Borrower filed a previous bankruptcy petition in the above-entitled Court on 01/08/2012 as Case Number 12-10143. The Court entered an Order Terminating Case on 05/04/2012. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Original Borrower filed a second bankruptcy petition in the above-entitled Court on 07/26/2013 as Case Number 13-15114. Said case was subsequently dismissed on 08/13/2013 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the creditor and relief from stay was never granted. A true and correct copy of the PACER Docket is attached hereto as **Exhibit "7"**.

Original Borrower filed a third bankruptcy petition in the above-entitled Court on 08/29/2013 as Case Number 13-15810. Said case was subsequently dismissed on 09/16/2013 for Failure to File Information. This Bankruptcy was part of the scheme to delay and hinder the

Mortgage Pass-Through Certificates, Series 2006-NC1 ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the Debtor property, commonly known as 1771 York Mountain Court, Tulare, CA 93274, ("Property" herein). **See Exhibit "1"**.

A copy of Secured Creditor's Relief From Stay Information Sheet is filed concurrently herewith as a separate document pursuant to Local Rules of Court.

This subject Bankruptcy case is the ninth Bankruptcy filed to unfairly delay Secured Creditor from proceeding with the foreclosure of the subject Property. Secured Creditor is not adequately protected, and cause exists under 11 U.S.C. § 362(d)(1) and (d)(4) for relief from the automatic stay. Secured Creditor is precluded from proceeding with the foreclosure of the subject Property because of the transfers of interest in the property and the bankruptcy filings by this Debtor and the Debtors in the prior cases referenced in this motion.

Secured Creditor holds the original Promissory Note dated 09/28/2005, in the principal amount of $429,300.00, which is secured by the Deed of Trust of the same date as signed by Cesar A. Betancourt, ("Original Borrower").

Original Borrower executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly endorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or assignee of the mortgage or deed of trust.

Pursuant to 11 U.S.C. § 362(d)(4), Debtor's petition was used as scheme to delay, hinder, and defraud creditors that involved multiple bankruptcies and the transfer of all or part ownership of the Property without the consent of Movant or court approval.

Transfers

On or around December 1, 2006, Original Borrower transferred all interest to Cesar A. Betancourt and Deirdre Del Consuelo Betancourt, husband and wife, as joint tenants (100%)

2                    File No. CA-16-127327/ Case No. 16-90558
                     Motion for Relief from Automatic Stay

this page intentionally left blank

1  JaVonne M. Phillips, Esq., SBN 187474
   Jennifer C. Wong, Esq., SBN 246725
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA 92101
   Phone (619) 685-4800 Ext. 1557
4  Fax (619) 685-4810

5  Attorney for:
   Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank
6  National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1,
7  Mortgage Pass-Through Certificates, Series 2006-NC1

8                    UNITED STATES BANKRUPTCY COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10                          MODESTO DIVISION
11

12  In re:                              ) Case No. 16-90558
13                                      )
    Serena Deliah Cruz,                 ) DC No.: JCW-1
14                                      )
15         Debtor.                      ) Chapter  7
16  _____        )
17  Wells Fargo Bank, N.A. dba America's ) **MOTION FOR RELIEF FROM**
    Servicing Company as servicing agent ) **AUTOMATIC STAY**
18  for U.S. Bank National Association, as )
19  Trustee for MASTR Asset Backed       )
    Securities Trust 2006-NC1, Mortgage  )
20  Pass-Through Certificates, Series 2006- ) Date:   08/25/2016
21  NC1,                                 ) Time:   10:00AM
                                         ) Ctrm:   Suite 4
22         Secured Creditor,             ) Place:  1200 I Street, Suite 4
23  v.                                   )         Modesto, CA
                                         )
24  Serena Deliah Cruz, Debtor; and Irma ) Judge: Ronald H. Sargis
25  Edmonds, Chapter 7 Trustee           ) .
26                                       )
           Respondents.                  )
27                                       )
28       Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S.
29  Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1,

\                              1        File No. CA-16-127327/ Case No. 16-90558
                                        Motion for Relief from Automatic Stay

diligent in carrying out his or her duties in the bankruptcy case, has not made required payments, or is using bankruptcy as a means to delay payment or foreclosure. *In re Harlan*, 783 F.2d 839 (B.A.P. 9th Cir. 1986); *In re Ellis*, 60 B.R. 432 (B.A.P. 9th Cir. 1985). The court determines that cause exists for terminating the automatic stay, including defaults in post-petition payments that have come due. 11 U.S.C. § 362(d)(1); *In re Ellis*, 60 B.R. 432 (B.A.P. 9th Cir. 1985).

Once a movant under 11 U.S.C. § 362(d)(2) establishes that a debtor or estate has no equity, it is the burden of the debtor or trustee to establish that the collateral at issue is necessary to an effective reorganization. *United Savings Ass'n of Texas v. Timbers of Inwood Forest Associates. Ltd.*, 484 U.S. 365, 375-76 (1988); 11 U.S.C. § 362(g)(2). Based upon the evidence submitted, the court determines that there is no equity in the Property for either the Debtor or the Estate. 11 U.S.C. § 362(d)(2). This being a Chapter 7 case, the property is *per se* not necessary for an effective reorganization. *See In re Preuss*, 15 B.R. 896 (B.A.P. 9th Cir. 1981).

The court shall issue an order terminating and vacating the automatic stay to allow Movant, and its agents, representatives, and successors, and all other creditors having lien rights against the Property, to conduct a nonjudicial foreclosure sale pursuant to applicable nonbankruptcy law and their contractual rights, and for any purchaser, or successor to a purchaser, at the nonjudicial foreclosure sale to obtain possession of the Property.

Movant has not pleaded adequate facts and presented sufficient evidence to support the court waiving the 14-day stay of enforcement required under Rule 4001(a)(3), and this part of the requested relief is not granted.

No other or additional relief is granted by the court.

The court shall issue an order substantially in the following form holding that:

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by The Bank of New York Trust Company National Association ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the automatic stay provisions of 11 U.S.C. § 362(a) are immediately vacated to allow The Bank of New York Trust Company National Association, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed which is recorded against the property to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale obtain possession of the real property commonly known as 2605 Garvey Avenue, Modesto, California.

**IT IS FURTHER ORDERED** that the fourteen (14) day stay of enforcement provided in Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, is not waived.

No other or additional relief is granted.

3.  16-90558-E-7   **SERENA CRUZ**         **MOTION FOR RELIEF FROM**
    **JCW-1**          **Pro Se**              **AUTOMATIC STAY AND/OR MOTION**
                                             **FOR ADEQUATE PROTECTION**
                                             **7-27-16 [19]**

**WELLS FARGO BANK, N.A. VS.**

**Final Ruling: No appearance at the August 25, 2016, hearing is required.**

--------------------------------

Local Rule 9014-1(f)(1) Motion - No Opposition Filed.

Correct Notice Provided. The Proof of Service states that the Motion and supporting pleadings were served on Debtor (*pro se*), Chapter 7 Trustee, and Office of the United States Trustee on July 27, 2016. By the court's calculation, 29 days' notice was provided. 28 days' notice is required.

The Motion for Relief from the Automatic Stay has been set for hearing on the notice required by Local Bankruptcy Rule 9014-1(f)(1). The failure of the respondent and other parties in interest to file written opposition at least 14 days prior to the hearing as required by Local Bankruptcy Rule 9014-1(f)(1)(ii) is considered to be the equivalent of a statement of nonopposition. *Cf. Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Further, because the court will not materially alter the relief requested by the moving party, an actual hearing is unnecessary. *See Law Offices of David A. Boone v. Derham-Burk (In re Eliapo)*, 468 F.3d 592, 602 (9th Cir. 2006). Therefore, the defaults of the non-responding parties are entered. Upon review of the record there are no disputed material factual issues and the matter will be resolved without oral argument. The court will issue its ruling from the parties' pleadings.

---

**The Motion for Relief from the Automatic Stay is granted.**

---

Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1 ("Creditor") seeks relief from the automatic stay with respect to the real property commonly known as 1771 York Mountain Court, Tulare, California (the "Property"). Creditor moves for relief pursuant to 11 U.S.C. § 632(d)(1) and (4). The moving party has provided the Declaration of Crystal Massey to introduce evidence to authenticate the documents upon which it bases the claim and the obligation owed by Serena Cruz ("Debtor").

The Crystal Massey Declaration states that the Creditor received a copy of a Grant Deed, which

shows that on or around December 1, 2006, the Original Borrower transferred all interest to Cesar A. Betancourt and Deirdre Del Consuelo Bentacourt as joint tenants without the knowledge or consent of the Movant in violation of the terms of the Deed of Trust the Original Borrower signed.

Creditor also received a copy of a Deed of Trust with Assignment of Rents which shows that on or around June 22, 2016, Cesar Betancourt transferred an alleged interest in the Property to Debtor without the knowledge or consent of the Creditor in violation of the terms of the Deed of Trust the Original Borrower signed.

The Motion asserts that Debtor has filed multiple bankruptcies as part of a scheme to delay, hinder, and defraud creditors and has transferred partial interest in the Property without permission as a means to further delay the Movant from exercising its rights.

**Prospective Relief From Automatic Stay**

11 U.S.C. § 362(d)(4) allows the court to grant relief from the stay where the court finds that the petition was filed as a part of a scheme to delay, hinder, or defraud creditors that involved either (i) transfer of all or part ownership or interest in the property without consent of the secured creditors or court approval or (ii) multiple bankruptcy cases affecting the property. 3 COLLIER ON BANKRUPTCY ¶ 362.07 (Alan n. Resnick & Henry H. Sommer eds. 16th ed.).

Certain patterns and conduct that have been characterized as bad faith include the presence of recent transfers of assets, inability of filing debtors to reorganize, and unnecessary delays due to serial filings. *Id.* The Court takes notice of a pattern regarding the Property that involves several recent transfers of assets and serial filings.

On September 9, 2005, Cesar A. Betancourt entered into an agreement with Movant for $429,300.00, which is secured by the Deed of Trust on the Property.

On December 1, 2006, Cesar A. Betancourt transferred all interest to Cesar A. Betancourt and Deirdre Del Consuelo Betancourt, husband and wife, as joint tenants (100%) without knowledge or consent of the Movant.

Between 2012 and 2016, Cesar A. Betancourt and Deirdre Del Consuelo Betancourt have filed eight (8) bankruptcy cases that affect Creditor's interest in the Property. Those cases are:

A. Cesar A. Betancourt

1. Case No. 12-10143
   a. Filed: January 8, 2012
   b. Type: Chapter 7
   c. Discharge Entered: May 3, 2012. Case No. 12-10143, Dckt. 32.

2. Case No. 13-15114
   a. Filed: July 26, 2013

    b.  Type: Chapter 13
    c.  Date of Dismissal: August 13, 2013
    d.  Reason for Dismissal: Failure to timely file documents. Case No. 13-15114, Dckt. 11.

  3. Case No. 13-15810
    a.  Filed: August 29, 2013
    b.  Type: Chapter 13
    c.  Date of Dismissal: September 16, 2013
    d.  Reason for Dismissal: Failure to timely file documents. Case No. 13-15810, Dckt. 12.

  4. Case No. 13-17358
    a.  Filed: November 18, 2013
    b.  Type: Chapter 13
    c.  Date of Dismissal: December 6, 2013
    d.  Reason for Dismissal: Failure to timely file documents. Case No. 13-17358, Dckt. 12.

  5. Case No. 14-13772
    a.  Filed: July 29, 2014
    b.  Type: Chapter 13
    c.  Date of Dismissal: August 18, 2014
    d.  Reason for Dismissal: Failure to timely file documents. Case No. 14-13772, Dckt. 12.

B. Deirdre Del Conseulo Betancourt

  1. Case No. 14-13781
    a.  Filed: July 29, 2014
    b.  Type: Chapter 7
    c.  Party: Filed as Deirdre Martinez
    d.  Date of Dismissal: August 11, 2014
    e.  Reason for Dismissal: Failure to timely file documents. Case No. 14-13781, Dckt. 13.

  2. Case No. 14-15531
    a.  Filed: November 14, 2014
    b.  Type: Chapter 7
    c.  Party: Filed as Deirdre Del Conseulo Betancourt
    d.  Date of Dismissal: December 2, 2014
    e.  Reason for Dismissal: Failure to timely file documents. Case No. 14-15531, Dckt. 15.

  3. Case No. 16-10932
    a.  Filed: March 23, 2016

b.      Type: Chapter 7
c.      Party: Filed as Deirdre Del Consuelo Betancourt
d.      Date of Dismissal: April 11, 2016
e.      Reason for Dismissal: Failure to timely file documents. Case No. 16-10932, Dckt. 16.

On June 22, 2016, Cesar A. Betancourt allegedly obtained a junior lien in the amount of $19,655.00 on the property wherein Debtor is the named beneficiary under the Deed of Truest and Assignment of Rents without the knowledge or consent of the Movant.

On June 23, 2016, Debtor filed the instant bankruptcy case. On Schedule A/B Debtor states under penalty of perjury that she has no interests in any real property. Dckt. 1 at 10.

Debtor has not tried to claim an interest in the Property. Dckt. 1. Upon filing the instant bankruptcy case, Debtor did not appear to have knowledge of being named beneficiary in the Deed of Trust that Cesar Betancourt obtained on June 22, 2016. That plus knowledge that Cesar Betancourt and Deirdre Del Consuelo Betancourt have filed multiple bankruptcies involving the Property indicates that a more nefarious scheme is present.

The court finds that proper grounds exist for issuing an order pursuant to 11 U.S.C. § 362(d)(4). Movant has provided sufficient evidence concerning a series of bankruptcy cases being filed with respect to the subject property. While the "unauthorized" transfer of interest in the subject property from the husband to the husband and wife does not cause the court great concern, the filing of serial, nonproductive bankruptcy cases is a problem for this Cesar and Deirdre Betancourt, as well as the purported deed of trust having been given by Cesar Betancourt to Debtor. Debtor does not list any such obligation owed by Cesar Betancourt to her when completing Schedule A/B under penalty of perjury. Dckt. 1.

Movant has provided the court with evidence that Cesar Betancourt and Deirdre Betancourt have engaged in a scheme to hinder, defraud, and delay creditors through the multiple filing of bankruptcy cases. In addition, the scheme now includes the purported transfer of an interest in the property to this Debtor by the Deed of Trust.

The court shall issue an order terminating and vacating the automatic stay to allow Movant, and its agents, representatives, and successors, and all other creditors having lien rights against the Property, to conduct a nonjudicial foreclosure sale pursuant to applicable nonbankruptcy law and their contractual rights, and for any purchaser, or successor to a purchaser, at the nonjudicial foreclosure sale to obtain possession of the Property. The court also grants relief pursuant to 11 U.S.C. § 362(d)(4).

The moving party has alleged adequate facts and presented sufficient evidence to support the court waiving the 14-day stay of enforcement required under Rule 4001(a)(3) and this part of the requested relief is granted.

The court shall issue an order substantially in the following form holding that:

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1 ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the automatic stay provisions of 11 U.S.C. § 362(a) are immediately vacated to allow Wells Fargo Bank, N.A. dba America's Servicing Company as servicing agent for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed which is recorded against the property to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale obtain possession of the real property commonly known as 14321 Riverton Circle, Westminster, California.

**IT IS FURTHER ORDERED** that relief is granted pursuant to 11 U.S.C. § 362(d)(4) with this order granting relief from the stay, if recorded in compliance with applicable state laws governing notices of interests or liens in real property, shall be binding in any other case under this title purporting to affect such real property filed not later than two years after the date of the entry of such order by the court, except as ordered by the court in any subsequent case filed during that period.

**IT IS FURTHER ORDERED** that the fourteen (14) day stay of enforcement provided in Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, is waived for cause.

No other or additional relief is granted.