UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR A. BETANCOURT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEW CENTURY MORTGAGE<br>CORPORATION, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No.  1:16-cv-01855-AWI-SKO<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS AND CLOSING<br>CASE<br><br>(ECF No. 13) |

　　　　On December 9, 2016, Plaintiff Cesar A. Betancourt ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed a complaint against Defendants New Century Mortgage Corporation, Wells Fargo Bank, Quality Loan Services Corporation, American's Servicing Co., and First American Title (collectively "Defendants").  (ECF No. 1.)

　　　　Following a series of dismissals amended complaints in which the Magistrate Judge identified pleading deficiencies, on December 27, 2017, the Magistrate Judge found that Plaintiff's second amended complaint failed to identify which parties committed which wrongful acts, and it failed to establish subject matter jurisdiction.  (ECF No. 11 at 5-8.)  The Magistrate Judge again

1  granted Plaintiff an opportunity to amend his complaint within thirty (30) days.  (*Id.* at 8-9.)
2  Plaintiff filed a third amended complaint on January 25, 2018.  (ECF No. 12.)
3      On March 20, 2018, the assigned magistrate judge issued findings and recommendations
4  recommending that Plaintiff's third amended complaint be dismissed with prejudice and without
5  leave to amend due to lack of subject matter jurisdiction.  (ECF No. 13.)  Plaintiff was served with
6  the findings and recommendations by mail, and was granted twenty-one (21) days in which to file
7  objections to the findings and recommendations.  (*Id*.)  To date, no objections have been filed, and
8  the period for filing objections has passed.
9      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has
10  conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds
11  the findings and recommendations to be generally supported by the record and by proper analysis.
12  The Court agrees that Plaintiff's amended complaint fails to properly plead either federal question
13  or diversity jurisdiction.  However, a dismissal for lack of subject matter jurisdiction should
14  generally be without prejudice.  <u>Missouri ex rel. Koster v. Harris</u>, 847 F.3d 646, 656 (9th Cir.
15  2017).  Therefore, the Court will dismiss this case without prejudice for want of subject matter
16  jurisdiction.
17      Accordingly, IT IS HEREBY ORDERED that:
18  1.   The findings and recommendations (Doc. 13), dated March 20, 2018, are
19       ADOPTED as described above;
20  2.   This action is dismissed without prejudice and without leave to amend for lack of
21       subject matter jurisdiction; and
22  3.   The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  April 17, 2018                          _____
                                                SENIOR  DISTRICT  JUDGE

2